



# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CR-04-385 |
| | § | |
| v. | § | UNDER SEAL |
| | § | |
| DR. ALI AL-TIMIMI, PH.D | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT DR. ALI AL-TIMIMI'S MOTION TO COMPEL DISCOVERY OF EVIDENCE BEYOND THE NARROW SCOPE OF THE GOVERNMENT'S PRIOR SEARCH OF NSA MATERIAL

Dr. Ali Al-Timimi, by counsel, respectfully moves for the government to be compelled to

(1) disclose any withheld evidence held by the government as a whole and without the prior

limitations on excluded dates; and (2) confirmation any undisclosed evidence involving the

material parties and communications detailed in both the earlier defense discovery request as

well as the attached memorandum of points and authorities.

Respectfully submitted,

Ali Al-Timimi, Ph.D

By Counsel

Jonathan Turley (*pro hac vice* lead counsel)
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001 (phone)
(202) 994-9811 (facsimile)

Bryan Cave LLP
700 Thirteenth Street, N.W.
Suite 700
Washington, D.C. 20005-3960
(202) 508-6000 (phone)
(202) 508-6200 (facsimile)

# 269

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

By:

Jonathan Turley (cleared counsel)

Dated: October 10, 2008

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2008, a true and correct copy of the foregoing was served by

court security staff upon:

Mr. Gordon Kromberg, Esq.
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314-5794

JonathanTurley

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE