1

```
              UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                   ALEXANDRIA DIVISION

UNITED STATES OF AMERICA      .    Criminal No. 1:04cr385
                              .
                              .
     vs.                      .    Alexandria, Virginia
                              .    February 19, 2009
ALI AL-TIMIMI,                .    11:05 a.m.
                              .
           Defendant.         .
                              .
. . . . . . . . . . . .

                   TRANSCRIPT OF HEARING
          BEFORE THE HONORABLE LEONIE M. BRINKEMA
              UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE GOVERNMENT:           GORDON D. KROMBERG, AUSA
                              United States Attorney's Office
                              2100 Jamieson Avenue
                              Alexandria, VA 22314
                                and
                              JOHN T. GIBBS, ESQ.
                              Counterterrorism Section
                              United States Department of
                              Justice
                              601 D Street, N.W.
                              Washington, D.C. 20004


FOR THE DEFENDANT:            JONATHAN TURLEY, ESQ.
                              The George Washington
                              University Law School
                              2000 H Street, N.W.
                              Washington, D.C. 20052
                                and
                              WILLIAM E. OLSON, ESQ.
                              Bryan Cave LLP
                              700 13th Street, N.W.
                              Washington, D.C. 20005-3960


                         (Pages 1 - 7)


           COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

Anneliese J. Thomson  OCR-USDC/EDVA  (703)299-8595

```
 1   APPEARANCES:  (Cont'd.)

 2   ALSO PRESENT:                    LISA TURNER, ESQ.
                                      SA JOHN WYMAN
 3

 4   COURT SECURITY OFFICERS:         CHRISTINE GUNNING
                                      DAN HARTENSTINE
 5

 6   OFFICIAL COURT REPORTER:         ANNELIESE J. THOMSON, RDR, CRR
                                      U.S. District Court, Fifth Floor
 7                                    401 Courthouse Square
                                      Alexandria, VA 22314
 8                                    (703)299-8595

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2                       (Defendant present.)
 3              THE CLERK:  Criminal Case 04-385, United States of
 4    America v. Ali Al-Timimi.  Would counsel please note their
 5    appearances for the record.
 6              MR. KROMBERG:  Good morning, Your Honor.  Gordon
 7    Kromberg and John Gibbs for the United States.  With me at
 8    counsel -- with us at counsel table is Lisa Turner from NSA,
 9    and also on this side of the bar is Special Agent John Wyman
10    from the FBI.
11              THE COURT:  All right, good morning.
12              MR. TURLEY:  Good morning, Your Honor.  Jonathan
13    Turley for Dr. Ali Al-Timimi.  With me is Mr. Will Olson from
14    the law firm of Bryan Cave.
15              THE COURT:  All right.  We're going to begin this
16    matter as an open hearing, and then we will have to go to our
17    sealed session in a few minutes.
18              One preliminary matter:  Mr. Turley, the Clerk's
19    Office has sent up to me a federal bond provided by Seneca
20    Insurance Company.  This was in the original case.  It was in
21    the amount of $75,000.  I don't believe there's any further
22    need for the bond, and before we ever destroy bonds, we always
23    check with counsel of record.
24              I'm going to have my law clerk show this to you.  If
25    there's no objection from the defense, we will go ahead and
```

1  just destroy this, or we can return it, but we need to know
2  what you want to do with it.  As I recall, Dr. Timimi was on
3  bond during the pendency of the trial.
4          MR. KROMBERG:  That's correct.  And he was ordered to
5  surrender after sentencing, Judge.
6          THE COURT:  Right.  And so in my view, the bond has
7  been fully satisfied.
8          Do you agree with that, Mr. Turley?
9          MR. TURLEY:  That's my understanding, Your Honor.
10         THE COURT:  All right.  Then if you'll just return it
11 to us, then the Clerk's Office as part of their -- Mr. Wood, if
12 you'd get that? -- as part of their practice will just go ahead
13 and destroy the bond.  All right, we've taken care of that.
14         Now, the other housekeeping matter that I want to put
15 on the record, and this can be done publicly, as I've said to
16 the government several times before, I am not going to function
17 with my hands tied behind my back as a federal judge.  This
18 case was brought by the Executive Branch in the Judicial
19 Branch, and therefore, to a significant degree, the game has to
20 be played by the rules of the Judicial Branch.
21         I have still not gotten my law clerk who is assigned
22 to this case cleared to have access to all of the documents to
23 which the Court has had access.  I will not and do not function
24 that way.  That means I cannot have the assistance of my clerk
25 in drafting any opinions, in having my own in-house person to

5

1  discuss any legal or other issues.  I have been asking the
2  government for several probably months at this point.  She has
3  a full clearance but is not cleared for the particular issues
4  involved in this case.  Until that is done, this Court is not
5  going to rule definitively on any of those issues that require
6  that information be addressed.
7          So I'm letting the government know if they want to
8  get this matter resolved expeditiously, they need to do
9  whatever is necessary to get her cleared, and that's all I'm
10 going to say about that.
11         Mr. Kromberg, you have no control over that, but you
12 can go up the chain of command on your side of the, of the
13 podium to get things moving.
14         MR. KROMBERG:  That's true, but I would like to put
15 on the record, Judge, that when the Executive Branch brought
16 the case, the facts were the facts, and the -- and then when
17 the defense makes an accusation that something happens that has
18 no basis in fact, that cannot cause -- that cannot come back on
19 the government that the Executive Branch's decision was somehow
20 short-sighted.
21         The decision that was made was based on a set of
22 facts that Mr. Turley doesn't know them, so it's not to his
23 discredit that he's making these accusations that things might
24 have happened, but the existence of the facts, the way they
25 were was that the Executive Branch made the decision and it

6

1   was -- there was nothing wrong with it, and I think that the
2   Court knows that now.
3           THE COURT:  Well, the merits of the decision have not
4   been addressed by this Court yet.  What I'm saying is I will
5   not work and I will not address the final merits of this
6   issue -- these issues until I have a clerk who is cleared.
7   There's no reason that she's not cleared, none.  We had to
8   fight to get you cleared, if you remember.
9           So this is ridiculous, and I think with the new
10  administration, I would expect this will not be so difficult.
11  I could be wrong on that, but in any case, that's the status of
12  things, and you need to take that message up to whoever you
13  need to take it to.
14          MR. KROMBERG:  Yes, Your Honor.
15          MR. TURLEY:  Your Honor, without addressing any
16  specifics, I just wanted to object to one aspect of what
17  Mr. Kromberg said, and that is, we cannot get into this because
18  we'll be going into the sealed discussion, but it is not true
19  that allegations that we have made, without getting into what
20  those allegations are, have been found to be invalid and
21  without substance, and I think that the representation the
22  government just made in open court is not supported by the
23  record in this case.
24          THE COURT:  All right.  Well, again, we're going
25  to -- substantive issues are not really before us today.

7

1           At this point, unless there are any other
2  nonclassified matters that need to be discussed, I think the
3  safest approach is we're going to have to close the courtroom,
4  and Mr. Timimi and cocounsel will not be present because
5  they're not cleared, and as soon as we have taken care of the
6  courtroom, we'll go back into session.  All right, we'll recess
7  court briefly.
8                          (Which were all the proceedings
9                           had at this time.)
10
11                  CERTIFICATE OF THE REPORTER
12     I certify that the foregoing is a correct transcript of
13  the record of proceedings in the above-entitled matter.
14
15
16                                    /s/
                                  Anneliese J. Thomson
17
18
19
20
21
22
23
24
25