1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | . | Criminal No. 1:04cr385 |
| vs. | . | Alexandria, Virginia |
| | . | February 19, 2009 |
| ALI AL-TIMIMI, | . | 11:22 a.m. |
| Defendant. | . | |

. . . . . . . . . . .

TRANSCRIPT OF CIPA HEARING
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:   GORDON D. KROMBERG, AUSA
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
   and
JOHN T. GIBBS, ESQ.
Counterterrorism Section
United States Department of
Justice
601 D Street, N.W.
Washington, D.C. 20004

FOR THE DEFENDANT:   JONATHAN TURLEY, ESQ.
The George Washington
University Law School
2000 H Street, N.W.
Washington, D.C. 20052

ALSO PRESENT:   LISA TURNER, ESQ.
SA JOHN WYMAN

(Pages 1 - 21)

COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

Anneliese J. Thomson  OCR-USDC/EDVA  (703)299-8595