THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | CR-04-385 |
| v. | § § | |
| DR. ALI AL-TIMIMI, PH.D | § § | |
| Defendant. | § § | |

## NOTICE OF APPEARANCE

Please enter the appearance of Vishant Manu Krishnan, from the law firm of Bryan Cave LLP, as counsel for Defendant, Dr. Al-Timimi, in the above captioned matter. Mr. Krishnan is authorized to practice in this Court. Jonathan Turley remains lead counsel in this matter.

Respectfully submitted,

Dr. Ali Al-Timimi

By: _/s/_ Manu Krishnan_____
Manu Krishnan (Bar ID 82308)
BRYAN CAVE, LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
manu.krishnan@bryancave.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the Notice of Appearance filed by Manu Krishnan was caused to be served via the Court's ECF system, on the 19th day of December, 2012, which will then send a notification of such filing (NEF) to the following:

Mr. Gordon Kromberg, Esq.
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314-5794
(703) 299-3800 phone
gordon.kromberg@usdoj.gov

*Attorney for the United States*

By: _/s/_ Manu Krishnan_____
Manu Krishnan (Bar ID 82308)
BRYAN CAVE, LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
manu.krishnan@bryancave.com

*Attorney for Defendant*