Filed with the Classified Information Security Officer
CISO ⎯⎯⎯⎯⎯⎯⎯⎯
Date 7/17/2013

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES ) | |
| ) | Case No. cr-04-385 |
| v. ) | |
| ) | Hon. Leonie M. Brinkema |
| ALI AL-TIMIMI ) | |

**DEFENDANT DR. ALI AL-TIMIMI'S MOTION TO COMPEL DISCOVERY**