Filed with Classified
Information Security Officer

CISO

Date  _7_  _19_  _2013_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES ) | Case No. cr-04-385 |
| v. ) | |
| ) | Hon. Leonie M. Brinkema |
| ALI AL-TIMIMI ) | |

## DEFENDANT DR. ALI AL-TIMIMI'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY