THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | § | |
| | § | |
| Plaintiff, | § | CR-04-385 |
| | § | |
| V. | § | |
| | § | |
| ALI AL-TIMIMI | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF HEARING ON ALI AL-TIMIMI'S SEALED MOTION TO COMPEL DISCOVERY RELATED TO ANWAR AL-AULAQI

PLEASE TAKE NOTE that this Court will hear arguments on Defendant Ali Al-Timimi's Sealed Motion to Compel Discovery Related to Anwar al-Aulaqi on Friday, August 16, 2013 at 9 a.m..

Respectfully submitted,

Dr. Ali Al-Timimi
By Counsel

Jonathan Turley (*pro hac vice* lead counsel)
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001 (phone)
(202) 994-9811 (facsimile)

Bryan Cave LLP
Vishant Manu Krishnan
1155 F St NW
Washington, DC 20004
(202) 508-6000 (phone)
(202) 508-6200 (facsimile)
manu.krishnan@bryancave.com

By: _____/s/_____
Vishant Manu Krishnan (VSB #82308)

Dated: July 19, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2013 I caused to be served a true and correct copy of the foregoing upon:

Mr. Gordon Kromberg, Esq.
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314-5794

_____/s/_____
Vishant Manu Krishnan
*Counsel for Dr. Ali Al-Timimi*