IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:04cr385 (LMB) |
| | ) |
| ALI AL-TIMIMI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

Because of scheduling conflicts, the Court cannot hear motions on Friday, August 16, 2013. Accordingly, with agreement of counsel, it is hereby

ORDERED that defendant's Motion to Compel [Dkt. No. 300] and any other motions counsel files will be argued on **Friday, October 4, 2013 at 11:00 a.m.**

The Clerk is directed to reset the hearing deadlines and forward copies of this Order to counsel of record and the United States Marshals Service.

Entered this 29th day of July, 2013.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge