FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription  06/25/2004

On 06/24/2004, Ali Mehdi Al-Timimi, born 12/14/1963 in the United States, Social Security Account Number 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, was interviewed at the United States Attorney's Office (USAO) for the Eastern District of Virginia (EDVA). Present during the interview were Timimi's attorneys Martin McMahon, Chris Smith, and Stephanie Fell. In addition to the interviewing agents, present from the U.S. Government were Assistant United States Attorneys Neil Hammerstrom, Gordon Kromberg, David Laufman, and Steve Campbell. Also present were Rob Spencer, the EDVA Criminal Chief, and John Gibbs, Department of Justice Trial Attorney. Ali Timimi had previously been advised of the identity of the interviewing agents. After being advised of the nature of this interview, Timimi provided the following information:

Ali Timimi agreed that he was freely and voluntarily submitting to this interview, he stated his willingness to answer questions posed in this interview. Timimi advised that he would voice his objection to any questions or areas of inquiry that Timimi did not want to address and would request that the questioning be redirected to more acceptable topics. Timimi expressed his particular desire to address issues directly related to his involvement, association, and influence on the members of the Virginia Jihad Network.

Timimi has been speaking publically around the world for nearly 20 years and in that time as many as 500 different audio recordings have been made of his lectures. Timimi speaks mostly on topics of Islamic doctrine and belief, this is in keeping with Timimi's training in philosophy and theology. Timimi is not trained, nor does he speak formally on Islamic jurisprudence, in this regard Timimi does not make religious rulings.

In speaking all over the world, Ali Timimi addresses contemporary topics of interest to Muslims, including jihad. The topic of jihad is a fundamental belief in Islam and an issue frequently discussed and debated by Muslims. In this regard Timimi is often asked questions about jihad during question & answer sessions of his lectures.

Investigation on  06/24/2004  at  Alexandria, Virginia

File #  315N-WF-226192-302                                Date dictated  NA

by  F. Wade Ammerman
    John V. Wyman

879

FD-302a (Rev. 10-6-95)

315N-WF-226192-302

Continuation of FD-302 of __Ali Mehdi Al-Timimi__ , On __06/24/2004__ , Page __2__

    Ali Timimi has learned over the years that people can construct whatever they want out of something they see or hear. As an example, Timimi illustrated that a person looking at a painting of a boat might not see a boat, they might think they are actually looking at a banana. Ali Timimi pointed to this boat example as reasoning for why his lectures must be looked at in their totality in order to put the message of his lecture into the proper context. Furthermore, in order to fully understand the meaning of Timimi's lectures, a person should be familiar with the scholars and literary works Timimi refers to and quotes in his presentations.

    Ali Timimi is aware that tapes of his lectures are widely distributed throughout the world. He does not receive any income from institutions that sell his tapes.

    [Agent note: Timimi was asked to provide brief explanations of the circumstances of his lectures listed below. These lectures, contained on audiocassette, were seized during the execution of Federal search warrants and/or provided to the FBI by the Dar al-Arqam Islamic Center in response to a Federal Grand Jury subpoena]

    The tape series Principles of Fiqh was a weekly lecture series conducted by Timimi at a mosque in Washington, DC in the early 1990's.

    The tape series Tawheed and Shirk was a lecture by Timimi conducted as part of a seminar at a mosque in New York City in the early 1990's.

    The tape Was History Violated When Budaah's Statues Were Annihilated is an example of a contemporary issue Timimi that discussed. Timimi provided this lecture at the Dar al-Arqam Islamic Center.

    The tape Role of Muslim Students in North American Universities was provided by Timimi at a time and location Timimi couldn't specifically recall. Timimi thought that he might have given this lecture during a Ramadan holiday.

    The tape Jehilliyah at the end of the 20th Century was a lecture Timimi provided on two occasions, once in Singapore and once in Philadelphia, in the early 1990's.

FD-302a (Rev. 10-6-95)

315N-WF-226192-302

Continuation of FD-302 of __Ali Mehdi Al-Timimi__, On __06/24/2004__, Page __3__

The tape series The Keys to Paradise is a compilation of lectures Timimi has given over several years. The compilation of these lectures was a marketing ploy to sell more tapes. Timimi's discussion about jihad in these lectures is an example of how a listener must hear the entire lecture and have some basic knowledge of Islam to understand his message. It is also important for non-Muslims to realize that although jihad, which means war, is a integral part of Islam, it does not mean terrorism.

The tape series The Luminious Creed was a presentation given by Timimi in the United Kingdom in the mid 1990's.

The tape Purification of the Soul was an 18 week lecture series given by Timimi at the Dar al-Arqam Islamic Center. This lecture drew its content from a book written by Ahmed Farid, this book is available in English. This lecture was given in the year 2001, a few months preceding the 09/11 terrorist attack on the United States.

The tape A Word of Advice to the Salafis in the UK was presented by Timimi in London sometime between 1994-1996.

The tape series Signs of the Day of Judgement was a lecture series given by Timimi at the Dar al-Arqam Islamic Center in the year 2000. This lecture drew its content from a classical book written by Ibn Kathir about 600 years ago.

Ali Timimi is aware that non-Muslims, particularly Americans, associate the Islamic tenet of Jihad with terrorism. In his presentations and discussions Timimi teaches people that Islam forbids the killing of innocents, even during an armed jihad (war). To understand how Islam embraces jihad, one should consider that every Muslim youth thinks of himself as a soldier, not necessarily with a gun, but by his deep seated desire to fulfill a role in an Islamic society. In one of Timimi's most sever political lectures, The New World Order, Timimi begins and ends the lecture with a statement which propagates peace.

Other than Hafiz Sayeed and the men from the Virginia Jihad Network, Timimi has not met anyone else affiliated with the Lashkar-e-Tayyiba. Timimi recalled a time when he may have received an e-mail from a person who called himself Abu Baraa, Timimi believed this person to be an LET official. Timimi never

FD-302a (Rev. 10-6-95)

315N-WF-226192-302

Continuation of FD-302 of __Ali Mehdi Al-Timimi__ , On __06/24/2004__ , Page __4__

met Abu Baraa personally. Timimi was unable to recall specific circumstances of messages passed over e-mail with Abu Baraa.

Ali Timimi is very well educated on virtually every Islamic issue throughout the world. Because of his level of education and Islamic awareness, Timimi is well acquainted with the activities of the LET. Timimi knows that the LET conducts training camps for mujahideen who aspire to fight against the country of India over the disputed Kashmir region. Timimi is able to surmise that these training camps include the use of weapons. Since he has not been to an LET training camp, Timimi is not able to recite the specific regimen of instruction used at LET training. This being said, Timimi's vast Islamic knowledge is sufficient for him to be aware of the basic types of training LET must conduct in order to prepare its fighters for combat. Based on his breadth of knowledge, Timimi expects the LET to espouse anti-American sentiments. Timimi has read some of LET's Taiba Bulletins but he can't recall ever reading any anti-American comments in the bulletins.

During Timimi's travels in the Middle East and the Arab World he has heard people speak about LET. One common belief is that because LET trains so many mujahideen fighters, and LET training camps are so widely known, the LET has been infiltrated by intelligence agents. This perception of the LET being infiltrated by intelligence agents serves to persuade many Arabs not to associate with LET.

Timimi could not specifically recall any newspaper articles or television documentaries he may have seen about LET. Timimi could not recall watching or being made aware of an ABC News story on the LET which alleged a link between LET and Usama Bin Laden. The time Timimi spends pursuing his Ph.D. work precludes him from watching a lot of television.

No member of the Virginia Jihad Network ever described their LET training experience to Ali Timimi, with the exception of Ibrahim Hamdi. Timimi recalls a time when Ibrahim Hamdi was going through a divorce, Hamdi told Timimi that going through a divorce was more difficult than the training he received. In as much as Hamdi was known throughout the community as having attended LET training, Timimi knew Hamdi was referring to his LET training when making this comment.

FD-302a (Rev. 10-6-95)

315N-WF-226192-302

Continuation of FD-302 of __Ali Mehdi Al-Timimi__ , On __06/24/2004__ , Page __5__

    Timimi was aware that Ismail Royer had at one time spent time at an LET office in Pakistan. Royer told Timimi about assisting in setting up internet communications for the LET and Royer would occasionally describe the LET as having a good ideology.

    Mahmood Hasan did not tell Timimi about his (Hasan's) LET training experience at any time after Hasan returned to the United States from his LET training. Likewise, Hasan never commented to Timimi that he attempted to enter Afghanistan. Timimi had no conversation with any of the Virginia Jihad subjects about their experience at the LET after they returned from the United States at the end of 2001.

    On 09/16/2001, Timimi received a call on his residential or cellular telephone from Yong Kwon. Kwon advised that he had several brothers coming to his house and invited Timimi to join them. Timimi accepted the invitation over the objection of his wife, who didn't want to be left alone in the wake of the 09/11 terrorist attack on the United States. Despite his wife's objections, Timimi went to Kwon's house with the expectation he would be there for a short time. Yong Kwon came to Timimi's house and the two of them drove back to Kwon's residence.

    At the 09/16/2001 meeting at Yong Kwon's residence, Timimi did not tell anyone that LET was on the correct path. Timimi does not recall discussing the Uqla fatwa and believes the Uqla fatwa may have been published one day after the Kwon meeting (on 09/17/2001). Timimi provided the interviewing agents with a copy of a calendar for the month of September 2001. Marked on this calendar for the date 09/16/2001 is a notation for "Kwon Dinner". Marked on this calendar for the date 09/17/2001 is a notation for "UQLA". Timimi advised that he converted the Hijrah date for the Uqla fatwa to the Julian date. By Timimi's calculation, the Uqla Fatwa was not released until 09/17/2001, one day after the Kwon dinner meeting.

    Timimi can't recall reading from any fatwa at Kwon's house and denies giving any fatwa to Masaud Khan to read and then destroy. All of the comments Timimi made at the dinner originated in his head and not from a documentary reference. Timimi does not recall any security procedures being implemented at the Kwon meeting, such as unplugging telephones or closing the blinds on the windows. Timimi does not recall any

FD-302a (Rev. 10-6-95)

315N-WF-226192-302

Continuation of FD-302 of __Ali Mehdi Al-Timimi__ , On __06/24/2004__ , Page __6__

discussion about the Kwon meeting being an "Amana" (trust). Timimi does not recall the arrival of Nabil Gharbieh or his friend Sherdil at Kwon's residence.

Timimi recalls giving some advice to the brothers gathered at Kwon's residence. He stated that the anti-Muslim backlash of the 9/11 terrorist attack would be a test for the Muslim Community. He advised the brothers not to be fearful and predicted that the worst that could happen would be Muslim leaders being sent to internment camps. Timimi advised everyone to pray, leave for a Muslim country if feasible, and to stay out of the public view. Timimi predicted that the United States would use the events of September 11th to initiate a large-scale attack. Timimi advised that war in Afghanistan was likely. Timimi predicted a quick operation but cautioned that American forces in the Middle East would turn into a protracted affair. Timimi may have told the group that mujahideen would flow to Afghanistan. Timimi does not recall telling anyone that jihad in Afghanistan was obligatory, however Timimi may have told the group that jihad in Afghanistan was permitted.

Timimi can't remember stating this at the Kwon gathering, but he thought the U.S. might use the war in Afghanistan as an excuse to use tactical nuclear weapons. Timimi was also of the belief that a war in Afghanistan would be used for another aim, that being to start a war with Iraq or Yemen. Timimi likewise can't recall if he voiced this belief at Kwon's residence.

When leaving the Kwon gathering, Timimi overheard Ismail Royer and a few other persons (can't recall who), talking about a phone number in Pakistan. Timimi couldn't state exactly what was said between Royer and these other guys but whatever it was he became aware the men were talking about making arrangements to partake in jihad training in Pakistan. In response to this observation, Timimi gave a hand motion in a disapproving manner.

Timimi was at the Kwon gathering for about 20-30 minutes. Kwon took Timimi back to his residence.

Timimi remembers a time about three years ago when Yong Kwon was preparing to go on the Hajj. In preparation for his trip, Kwon wrote a will and asked Timimi to review it. Timimi

FD-302a (Rev. 10-6-95)

315N-WF-226192-302

Continuation of FD-302 of __Ali Mehdi Al-Timimi__, On _06/24/2004_, Page __7__

is unaware of how he fit into Kwon's will or the role Kwon wanted Timimi to fill as executor of his estate.

Timimi recalled statements made during a previous interview in which he advised that he did not discuss signs of the end times during the Kwon dinner meeting on 09/16/2001. Timimi advised that the main sign of the end times will be the presence of Jesus on earth. Timimi also advised that during the Kwon dinner meeting he did not comment on whether the 09/11/2001 attacks could have been considered permissible.

Timimi would not reveal the identity of the person Timimi asked to contact Hasan and Kwon to discourage them from joining a jihad group in Pakistan.

Timimi met with Kwon and Hasan at a restaurant prior to their departure for Pakistan. Kwon and Hasan did not mention their plans to go to Pakistan to train with the LET or their goal of going to Afghanistan to fight. Kwon and Hasan told Timimi that they planned to get married. Kwon and Hasan gave no indication to Timimi that their intentions for travel were anything other than Hijrah. Nonetheless, Timimi felt compelled to urge Kwon and Hasan to make it their intention only to go for the purpose of Hijrah and not for the purpose of jihad. Timimi encouraged Kwon and Hasan to speak with Jaffar Idris about the matter as well.

Timimi was presented with a Maryland Driver's license photograph of Ali Asad Chandia. Chandia identified the person presented in the picture as Ali Asad or Chandia. During the year 2000, Chandia served as Al-Timimi's secretary. In this capacity, Chandia assisted Timimi with the scheduling of his lectures at locations other than Dar al Arqam. Chandia frequently asked Timimi questions about jihad. Chandia was especially interested in the subject of jihad and being from Pakistan it appeared to Timimi that Chandia was predisposed to the ideal of Islamic militancy. Chandia read much of the jihadi literature. One time Chandia asked Timimi about the writings of ABU BUSAIR. Timimi tried to discourage Chandia from reading such materials. Chandia never told Al-Timimi about any experience that he had with the LET.

During the month of October 2001, Timimi held two or at the most three lectures at his house. Timimi remembers Ibrahim Hamdi, Hammad Abdur-Raheem, and Caliph Basha attending meetings

FD-302a (Rev. 10-6-95)

315N-WF-226192-302

Continuation of FD-302 of __Ali Mehdi Al-Timimi__ , On __06/24/2004__ , Page __8__

at his house. Timimi does not remember Chandia attending any lectures at his house during this time period. Even though Timimi does not specifically recall Chandia being present at his lectures, Timimi would not be surprised if Chandia was present because Chandia logically would have been one of the brothers invited to such lectures. Timimi does not recall any discussion about the LET during the meetings at his house. Likewise, Timimi does not recall any discussion of jihad in Afghanistan during the meetings at his house. Timimi never commented on whether it was obligatory for people to go fight in Afghanistan.

Timimi recalls that one evening at the beginning of Ramadan, early-November 2001, Chandia came to Timimi's house and told him that he was planning to go to Pakistan. Chandia made no mention to Timimi about his plans to join LET or to fight in Kashmir or Afghanistan. Timimi was aware at this time of press reporting that indicated Colin Powell had commented on the possibility of designating the LET as a foreign terrorist organization. Later in the same evening, Timimi spoke with Ibrahim Al-Hamdi. Timimi cannot remember under what circumstances it was that he encountered Hamdi. Timimi asked Hamdi to visit with Chandia and discourage him from joining LET while he was in Pakistan.

In late January 2002, Timimi returned to the United States from a trip to Saudi Arabia. After he returned, Chandia began to assist Timimi with the drafting of articles to submit to a web-site run by SALMAN AL-AWDAH called islamtoday.com. Chandia mentioned to Timimi that he met an Imam while he was in Pakistan who had studied in Mecca. Chandia asked Timimi whether he knew this individual. Timimi did not know the individual and told Chandia that Timimi studied in Medina, not Mecca. Other than Chandia's mention of the Pakistani Imam, Chandia did not provide any other information about his trip to Pakistan.

Timimi met with Masaud Khan on a couple of occasions after 09/11/2001. Timimi does not recall meeting with Chandia and Khan at a restaurant to discuss the FBI's interest in their activities. Likewise, Timimi does not recall talking to Chandia and Khan about Yong Kwon's return to the United States and Kwon's intention to cooperate with the United States Government.

Timimi mentioned an individual named ABU MUNTASIR during a previous interview. Abu Muntasir is the head of an organization based in the United Kingdom named JIMAS. Timimi

FD-302a (Rev. 10-6-95)

315N-WF-226192-302

Continuation of FD-302 of __Ali Mehdi Al-Timimi__, On __06/24/2004__, Page __9__

lectured at a number of JIMAS conferences. Timimi has known ABU MUNTASIR for a long period of time. Timimi recalls lecturing at a JIMAS conference in Leichster, England in late-August to early-September 2001. It was during this conference that Timimi fielded questions from an young Algerian man who was interested in being a suicide martyr. This man argued that globalization was not the answer and that jihad was the only way. Timimi devoted time and effort to convince this man that violence was not the answer.

[Agent note: Timimi was presented with photocopies JIMAS stationary seized from Timimi's residence on 02/25/2003. The stationary presented to Timimi contained hand-written questions about jihad.]

Timimi could not recall when he received the questions documented on the JIMAS stationary. Timimi was frequently asked questions about jihad during his lectures. Timimi advised that such questions were common and would often occur even during non-jihad related conferences.

Timimi heard about the preaching of a man named ANWAR AULAQI from IDRIS PALMER. Timimi learned that Aulaqi moved into the area but did not meet Aulaqi personally until a later date. Timimi learned that cassettes containing Aulaqi's lectures had become popular amongst the youth. Timimi first met Aulaqi at the August/September, 2001 JIMAS conference, where both were speakers. Timimi had previously suggested to Abu Muntasir that JIMAS might want to book Aulaqi as a conference speaker.

Sometime after 09/11/2001, Aulaqi appeared at Timimi's house in the middle of the night. Timimi invited Aulaqi in for tea and provided him with a small gift, possibly perfume, in an effort to be hospitable. Aulaqi had provided a lecture at the Dar al Hijrah earlier in the same night he visited Timimi. Someone else brought Aulaqi to Timimi's house. Timimi could not remember who this third person was. Aulaqi told Timimi that he was visiting the United States from Yemen. Aulaqi told Timimi that he relocated to Yemen because the FBI agents had threatened him and told him that they intended to plant drugs in his house. Aulaqi asked Timimi whether he thought the FBI would do such things. Timimi told Aulaqi that it was possible. Timimi has not had any contact with Aulaqi since this one visit to Timimi's house. Aulaqi did not mention anything about his alleged connections to some of the 09/11 hijackers.

FD-302a (Rev. 10-6-95)

315N-WF-226192-302

Continuation of FD-302 of __Ali Mehdi Al-Timimi__ , On __06/24/2004__ , Page __10__

Timimi was presented with a series of photographs, in response to which, Timimi provided the following information:

#1 (Faheem LOHDI) - Did not recognize.

#2 (Moustafa CHEIKHO) - Did not recognize.

#3 (Willy Virgil BRIGITE) - Seen this person in the newspaper, does not know personally.

#4 (Ibrahim al MUSA) - Did not recognize.

#5 (Waseem LOHDI) - Looks like a Pakistani who worked as an economist at the World Bank. Timimi only met this person on one or two occasions.

#6 (Mohammed Ajmal KHAN) - Does not recognize.

#7 (Sheikh Abdel Salam ZOUD) - Does not recognize.

#8 (Fayez an NACHAR) - Does not recognize.

#9 (Sheikh Muhammad Jamal OMRAN) - Looks familiar but does not recognize.

#10 (Unknown Subject) - Does not recognize.

Sometime between February 2002 and June 2002, Chandia came to Timimi's house to provide Timimi with off information related to their research for Salman Al-Awdah's web-site. When Chandia arrived at Timimi's house, he was in the company of a Pakistani man who spoke with a British accent. This person spoke very little. Timimi attributed the man's silence to possibly being of a different religious sect or possibly being in "awe" of Timimi. Timimi clarified his comments about people sometimes being in "awe" of him. Timimi advised some of the younger men he meets are in "awe" of him because of Timimi's level of knowledge about a number of topics, not just being limited to those relating to religion, and his broad range of life experiences. Recordings of Timimi's lectures are distributed throughout the world and as such many people are aware of Timimi's stature as a religious figure.

The Pakistani man said that he was staying with Chandia and that he was from Manchester, England. Timimi, who had been

FD-302a (Rev. 10-6-95)

315N-WF-226192-302

Continuation of FD-302 of ___Ali Mehdi Al-Timimi___ , On _06/24/2004_ , Page _11_

to England on a number of occasions himself, asked what Mosque the person attended. The person responded by saying that he stayed to himself. Neither Chandia nor the Pakistani made any mention of any connections between this person and LET. This person did not indicate the purpose of his trip to the United States nor did he mention where he was going or with whom he was meeting. Timimi described the person as being about thirty to thirty-five years of age, small frame, short black hair, clean shaven or very short beard, and light complexion. Timimi could not recall the person's name. All of the conversations involving this individual were in English. Following this one encounter, Timimi never saw the person again and never discussed the man or his activities further with Chandia. Timimi was asked to refer back to Picture #6 and compare the picture to his recollection of the British Pakistani whom he had just described. Timimi advised that he person Chandia brought to his house did not have a beard, like the person in Picture #6. Timimi said that he was unable to determine whether the person pictured was the same as the individual he met because the person in the photo had a beard.

Timimi attended a going away dinner for JAFAR IDRIS at the Dar al Arqam on the night of 09/11/2001. During this gathering, Idris and Timimi talked about who may have been responsible for the attacks that occurred earlier in the day. Timimi commented that if the attacks had been carried out by BIN LADEN than the reason they [the hijackers] had done what they did was because they considered MULLAH OMAR the CALIPHA and thus they considered their actions part of a legitimate offensive war. In response to Timimi's comments, HAYTHAM ABU HANTASH said that no circumstances could justify the killing of innocents. ABU HANTASH was emotional. Timimi cooly responded to HANTASH, saying that one cannot make an absolute statement that the killing of innocents is wrong because under certain circumstances innocents can in fact be killed during a time of war. Timimi could not recall providing further justification to HANTASH about why such actions would be considered legitimate, but advised that he was based this assertion on his knowledge of Islamic thought that justifies the killing of innocents when they are used by the enemy as human shields. Timimi would not characterize his discussion with HANTASH as an argument even though HANTASH was emotional. Timimi advised that JAFAR IDRIS would have been the final arbiter on any dispute, however, Timimi does not recall IDRIS contributing to the discussion.

FD-302a (Rev. 10-6-95)

315N-WF-226192-302

Continuation of FD-302 of __Ali Mehdi Al-Timimi__ , On __06/24/2004__ , Page __12__

    Timimi referenced a trip to Australia previously discussed with the interviewing agents. Timimi advised that during this trip, Timimi stayed with an Australian of Saudi descent by the last name QAHTANI. Timimi stayed with QAHTANI for one night during his trip. Timimi also stayed one night with the Australian bodybuilder [Agent Note: described during previous interview] and another night with a native Australian. Timimi could not recall the name of the native Australian. During his trip to Australia, Timimi noticed that many of the people he encountered were predisposed to a jihadi or extreme version of Islam. Timimi could not provide any additional details other than his general perception of their views.

    Timimi recalled comments he made during a previous interview about his lectures being posted on an LET web-site. Timimi discovered that some of his lectures were posted on an LET web-site by conducting Internet searches on his own name. Timimi's lectures were widely distributed and it was common for his lectures to be posted and distributed by individuals and entities with whom Timimi was not affiliated.

    Timimi was presented with a series of exhibits which represented photocopies of Arabic documents seized from Timimi's house on 02/25/2003. In response to these exhibits, Timimi provided the following information:

        A1 - Timimi recognized the handwriting contained thereon as his own. Timimi recalled drafting the document in response to comments made by the head of the National Religious Radio Broadcasters, who described Islam as a pagan religion.

        A4 - Timimi could not verify whether or not the handwriting contained thereon was his own. Timimi eventually concluded that the handwriting was probably not his own. Timimi recognized a portion of the document as containing four points that Timimi regularly discussed during his lectures.

        A6 - Timimi advised that the handwriting contained thereon looked like his own.

        A14 - Timimi said that the handwriting contained thereon was not his own.

FD-302a (Rev. 10-6-95)

315N-WF-226192-302

Continuation of FD-302 of __Ali Mehdi Al-Timimi__, On _06/24/2004_, Page _13_

A16 - Timimi recognized the handwriting contained thereon as his own.

A18 - Timimi recognized the handwriting contained thereon as his own.

A26 - Timimi said that the handwriting contained thereon was not his own.

A33 - Timimi said that the handwriting contained thereon was not his own. Timimi thought that the handwriting might be that of his wife.

A34 - Timimi advised that the handwriting contained thereon was possibly his own. The handwriting contained on page 197 appeared to that of his wife.

A35 - Timimi recognized the handwriting contained thereon as his wife's.

A36 - Timimi recognized the handwriting contained thereon as his own.

A37 - Timimi recognized the handwriting contained thereon as his own.

A41 - Timimi recognized the handwriting contained thereon as his own.

A43 - Timimi recognized the handwriting contained thereon as his own. Timimi recalled that he drafted the notes in an effort to summarize a lecture by Safar al-Hawali about the first Gulf War.

A44 - Timimi recognized the handwriting contained thereon as his own. Timimi advised that the notes contained thereon represented a summary of a Safar al-Hawali lecture.

A45 - Timimi recognized the handwriting contained thereon as his own. Timimi advised that the notes contained thereon represented a summary of a Safar al-Hawali lecture.