UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

Filed with the Classified Information Security Officer
CISO ‎‎_____
Date 8/2/2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | Case No. cr-04-385 |
| v. ) | |
| ) | Hon. Leonie M. Brinkema |
| ALI AL-TIMIMI ) | |

### DEFENDANT DR. ALI AL-TIMIMI'S MOTION TO COMPEL DISCOVERY RELATED TO ABU KHALID

Defendant Dr. Ali al-Timimi, by and through undersigned counsel, respectfully moves this Court to enter an order requiring and directing Plaintiff United States to produce evidence requested by Dr. al-Timimi relating to "Abu Khalid," a.k.a. Muhammad Ajmal Khan. As more fully explained in the accompanying Memorandum in Support of this Motion, Dr. al-Timimi moves the Court pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as well as Federal Rule of Criminal Procedure 16.

In its response to Dr. al-Timimi's recently filed motion to compel discovery, the government reiterated its claim that Dr. al-Timimi is not entitled to any further discovery. In light of the United States' previous refusal to provide this evidence, described in detail in the accompanying Memorandum, Dr. al-Timimi files this motion to compel based on evidence derived from public sources. According, Dr. al-Timimi respectfully asks for an order for disclosure of all evidence, including, but not limited to, any surveillance records, field reports, and recordings, relating to Muhammad Ajmal Khan's relationship with Dr. al-Timimi, Seifullah Chapman, Pal Singh (or Palvinder Singh), and Ali Asad Chandia; and information regarding visits to the United States by Muhammad Ajmal Khan or Pal Singh from 2001-2003. The

Defendant also requests discovery on the use by Muhammad Ajmal Khan of the email address johninformation@yahoo.co.uk in relation to individuals associated with the Virginia Jihad investigation or Dr. al-Timimi.

Respectfully submitted,

Dr. Ali al-Timimi
By Counsel

Jonathan Turley (*pro hac vice* lead counsel)
2000 H Street, N.W.
Washington, D.C. 20052
Phone No. (202) 994-7001
Facsimile No. (202) 994-9811
jturley@law.gwu.edu

_____
Vishant Manu Krishnan, Bar No. 82308
BRYAN CAVE LLP
1155 F St NW
Washington, DC 20004
Phone: (202) 508-6000
Facsimile: (202) 508-6200
manu.krishnan@bryancave.com

Dated: August 2, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2013, the foregoing was given to the court security official in compliance with prior court orders for filing and delivery to both the Court and opposing counsel.

Vishant Manu Krishnan, Bar No. 82308
BRYAN CAVE LLP
1155 F St NW
Washington, DC 20004
Phone: (202) 508-6000
Facsimile: (202) 508-6200
manu.krishnan@bryancave.com
*Counsel for Dr. Al-Timimi*

3