THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | § § § | |
| Plaintiff, | § § | CR-04-385 |
| v. | § § | |
| ALI AL-TIMIMI | § § | |
| Defendant. | § | |

## PROPOSED ORDER

Upon motion of Defendant Dr. Ali al-Timimi, and for good cause shown, it is ORDERED that the Plaintiff United States provide to cleared defense counsel all evidence, including, but not limited to, any surveillance records, field reports, and recordings, relating to Muhammad Ajmal Khan's relationship with Dr. al-Timimi, Seifullah Chapman, Pal Singh (or Palvinder Singh), and Ali Asad Chandia; information regarding visits to the United States by Muhammad Ajmal Khan or Pal Singh from 2001-2003; and information relating to the use by Muhammad Ajmal Khan of the email address johninformation@yahoo.co.uk in relation to individuals associated with the Virginia Jihad investigation or Dr. al-Timimi.

SO ORDERED, this _____ day of _____, 2013.

_____
Hon. Leonie M. Brinkema
United States District Judge