

U.S. Department of Justice

*United States Attorney's Office*

*Eastern District of Virginia*

---

*2100 Jamieson Avenue*  *703/299-3721*

*Alexandria, Virginia 22314*  *FAX 703/299-3981*

November 19, 2004

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, Virginia 20118

    Re:    <u>U.S. v. Al-Timimi, Crim. No. 1:04cr385; Discovery Letter #5</u>

Dear Ed:

    1. In addition to the materials I wrote in Discovery Letter #4 would be available for your inspection in the United States Attorney's Office, the following additional materials are also available for your inspection:

| DESCRIPTION | DATE | PAGES | BATE STAMP #'s |
|---|---|---|---|
| Transcript of grand jury testimony by Randall Royer | 12/19/2002 | 86 | 001057-001242 |
| Transcript of Grand Jury testimony of Ibrahim Al-Hamdi | 6/19/2003 | 68 | 001243-001311 |
| Transcript of Grand Jury testimony of Ibrahim Al-Hamdi | 6/24/2003 | 40 | 001312-001351 |
| Transcript of Grand Jury testimony of Omar Madani | 7/15/2003 | 67 | 001352-001418 |
| Transcript of Grand Jury testimony of Idris Palmer | 8/6/2003 | 51 | 001419-001468 |
| Letter to Yong Kwon c/o Wartel from AUSA Kromberg | 5/7/2003 | 2 | 01538-01539 |
| Ltr to MacDougal & Pellegrino re: Kwon from Kromberg | 7/23/2003 | 2 | 01540-01541 |
| Plea Agreement and Statement of Facts Yong Ki Kwon | filed 8/25/2003 | 17 | 01542-01558 |
| Proffer letter to Aatique c/o Bowman from Kromberg | 5/12/2003 | 2 | 01559-01560 |
| Proffer letter to Aatique c/o Bowman from Kromberg | 6/2/2003 | 2 | 01561-01562 |
| Plea Agreement and Statement of Facts Aatique | filed 9/22/2003 | 16 | 01563-01578 |
| Proffer letter to Surratt from Gordon Kromberg | 6/11/2003 | 2 | 01579-01580 |
| Plea Agreement and Statement of Facts Surratt | filed 8/22/2003 | 15 | 01581-01595 |
| Proffer letter to Hasan c/o Abbenante from Kromberg | 7/30/2003 | 2 | 01596-01597 |
| Plea Agreement and Statement of Facts Hasan | filed 8/21/2003 | 14 | 01598-01611 |
| Handwritten statement by Kwon dated 3/25/2003 | undated | 4 | 01642-01645 |
| Statement of Khwaja Mahmood Hasan | 12/16/2003 | 7 | 01693-01699 |
| Transcript of monitored tel call between Aatique and Chandia | 5/9/2003 | 3 | 01700-01702 |
| Transcript of monitored tel call between Aatique and Gharbieh | 5/9/2003 | 1 | 1703 |
| Proffer letter for Nabil Garbieh | 4/3/2003 | 2 | 01704-01705 |
| Proffer letter for Nabil Garbieh | 6/2/2003 | 2 | 01706-01707 |
| Proffer letter for Abdul Hakim Abdus-Shakur | 5/12/2003 | 2 | 01708-1709 |
| Transcript of Grand Jury testimony of Aatique | 6/4/2003 | 58 | 01829-01886 |
| Transcript of Grand Jury testimony of Surratt | 6/11/2003 | 82 | 01887-01968 |

Discovery Letter #4
November 19, 2004
Page 2

| Document | Date | Pages | Bates |
|---|---|---|---|
| Transcript of Grand Jury testimony of Kwon | 4/3/2003 | 132 | 01969-02100 |
| Transcript of Grand Jury testimony of Thompson | 6/24/2003 | 55 | 02101-02155 |
| Transcript of Grand Jury testimony of Gharbieh | 6/3/2003 | 100 | 02156-02255 |
| Transcript of Grand Jury testimony of Hasan | 8/6/2003 | 49 | 02256-02304 |
| Redacted Trans. Grand Jury testimony of Ammerman | 9/25/2003 | 3 | 02386-02388 |
| Redacted Trans. on Hearing before Judge Jones | 6/30/2003 | 16 | 02389-02404 |
| Affidavit of F. Wade Ammerman | 2/24/2003 | 4 | 02405-02408 |
| Redacted Trans. of Grand Jury testimony of Ammerman | 6/25/2003 | 5 | 02409-02413 |
| Transcript of Grand Jury testimony of Wyman | 4/15/2003 | 11 | 02421-02431 |
| Affidavit of John V. Wyman | 3/17/2003 | 6 | 02432-02437 |
| Transcript of Detention Hearing | 7/2/2003 | 24 | 02438-02461 |
| Application and Affidavit for Warrant by John V. Wyman | 3/26/2003 | 4 | 02462-02465 |
| Affidavit by John V. Wyman for Search Warrant | 5/7/2003 | 12 | 02466-02477 |
| FBI 302 report of interview with Ali Mehdi Al-Timimi | August 6, 2004 | 4 | 03000-03003 |
| FBI 302 report of interview with Randall Royer | July 20, 2004 | 9 | 03004-03012 |
| FBI 302 report of interview with Randall Royer | July 26, 2004 | 4 | 03013-03016 |
| FBI 302 report of interview with Randall Royer | June 17, 2004 | 4 | 03017-03020 |
| FBI 302 report of interview with Sabri Benkahla | April 20, 2004 | 9 | 03021-03029 |
| FBI 302 report of interview with Sabri Benkahla | July 7, 2004 | 13 | 03030-03042 |
| FBI 302 report of interview with Randall Royer | June 28, 2004 | 2 | 03043-03044 |
| FBI 302 report of interview with Randall Royer | June 24, 2004 | 4 | 03045-03048 |
| FBI 302 report of interview with Sabri Benkahla | July 7, 2004 | 1 | 03049 |
| FBI 302 report of interview with Ali Al-Timimi | June 24, 2004 | 13 | 03050-03062 |
| FBI 302 report of interview with Yong Kwon | June 21, 2004 | 1 | 03063 |
| FBI 302 report of interview with Yong Kwon | June 14, 2004 | 5 | 03064-03068 |
| FBI 302 report of interview with Khwaja Hasan | May 20, 2004 | 2 | 03069-03070 |
| FBI 302 report of interview with Khwaja Hasan | June 16, 2004 | 5 | 03071-03075 |
| FBI 302 report of interview with Randall Royer | June 10, 2004 | 7 | 03076-03082 |
| FBI 302 report of interview with Ibrahim Al-Hamdi | May 25, 2004 | 2 | 03089-03090 |
| FBI 302 report of interview with Ibrahim Al-Hamdi | May 24, 2004 | 3 | 03091-03093 |
| FBI 302 report of interview with Muhammad Aatique | March 6, 2004 | 2 | 03100-03101 |
| FBI 302 report of interview with Randall Royer | Feb-04 | 1 | 03102 |
| FBI 302 report of interview with Randall Royer | April 23, 2004 | 4 | 03105-03108 |
| FBI 302 report of interview with Randall Royer | April 20, 2004 | 5 | 03109-03113 |
| FBI 302 report of interview with Ibrahim Al-Hamdi | April 22, 2004 | 4 | 03114-03117 |
| FBI 302 report of interview with Ibrahim Al- Hamdi | April 22, 2004 | 2 | 03120-03121 |
| FBI 302 report of interview with Randall Royer | March 24, 2004 | 7 | 03122-03128 |
| ~~FBI 302 report of interview with Ibrahim Al-Hamdi~~ | ~~March 23, 2004~~ | ~~5~~ | ~~03129-03133~~ |
| FBI 302 report of interview with Randall Royer | March 23, 2004 | 2 | 03135-03136 |
| FBI 302 report of interview with Randall Royer | March 18, 2004 | 2 | 03137-03138 |
| FBI 302 report of interview with Yong Kwon | February 25, 2004 | 2 | 03139-03140 |
| FBI 302 report of interview with Ibrahim Hamdi | March 4, 2004 | 1 | 03141 |
| FBI 302 report of interview with Allen Santora | February 19, 2004 | 2 | 03142-03143 |
| FBI 302 report of interview with Yong Ki Kwon | Dec. 16, 2003 | 1 | 03147 |
| FBI 302 report of interview with Khwaja Hasan | Dec. 16, 2003 | 2 | 03148-03149 |

Discovery Letter #4
November 19, 2004
Page 3

| | | | |
|---|---|---|---|
| FBI 302 report of interview with Donald Surratt | Nov. 18, 2003 | 3 | 03150-03152 |
| FBI 302 report of interview with Nabil Gharbieh | Dec. 15, 2003 | 2 | 03153-03154 |
| FBI 302 report of interview with Tamim Popalzai | Nov. 17, 2003 | 6 | 03155-03160 |
| FBI 302 report of interview with Khwaja Hasan | December 3, 2003 | 5 | 03165-03169 |
| FBI 302 report of interview with Yong Ki Kwon | Nov. 26, 2003 | 6 | 03170-03175 |
| FBI 302 report of interview with Bassem Khafaji | Nov. 24, 2003 | 6 | 03176-03181 |
| FBI 302 report of interview with Khwaja Hasan | Nov. 21, 2003 | 4 | 03182-03185 |
| FBI 302 report of interview with Shibli Zaman | Nov. 19, 2003 | 5 | 03186-03190 |
| FBI 302 report of interview with Ali Mehdi Al-Timimi | Nov. 17, 2003 | 13 | 03191-03203 |
| FBI 302 report of interview with Taurus Colvin | Nov. 16, 2003 | 3 | 03204-03206 |
| FBI 302 report of interview with Khwaja Hasan | Nov. 13, 2003 | 3 | 03207-03209 |
| FBI 302 report of interview with Muhammad Aatique | November 5, 2003 | 3 | 03210-03212 |
| FBI 302 report of interview with Khwaja Hasan | November 7, 2003 | 4 | 03213-03216 |
| FBI 302 report of interview with Khwaja Hasan | October 28, 2003 | 6 | 03217-03222 |
| FBI 302 report of interview with Donald Surratt | Sept. 26, 2003 | 5 | 03223-03227 |
| Transcript of Testimony of Hasan, *U.S. v. Al-Hussayen* | May 20-24, 2004 | 99 | 03232-03330 |

As we have discussed, these materials are available for you to examine **but not to photocopy**. To the extent that these materials include information that *also* may constitute *Jencks* materials, we will try to provide you copies of those materials by December 27th for you to retain through trial. Please call Abena Durity at (703) 299-3960 to arrange for review of these materials.

Thank you for your cooperation.

Sincerely,

Paul J. McNulty
United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney