## YONG KWON

I HEREBY UNDERTAKE that nothing said by YONG KWON, to officers of the Anti Terrorist Branch of the Metropolitan Police Service, nor any written statement signed by him and given to such officers, nor any documents or other evidence produced by him and given to any such officers, nor any oral or other evidence given by him when testifying before the Crown Court, all in connection with the prosecution of MOHAMMED AJMAL KHAN (also known as ABU KHALID), will be used as evidence in any subsequent criminal proceedings against the said YONG KWON, except in proceedings in which he is charged with having given false information to the said officers, or with having given false evidence in any criminal proceedings against MOHAMMED AJMAL KHAN (also known as ABU KHALID), or with having conspired with or procured others so to do.

*[signature]*

KEN MACDONALD QC
DIRECTOR of PUBLIC PROSECUTIONS
CROWN PROSECUTION SERVICE

DATED THE 8th DAY OF NOVEMBER 2004

03337

# WITNESS STATEMENT

(CJ Act 1967, s.9 MC Act 1980, ss.5A(3)(a) and 5B, MC Rules 1981, r.70)

**Statement of**   Yong KI KWON

**Age if under 18**   Over 18   (if over 18 insert 'over 18')   **Occupation:**   Unemployed

**Signature:** [signature]   **Date:** 03.12.2004

This statement, consisting of *seven* pages is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated in it anything which I know to be false or do not believe to be true.

My name is **Yong KI KWON**. I am a naturalized citizen of the United States of America and I am a serving prisoner in the Alexandria Detention Centre, Virginia, United States of America, having pleaded guilty to a number of terrorist related offences.

On the 25 August 2003, I signed a Plea Agreement stating 'After consulting my attorney and pursuant to the plea agreement entered into this day between the defendant, and United States, I hereby stipulate that the above statement of facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.'

I also signed the following Statement of Facts 'I hereby agree that I have consulted with my attorney and fully understand all rights with respect to the pending criminal indictment or criminal information. Further, I fully understand all rights with respect to the provisions of the sentencing guidelines and policy statements, which may apply in my case. I have read this

*plea agreement and carefully reviewed every part of it with my attorney. I understand this agreement and voluntarily agree to it.'*

I have been informed that I am not under investigation or a suspect and am providing this statement as a witness. Further, that officers are speaking to me today pursuant to the terms, protections and assurances provided in the plea agreement.

I have been asked by Police officers from New Scotland Yard, England about the period when I left the United States of America and traveled to Pakistan where I undertook training in the **Lashkar-e-Taiba** training camp also known as LET and also the period after when I left the training camp and remained in Pakistan.

In this statement I am going to be referring to a Pakistani man I call **Abu KHALID** whom I have previously identified from a photograph that was shown to me on the 10th June 2004 by Police Authorities. **KHALID** spoke fluent English with a British accent as well as Urdu. I will also refer to two further men whom I call **Abu BARAA** and **Abu ASAMA**

I am also going to be referring to different locations in Pakistan, in particular the **Lashkar-e-Taiba** offices which are situated in **Lahore** and commonly known as 'The World Trade Centre'. The offices of **Lashkar-e-Taiba** are located on the second floor at the rear of a commercial building, the outside of which was surrounded by a market trading area.

Signature:    Signature witnessed by:

03339

Continuation of Statement of   Yong KI KWON ........................................................

I have made two plans of the building. One showing the general approach from the outside. There was a spiral staircase which was recessed into the building line and gave access to the second floor and the main door of the premises and LET offices. The second drawing is a more detailed floor plan of the layout of the LET office. As you enter the front office door there is a small corridor and off to the right hand side is a further door giving access to a room that was used as an office. Within there was a desk, computer terminal and a small bathroom. There was a telephone in this room which was used by myself and other trainees on a limited basis in order to make telephone calls abroad. This was done after purchasing Telephone Cards from the market stalls outside. This was mainly used by **Abu BARAA** although I also saw **Abu KHALID** in there at times. Immediately at the end of the corridor was a further room similar in layout to the first. This also contained a desk, a computer terminal and another small bathroom. This room was generally accessible to all. Off to the left of the corridor was the largest room in the building which consisted of a very long open area which was sub-divided into a living/sleeping space and a kitchen. Within the living/sleeping area there was a closet, a bookcase and a locker which was used to store personal possessions. Both of these plans I gave to Detectives Dave Field and Ray Thomas on Wednesday 1st December 2004.

The next location I will refer to is **MURIDKE**. This I would describe as a village which is controlled by the LET organization. This is a fenced in compound with security guards and other staff took take care of all the trainees. The facilities included living sleeping and eating areas and the population I would estimate to be in the high hundreds, possibly a thousand. ~~There were a lot of trainees there.~~ ONLY A FEW OF THESE WERE TRAINEES THOUGH Y.K.

Signature: _____   Signature witnessed by: _____

03340

Continuation of Statement of    Yong KI KWON ..................................................................................

The next location I will refer to is **MUZAFFARABAD**. This is an area in the mountains of Pakistan where a training camp is based. I indicated this area to Detectives Field and Thomas on a map of Pakistan.

In September 2001, along with others I traveled from the United States of America to Pakistan via Manchester, England spending time in Karachi before traveling to Lahore by train. When I arrived in Lahore I went to the LET offices. At this time I was together with **Mahmood HASSAN**, **Masood KHAN** and his younger brother **Omar KHAN**.

Whilst at the LET offices in **Lahore** I met **Abu KHALID**. He came to the office and spoke about what we could expect with regard to the training as he had been through the same training. He described how there was two types of training, one for Pakistani's and one for foreigners. KHALID described ~~in detail~~ how he had been through the Pakistani version of the training which he said was the longest of the two types. KHALID advised us that the training was not easy but that we should persevere. KHALID did not say what his position was within LET but my perception of him was that he was someone of significance and importance within the organization. This is based upon the fact that he talked about traveling a lot on behalf of LET and I understood him to be either a recruiter or fund raiser for the LET organization. From my contact with him he clearly had free access to all rooms within the building. ~~He was one of the three persons in charge~~

Having spent a night sleeping at the LET offices a group of us were put in a van ~~by KHALID~~ which was then driven to the bus station. We then traveled by bus as far as it could travel into

03341

Case 1:04-cr-00385-LMB   Document 308-4   Filed 08/14/13   Page 6 of 8 PageID# 54
Page 5 of 7

Continuation of Statement of     Yong KI KWON .................................................................................

the mountainous region of Pakistan. From this point we proceeded into the mountains where the training camp was set up in the **MUZAFFARABAD** region. This was approximately in the second week of October.

I received training in radio procedure, camouflage, weapons including live firing, guerilla combat tactics including ambush and patrolling techniques and physical fitness. The trainees within the camp were made up of numerous people from various countries which included Pakistan, France, America, Africa, Uzbekistan, Arab Countries, Turkey, Australia and British speaking Pakistani who were training to prepare to fight for Islamic beliefs and causes. Two of the English speaking Pakistani's I knew by their **ABU** names of **Abu MUJAHID** and I believe the other was called **Abu SHAHID**. I remember a time when I, together with **Mamood HASSAN** and **Masood KHAN,** went with **Abu MUJAHID** to visit his family home in **Lahore**. I met his ~~mother~~ # there and we were allowed to use the phone at their home.
# FATHER Y.K.

At the training camp I was referred to as **Abu UBAYDAH**. Other trainees also used **ABU** names. I know that Abu names are used to hide our true identities from each other and to conform to the Islamic tradition when going into battle so that your enemies do not know your
Y.K. * FROM THE UNITED STATES Y.K.
real name. The only trainees that I knew by their real names were the persons that I originally
Y.K. AND Y.K.        Y.K.x I ALSO KNEW MOHAMMED AATIQUE x Y.K.
traveled with, **Mahmood HASSAN,** **Masood KHAN**, ~~and his younger brother Omar KHAN~~.
Y.K.
The ABU names that I also knew them by were **Abu QUDAMA** for **Mahmood HASSAN** ~~and~~
**Abu IBRAHIM** for **Masood KHAN** AND. ABU OMER FOR MOHAMMED AATIQUE.
Y.K.

03342

Whilst at the camp there was various people that came and gave speeches to the trainees. One of these was **Abu BARAA**. He spoke to us about Afghan refugees and the conditions they were living in and how LET had assisted in providing food and clothes for them.

I completed two parts of the training and then left the camp and traveled back to the LET offices in **Lahore**, where I slept overnight. The following day **Abu KHALID** came to the office. Some of the ~~British-speaking~~ trainees were unhappy with the food and wanted some McDonald's. **KHALID** collected money from all the group and went and bought food for us from McDonald's. He *HAD also mentioned that the first thing he did when he finished his own training was to go straight to the Pizza Hut in **Islamabad** and eat. He described how he did this in his dirty clothes straight from the training camp. This caused the other people in the restaurant to look at him strangely. It was during this ~~time~~ *SECOND ENCOUNTER that he told me in conversation he had just become a father. He also mentioned that he traveled a lot ~~for LET~~ between the UK and Pakistan.

I then traveled to the LET village in **Muridke**. Whilst I was there within the compound of the village **KHALID** came unexpectedly and visited the trainees. He came by car driven by the male from the LET office in **Lahore**, the same male I had seen driving **Abu BARAA** previously. **KHALID** asked how we were doing and explained that he was traveling EN ROUTE ~~via~~ **Lahore**. This was the last time that I saw **KHALID** in person.

After staying at the village of **Muridke** for a period of time I then left early in December and traveled to **Karachi**. Whilst in **Karachi** I had trouble with my visa due to the fact that I had

03343

Continuation of Statement of    Yong KI KWON .........................................................................................................

overstayed. I was in contact via email with another trainee from the camp, **Masood KHAN**, who in an email to me said the British guy from the camp sends his regards. I immediately knew that he was referring to **Abu KHALID**. I then asked him for an email address for **KHALID**. He gave me the email address of another person, **Seif Allah CHAPMAN**, as someone who could provide **KHALID's** email address. I obtained **KHALID's** email address which I remember was johninformation@yahoo.com or .uk I cannot recall exactly which. In June or July 2002 I sent him one email to try and get his help to which he did not reply to. The email account that I myself was using at that particular time was either beefwithbrocoli@yahoo.com or ricebowl88888@yahoo.com.

I did not receive a reply to this email and therefore sent another to which I received a reply from **KHALID** in early to mid August 2002. This email gave details of a cell phone and landline telephone number to use to make contact with him. I remember that this contained the dialing code of 410 which I recollect is in Pakistan and is possibly for **Lahore**.

I called him on his cell phone and he told me to call him back on the landline number with the 410 code in it. When I spoke to **KHALID** he explained that he hadn't replied to the email as he had been traveling out of town. By this time I had already solved the problem with my Visa and had tickets to leave Pakistan and travel to South Korea. This was the very last time that I had any form of contact with **KHALID**.

Y.K.

Signature: ................................    Signature witnessed by: ................................

03344