IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:04cr385 |
| | ) | |
| ALI AL-TIMIMI | ) | |

MOTION TO SEAL AND FILE A REDACTED EXHIBIT

On August 14, 2013, the government filed a response in opposition to the defendant's motion to compel discovery regarding Ajmal Khan. In connection with its response, the government filed four exhibits. One exhibit, Document 308-2, consisted of a report of interview, and contained personal identifying information that should have been redacted before being filed publicly.

The government now moves to seal Document 308-2, and replace it on the public docket with a redacted copy of that exhibit. The redacted copy of Exhibit 2 is attached to this motion.

Counsel for the defendant has authorized undersigned counsel to say that he does not oppose this motion.

A proposed order to seal is attached to this motion.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:      /s/
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on August 15, 2013, I electronically filed the foregoing GOVERNMENT'S MOTION TO SEAL AND FILE A REDACTED EXHIBIT and ORDER TO SEAL with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

                                Manu Krishnan
                                Bryan Cave LLP
                                1155 F Street, N.W., Suite 700
                                Washington, D.C. 20004
                                manu.krishnan@bryancave.com


                                _____/s/_____
                                Gordon D. Kromberg
                                Assistant United States Attorney
                                Virginia Bar No. 33676
                                Assistant United States Attorney
                                Attorney for the United States
                                2100 Jamieson Avenue
                                Alexandria, VA  22314
                                (703) 299-3700
                                (703) 837.8242 (fax)
                                gordon.kromberg@usdoj.gov