FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  06/17/2004

On 06/16/2004, KHWAJA MAHMOOD HASAN, date of birth _____, social security account number _____, was interviewed at the Alexandria Police Department. Also present during the interview was Assistant United States Attorney David H. Laufman. Hasan was previously advised of the identity of the interviewing agents. After being advised of the nature of the interview, Hasan provided the following information:

Hasan recalled being shown a photograph by FBI agents while he was in Idaho waiting to testify at the trial of SAMI OMAR AL-HUSSAYEN. Hasan recalled identifying the person in the photograph as an individual Hasan knew from the Lashkar-e-Taiba (LET) named ABU KHALID.

Special Agent John V. Wyman presented Hasan with a photograph of MOHAMMED AJMAL KHAN, DOB: _____, POB: Coventry, United Kingdom. Hasan confirmed that the person in the photograph presented by SA Wyman was the same as the one presented by the FBI in Idaho. Hasan confirmed that he knew this individual as ABU KHALID.

Hasan first met ABU KHALID at the LET offices in Lahore. This meeting occurred when Hasan first arrived in Pakistan, en route to the LET training camps in the vicinity of Muzafrabad. Hasan, Yong Kwon, and Masaud Khan stayed at the Lahore LET office for a couple of days before they departed for the training camps. ABU KHALID worked for LET in an unknown capacity. Over the couple of days Hasan stayed at the Lahore LET office, ABU KHALID came and went with ease. ABU KHALID did not maintain office space within the LET offices but interacted with others who worked at the office in a manner that indicated he was someone with responsibility at LET. ABU KHALID served as the primary point of contact for Hasan, Yong Kwon, and Masaud Khan, while they were awaiting transport to the camps from the Lahore LET office. ABU KHALID answered the questions posed by Hasan and other English speaking recruits. Hasan recalls asking one of the other LET office workers a question and being told that Hasan should direct such questions to ABU KHALID. ABU KHALID asked other LET members to do things for Hasan and the other foreigners, such as preparing them food.

---

Investigation on  06/16/2004  at  Alexandria, Virginia

file #  _____-302)                              Date dictated  NA

SA John V. Wyman
by  SA Christopher P. Mamula

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI _____

03071

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___Khwaja Mahmood Hasan___ , On __06/16/2004__ , Page __2__

    ABU KHALID told Hasan that he had previously trained with LET. ABU KHALID indicated that it had been a long time since he went through the training himself. ABU KHALID compared the rigors of the training endured by Pakistanis to those endured by the foreigners, like Hasan. ABU KHALID said that the Pakistani training program is more difficult. ABU KHALID spoke English with a distinctly British accent. It appeared that ABU KHALID's native language was English. ABU KHALID also spoke fluent Urdu, with a Punjabi accent. ABU KHALID used Urdu when he spoke to other LET cadre members. ABU KHALID told Hasan that his family resides in Pakistan. Hasan believes that Hasan was referring to a wife and children when he mentioned his family.

    Hasan described ABU KHALID in the following manner:

| | |
|---|---|
| Age: | Early 30's |
| Height: | About 5'10", taller than Hasan |
| Hair: | Short, black, thinning, like the picture presented by SA Wyman |
| Beard: | Dark, full, black |
| Complexion: | Dark, Pakistani |
| Build: | Medium |
| Other: | No glasses |
| | Traditional Pakistani attire |

    The second time Hasan met ABU KHALID, he was at the LET compound in Muridke, Pakistan. Hasan, Khan, and Kwon were housed in a boarding-house/guest-house along with two Brits, three Saudis, and SALAHUDDIN, the french guy. ABU KHALID came to the boarding house to assist the foreigners. Hasan only saw ABU KHALID during his visits to the boarding house and not out and about in general confines of the Muridke compound. ABU KHALID was a primary English speaking contact for Hasan and the other English speaking foreigners.

    After about two days at the Muridke compound, Hasan told one of the LET cadre members that he wanted to leave. ABU KHALID gave Hasan a ride from Muridke to the LET office in Lahore. ABU KHALID, who drove the truck, and Hasan, were the only people that made the trip back to Lahore. The drive from Muridke to Lahore took about forty-five minutes. Hasan did not exchange contact information with ABU KHALID. ABU KHALID did not ask Hasan for any future assistance. ABU KHALID did not

FD-302a (Rev. 10-6-95)

-302

Continuation of FD-302 of ___Khwaja Mahmood Hasan_____ , On __06/16/2004__ , Page ___3___

indicate to Hasan that he was planning to travel to the United States.

After ABU KHALID dropped Hasan off at the Lahore LET office, Hasan went into the office and retrieved his passport and other remaining belongings from the room where Hasan had previously slept. While at the office, Hasan encountered ALI ASAD CHANDIA. Hasan confirmed that the office at which he saw CHANDIA was the LET office in Lahore that he described earlier in the interview.

AUSA David Laufman read to Hasan a portion of a transcript recorded during Hasan's testimony before a Federal Grand Jury in Alexandria, Virginia. Hasan confirmed that he was certain that the office at which he saw CHANDIA was the same LET office in Lahore, at which he had previously met ABU KHALID and at which he, Kwon, and Khan had stayed for a couple of days before and after going to the LET training camps.

During a brief conversation with CHANDIA at the LET office in Lahore, Hasan learned that CHANDIA was staying with his father in Lahore. CHANDIA provided Hasan with an update on how things were going back home. CHANDIA asked Hasan about the training. Hasan told CHANDIA that the training had been difficult and that his (Hasan's) back had been bothering him. Hasan and CHANDIA exited the LET office and walked down to the street together. Before they parted company, CHANDIA told Hasan that he was going to his cousin's house and then deer hunting. Hasan arranged for a taxi to transport him (Hasan) to his aunt's house in Lahore. CHANDIA assisted Hasan in describing to the taxi driver the location of Hasan's aunt's house.

Hasan does not recall Kwon and/or Khan being present during his conversation with CHANDIA. Hasan is certain that he saw CHANDIA at the LET offices after he returned alone from Muridke with ABU KHALID. Hasan bases his recollection of timing on the memory that CHANDIA assisted Hasan in providing the tax driver with directions to his aunt's house in Lahore; an event that happened during Hasan's last visit to the Lahore LET office. Hasan does not recall seeing CHANDIA on another occasion at the LET office in Lahore, with Kwon and Khan.

Sometime after returning to the United States from training in Pakistan, CHANDIA appeared at Hasan's doorstep with ABU KHALID. Hasan believes that the visit was sudden and

03073

FD-302a (Rev. 10-6-95)

302

Continuation of FD-302 of __Khwaja Mahmood Hasan__ , On __06/16/2004__ , Page __4__

unannounced, however, there is a chance CHANDIA called Hasan on Hasan's cellular telephone, a Sprint PCS at the time, to let Hasan know he was coming to visit. Hasan was surprised to see CHANDIA in the company of ABU KHALID when they arrived at his house. ABU KHALID was clean shaven and was now wearing western attire, as compared to the Pakistani attire that ABU KHALID was wearing when Hasan saw him last. Hasan was "freaked out". Hasan recalled being upset with CHANDIA for bringing ABU KHALID to his house and at some time Hasan asked CHANDIA why he brought ABU KHALID to his house. Hasan could not recall CHANDIA's answer. Hasan wanted to be a good host, however, he was uncomfortable with ABU KHALID being at his house and he did not want his parents to see ABU KHALID there. Hasan did not want his parents asking questions about ABU KHALID.

Hasan tried to estimate the timing of CHANDIA and ABU KHALID's visit. At the time of their visit, Hasan was aware of the LET's designation as a terrorist organization and was concerned about ABU KHALID visiting his house. Hasan thinks that the visit might have occurred sometime around the time Hasan was first interviewed by the FBI about his travel to Pakistan. Hasan makes this estimate because of how "freaked out" he was when he saw ABU KHALID. Hasan was concerned that ABU KAHLID's visit might be observed by FBI surveillance. Hasan stepped outside and spoke briefly to CHANDIA and ABU KHALID in front of his house.

While in the presence of CHANDIA, Hasan asked ABU KHALID what he was doing in the United States. ABU KHALID responded by saying that he had come to the U.S. to pick up some stuff. Hasan asked ABU KHALID what kind of stuff? ABU KHALID responded by saying that he was here to pick up some night vision goggles or something very similar to that.

Hasan qualified his lack of certainty about night vision goggles by saying that at the time of ABU KHALID's visit, Hasan was aware of some Pakistanis from New York who had gotten arrested for purchasing equipment and shipping it back to Pakistan. Hasan was certain that ABU KHALID told him that he was here to pick up some form of sophisticated technological equipment. However, Hasan could not be certain that ABU KHALID said night vision goggles because Hasan thought that he might be recalling the night vision goggles from the story he read about the New York Pakistanis. Nonetheless, Hasan is certain that ABU KHALID either said night vision goggles or something of a nature

FD-302a (Rev. 10-6-95)

302

Continuation of FD-302 of __Khwaja Mahmood Hasan__ , On _06/16/2004_ , Page _5_

that Hasan would be concerned ABU KHALID might get into trouble for taking such equipment back to Pakistan for the LET. After learning of ABU KHALID's purpose, Hasan warned ABU KHALID about the recent arrest of the New York Pakistanis and cautioned ABU KHALID to be careful. Based on the context of the conversation, Hasan thought that whatever business ABU KHALID was conducting it was on behalf of the LET and it had been completed. ABU KHALID had simply come to the United States to pick up the equipment and return to Pakistan.

Hasan, CHANDIA, and ABU KHALID decided to go get something to eat. Hasan drove CHANDIA and ABU KHALID in his vehicle to the RAVI KABOB, located in Arlington, possibly on Glebe Road. RAVI KABOB is a location at which Hasan and others used to gather after lectures at the Dar al Arqam. Hasan does not recall who paid for the dinner. RAVI KABOB does not accept check/debit cards, and therefore it is likely that the dinner was paid for with cash. During their dinner together, Hasan asked ABU KHALID, in the presence of CHANDIA, about the LET and whether the LET was still conducting operations. ABU KHALID said that the LET had closed and moved their Lahore office but that the clamp down had not effected LET operations.

ABU KHALID did not mention visiting any other associates of Hasan, such as SEIFULLAH CHAPMAN or MASAUD KHAN. Hasan got the impression that ABU KHALID was visiting other cities during his visit but Hasan could not recall any more about ABU KHALID's U.S. travel.

03075