IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:04cr385 |
| ) | |
| ALI AL-TIMIMI ) | |

FILED
AUG 15 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER TO SEAL

WHEREAS, on August 14, 2013, the government filed a response in opposition to the defendant's motion to compel discovery regarding Ajmal Khan;

WHEREAS, in connection with its response, the government filed an exhibit, Document 308-2, that contained personal identifying information that should have been redacted before being filed publicly;

WHEREAS, the government now moves to seal Document 308-2, and replace it on the public docket with a redacted copy of that exhibit, and the defendant does not oppose the motion;

IT IS HEREBY ORDERED THAT, for good cause shown, Document 308-2 shall be placed under seal, and the government shall file a redacted copy of that exhibit for inclusion on the public docket.

/s/
Leonie M. Brinkema
United States District Judge  8/15/13