IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Filed with Classified
Information Security Officer

CISO _____

Date _____9/6/13_____

UNITED STATES          )
                       )
v.                     )
                       )          Case No. cr-04-385
ALI AL-TIMIMI          ).
                       )          Hon. Leonie M. Brinkema
                       )

### DEFENDANT DR. ALI AL-TIMIMI'S MOTION TO COMPEL DISCOVERY OF UNDISCLOSED MATERIAL INTERCEPT EVIDENCE CAPTURED PURSUANT TO FOREIGN INTELLIGENCE SURVEILLANCE ACT