IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Filed with Classified
Information Security Officer

CISO _____

Date ___9/10/13___

UNITED STATES )
)
) Case No. cr-04-385
v. )
) Hon. Leonie M. Brinkema
ALI AL-TIMIMI )
)

### DEFENDANT DR. ALI AL-TIMIMI'S MOTION TO COMPEL DISCOVERY OF EVIDENCE GATHERED PURSUANT TO THE PRESIDENTIAL SURVEILLANCE PROGRAM AND "OTHER INTELLIGENCE ACTIVITIES"