Filed with the Classified
Information Security Officer
CISO Peters
Date  9/16/2013

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | Case No. cr-04-385 |
| v. ) | |
| ) | Hon. Leonie M. Brinkema |
| ALI AL-TIMIMI ) | |
| ) | **UNDER SEAL** |

**DEFENDANT DR. ALI AL-TIMIMI'S MOTION TO COMPEL
DISCOVERY OF ANY CLASSIFIED EVIDENCE GATHERED PURSUANT TO THE
PRESIDENT'S SURVEILLANCE PROGRAM AND "OTHER INTELLIGENCE
ACTIVITIES"**

Filed with the Classified
Information Security Officer
CISO _Meyers_
Date _9/16/2013_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | Case No. cr-04-385 |
| v. ) | |
| ) | Hon. Leonie M. Brinkema |
| ALI AL-TIMIMI ) | |
| ) | **UNDER SEAL** |

## DEFENDANT DR. ALI AL-TIMIMI'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY OF ANY CLASSIFIED EVIDENCE GATHERED PURSUANT TO THE PRESIDENT'S SURVEILLANCE PROGRAM AND "OTHER INTELLIGENCE ACTIVITIES"