Case 1:04-cr-00385-LMB    Document 320    Filed 09/16/13    Page 1 of 2 PageID# 1892

Filed with the Classified
Information Security Officer
CISO *Alder*
Date 9/16/2013

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| **UNITED STATES** ) | |
| ) | **Case No. cr-04-385** |
| **v.** ) | |
| ) | **Hon. Leonie M. Brinkema** |
| **ALI AL-TIMIMI** ) | |
| ) | **UNDER SEAL** |

## DEFENDANT DR. ALI AL-TIMIMI'S MOTION TO COMPEL DISCOVERY OF ANY CLASSIFIED EVIDENCE GATHERED PURSUANT TO THE PRESIDENT'S SURVEILLANCE PROGRAM AND "OTHER INTELLIGENCE ACTIVITIES"

Defendant Dr. Ali al-Timimi respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 16 and *Brady v. Maryland* and its progeny, to order the government to confirm that the scope of its prior search (as detailed in prior classified filings) encompassed all federal agencies and all surveillance programs, including but not limited to the PSP. To the extent that the government failed to include such surveillance in prior disclosures to the Court and counsel, Dr. al-Timimi moves that such material be disclosed to the Defense. Additionally, Dr. al-Timimi asks the government to confirm what evidence from TSP, PSP, or other previously undisclosed intelligence activities were reviewed by investigators or prosecutors in the investigation of Dr. al-Timimi and the so-called "Virginia Jihad."

Dated: September 13, 2013

Respectfully submitted,
Dr. Ali al-Timimi, by Counsel:

Jonathan Turley (*pro hac vice*, lead counsel)
2000 H St., N.W.
Washington, D.C. 20052

Case 1:04-cr-00385-LMB Document 320 Filed 09/16/13 Page 2 of 2 PageID# 1893

(202) 994-7001 (phone)
(202) 994-9811 (facsimile)

Vishant Manu Krishnan (VSB # 82308)
Bryan Cave LLP
1155 F Street, NW, Suite 700
Washington, D.C. 20004
(202) 508-6000 (phone)
(202) 508-6200 (facsimile)