**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | **Case No. cr-04-385** |
| **v.** ) | |
| ) | **Hon. Leonie M. Brinkema** |
| **ALI AL-TIMIMI** ) | |

ORDER

Based on good cause shown in the government's Motion to Compel Discovery Gathered
Pursuant To The President's Surveillance Program and "Other Intelligence Activities,"

IT IS HEREBY ORDERED THAT:

1.  The government shall file within seven (7) days a statement that details the scope of its
    prior search for evidence following the remand in this case with confirmation that this
    prior search included all agencies and relevant programs including but not limited to the
    President's Surveillance Program (PSP) and other previously undisclosed intelligence
    activities.

2.  To the extent that such material evidence was not previousyly disclosed, the government
    shall make such documents available to the Defense or seek an appropriate order to
    withhold disclosure within fourteen (14) days.

3.  The government shall further submit a detailed report on what information was reviewed
    by investigators or prosecutors from TSP, PSP, or other previously undisclosed
    intelligence activities in the investigation of Dr. al-Timimi or the parties associated with
    the "Virginia Jihad."

_____

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2013, the foregoing was given to the court security official at the SCIF assigned to this case in compliance with prior court orders for filing and delivery to both the Court and to opposing counsel.

Jonathan Turley
*Lead Counsel for Dr. Ali al-Timimi (pro hac vice)*

4