

P.J. Meitl
Direct: 202-508-6043
Fax: 202-508-6200
pj.meitl@bryancave.com

May 29, 2012

**Bryan Cave LLP**
1155 F Street, NW
Washington, DC 20004
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

VIA US MAIL AND EMAIL

Deborah M. Waller
Paralegal Specialist
Office of the Inspector General
Office of General Counsel
950 Pennsylvania Ave., N.W.
Room 4726
Washington, D.C. 20530
Voice: 202-616-0646
Fax: 202-616-9152
Email: oigfoia@usdoj.gov

**Bryan Cave Offices**
Atlanta
Charlotte
Chicago
Dallas
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Re:   Re: Freedom of Information Act Request

Dear Ms. Waller:

This is a request under the Freedom of Information Act. As you may know, the Office of the Inspector General initiated an investigation regarding certain issues related to the criminal prosecution of Dr. Ali-Al-Timimi, whom we represent. The instant request follows up on that investigation.

In July 2009, the Office of the Inspector General issued a report titled the *Unclassified Report of the President's Surveillance Program*, Report No. 2009-0013-AS, (July 10, 2009) (hereinafter "Report"). An electronic version of this report can be found at:
http://judiciary.house.gov/hearings/pdf/IGTSPReport090710.pdf.

**Bryan Cave
International Consulting**
*A TRADE AND CUSTOMS CONSULTANCY*
www.bryancaveconsulting.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

The report discusses several sets or types of documents, including:

1. The "Foreign Intelligence Surveillance Court (FISC) pleadings and orders" that were reviewed by the "PSP IG Group." (*See* page 4 of Report.)

2. The "contemporaneous notes and emails of various senior officials describing significant events during the [PSP] program" that were reviewed by the "PSP IG Group," (*See* page 4 of Report.)

Deborah M. Waller  
Page 2

Bryan Cave LLP

3. The "summary of intelligence gathered through the PSP and other means during the previous authorization period" (*See* page 6 of Report.)

4. Documents related to the steps taken by the Department of Justice "to address discovery issues with respect to the PSP." (*See* page 19 of Report.)

5. Summaries of interviews or notes taken in interview by the Department of Justice Office of Inspector General regarding the FBI's experience with the PSP program. (*See* page 32 of Report.)

The instant request does not seek the entirety of the documents listed above. Instead, it only seeks a subset of those documents – those documents (out of the sets listed above) that reference, discuss, mention, or list the name of Dr. Ali Al-Timimi.

All variations of Dr. Timimi's name should be utilized in performing these searches, including Al-Timimi, Timimi, Timini, Al-Timimi, Ali Al-Timimi, and Ali Timimi. Common misspellings should also be included, including Timmimmi, Timimmi, Timimee. If the search is burdensome, I am willing to perform the search myself or receive all of the documents prior to a search being performed.

Please forward the requested records to me at the address below. I agree to be responsible for all direct costs to search for, review and duplicate those records. I will expect a response to this request within twenty (20) business days, as required by law.

If you need to discuss this request, I can be reached at (202) 508-6043. Thank you for your prompt consideration of my request.

Sincerely yours,

P.J. Meitl