

U.S. Department of Justice

Office of the Inspector General

June 5, 2012

P.J. Meitl
Bryan Cave LLP
1155 F Street, N.W.
Washington, D.C. 20004

Subject: Freedom of Information/Privacy Act Request [12-OIG-169]

Dear Mr. Meitl:

     This responds to your request under the Freedom of Information Act for access to records maintained by the Office of the Inspector General (OIG). Specifically, you seek documents pertaining to the 2009 OIG report titled "Unclassified Report on the President's Surveillance Program."

     The documents responsive to your request have been reviewed. These documents were obtained by the OIG from other components and agencies. Due to the classification by other components and agencies we have determined that this information must be withheld in its entirety pursuant to the Freedom of Information Act, 5 U.S.C. §552(b)(1), as amended. This provision exempts from disclosure information specifically authorized under criteria established by an Executive Order to be kept secret in the interest of national defense or foreign policy and are in fact properly classified pursuant to such Executive order.

     If you are dissatisfied with my action on this request, you may appeal from this action by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530. Your appeal must be received by OIP within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." In the event you are dissatisfied with the results of any such appeal, judicial review will thereafter be available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, or in the District of Columbia, which is also where the records you seek are located.

Sincerely,

Deborah M. Waller
FOI/PA Specialist
Office of the General Counsel