## Edward Mac Mahon

**From:** "Edward Mac Mahon" <ebmjr@crosslink.net>
**To:** <Gordon.Kromberg@usdoj.gov>
**Sent:** Friday, March 25, 2005 9:47 AM
**Subject:** How about this

The case in which you may serve as a juror is entitled United States v. Ali Al-Timimi. This case involves to a significant degree certain events that followed in the immediate aftermath of the terrorist attacks on 9/11 and the preparations for the war in Afghanistan that followed those attacks. The government alleges that, just days after 9/11, when it became apparent that the United States might to go to war against the Taliban (the rulers of most of Afghanistan), because the Taliban was providing shelter to Usama bin Laden and his organization, Al-Qaeda, defendant Ali Al-Timimi solicited young Muslim men in Northern Virginia to go to Afghanistan to fight for the Taliban against the United States, and counseled and induced others to try to help the Taliban or other Islamic fighters (known as mujahideen) by fighting for them in violent jihads, or violent struggles to further the Islamic religion. Ali Al-Timimi denies the charges, and contends that he only counseled the young men to leave the United States (or, in Arabic terms, make "hijrah") and migrate to an Islamic country where they could practice their religion without persecution. Ali Al-Timimi also contends that he was exercising rights guaranteed to him by the First Amendment to the United States Constitution.

Of course my changes are underlined - I will be at the courthouse this afternoon for the great switch - i have assembled the majority of the documents that you may not have already and even some that you returned. I have approximately 400 tapes of public lectures as well to provide and should have them tomorrow - you have all of them already I believe and we can discuss a stipulation regarding them - finally, I need Hasan's phone records so I can fill in all the blanks for the summary exhibit i am preparing - then I promise to stop asking for anything other than a nolle prosse.
Ed

3/25/2005