

Page 1 of 1

## Edward Mac Mahon

From: "Alan Yamamoto" <yamamoto.law@verizon.net>
To: "Ed MacMahon" <ebmjr@verizon.net>; "Ali Al-Timimi" <aaltimim@hotmail.com>
Sent: Tuesday, July 12, 2005 3:30 PM
Subject: Fw: Hasan Phone Records

----- Original Message -----
From: <Gordon.Kromberg@usdoj.gov>
To: <yamamoto.law@verizon.net>
Sent: Monday, July 11, 2005 2:51 PM
Subject: RE: Hasan Phone Records

> Alan,
>
> We do not have any of Hasan's phone records for September 2001.
>
> I do not believe that I or anyone else told Ed during the trial that he
> was given all of the phone records that the government had. I provided
> the Kwon records and the Timimi records.
>
> Gordon
>
> -----Original Message-----
> From: yamamoto.law@verizon.net [mailto:yamamoto.law@verizon.net]
> Sent: Friday, July 08, 2005 10:22 AM
> To: Kromberg, Gordon
> Subject: Hasan Phone Records
>
>
> Gordon,
>
> I am checking to see whether the government has any of Hasan's phone
> records for September 2001. Ed thinks that he was told during the trial
> that we were given all the phone records that the government had. Thanks.
>
> Alan
>

7/12/2005