Case 1:04-cr-00385-LMB  Document 329-1  Filed 09/26/13  Page 1 of 2 PageID# 1630

# EDWARD B. MACMAHON, JR.

ATTORNEY AT LAW

107 EAST WASHINGTON STREET

P.O. BOX 903

MIDDLEBURG, VIRGINIA 20118

TELEPHONE (5( )) 687-3902
METRO (703) £ 39-1124

FACSIMILE (540) 687-6366
E-MAIL ADDRESS: cbmjr@verizon.net

September 26, 2006

## EX PA RTE AND UNDER SEAL

Hon. L onie M. Brinkema
United States District Judge
U.S. D strict Court for the Eastern
    Dist ict of Virginia
401 Cc urthouse Square
Alexan lria, VA  22314

Re: <u>United States v. Ali al-Timimi</u>, Case No. 04-385-A

Dear Jι lge Brinkema:

As you know, during our investigation of the Moussaoui case, I was granted access to the files of he September 11 Commission that were maintained in the National Archives. Many of the file that we reviewed were classified. Many were not. It would be impossible for me to state to you whether the files that I reviewed that are the subject of this letter are classified or unclass fied. I know that I reviewed them in a SCIF and that is enough to make me careful.

The purpose of this letter is to disclose to you that in the course of reviewing these docume its, I came across a file that appeared to show that al-Timimi had been the subject of an FBI inv stigation before September 11, 2001. There was a file that clearly identified al-Timimi and sta d some brief information regarding the investigation. I do not recall if it was one or two pages b ɪt it was plainly a summary of the results of an investigation that would have led to more docume its. I did not ask for a copy of this file because I did not believe that the access I had been gɪ nted to these files allowed me to seek copies of files that I could use in a different represe tation. My best guess of where these files were maintained was in the portion of the records hat addressed the August 6, 2001, Presidential Daily Briefing which states that there are many o ːgoing FBI investigations of suspected Al Qaeda members in the United States in that time frι ne.

believe that this information is important and would have been helpful to me in trying al-Timi ni's case. As the Court may recall, the Government stipulated, after CIPA hearings, to the natι e and extent, including the precise duration, of the surveillance of al-Timimi by the United States. I argued to the jury that the lack of other incriminating evidence derived from

Hon. Leonie M. Brinkema
United States District Judge
September 26, 2006
Page 2

such extensive surveillance meant the al-Timimi's statements to the FBI in which he claimed
innocence were more credible that the words of the government's own witnesses who are now
free. Had I known that there was additional surveillance that did not produce any incriminating
evidence against a man with no prior criminal record, I could have used that fact as well in the
case. In addition, if there was additional surveillance, by FISA wiretap or without a warrant, the
stipulation entered in the case was either grossly misleading or false which is also of great
concern to me. The fact that al-Timimi was subject to a prior FBI investigation before 9-11
makes it much more likely that other calls of relevance to this case, such as calls from al-Timimi
and others to Saudia Arabia and Pakistan could of been intercepted before any FISA warrants
were issued.

I am happy to report these matters to you in whatever fashion, publicly or privately, as the
Court deems appropriate. While this matter was before you on remand, I simply did not believe
that it was ethically appropriate for me to not bring these matters to your attention.

Best Regards,

Edward B. MacMahon, Jr.

EBM/ nlj

cc:    Christine Gunning