

**U.S. Department of Justice**

*United States Attorney's Office*

*Eastern District of Virginia*

*2100 Jamieson Avenue*                              *703/299-3721*

*Alexandria, Virginia 22314*                       *FAX 703/299-3981*

November 19, 2004

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, Virginia 20118

     Re:    <u>U.S. v. Al-Timimi, Crim. No. 1:04cr385; Discovery Letter #4</u>

Dear Ed:

     1. In Discovery Letter #3 to you of November 12th, I notified you that FBI SA John Wyman would provide classified and/or FISA-related information to Court Security Officer Christine Gunning to provide to you and Alan Yamamoto this week. That notification to you was a mistake and I apologize to you for it. As I notified you by email later on November 12th, I learned right after sending you Discovery Letter #2 that we still need to get "use" authority to provide certain information in discovery to you, notwithstanding the obvious facts that most of the information was declassified and provided to the defense attorneys in connection with the Royer/Khan trial earlier this year - - and that, in any event, you and Alan already have security clearances. I now gather that the "use authority" we received earlier this year was specific to that trial, and doesn't carry over to authorize "use" in this trial. We are working on getting the "use" authority to enable us to provide this information to you and Alan as soon as possible. I can tell you, however, that there is little information involved that I expect that you would find particularly relevant.

     2. Enclosed is a proposed protective order to deal with the classified information I expect will become available for your inspection. If it is ok with you, please endorse it and return it to me for filing. Also enclosed is the motion I propose to file and a draft memorandum of understanding If you do not consent to entry of the order, I will try to notice the motion for a hearing on December 3rd.

     3. In accordance with your request, enclosed is a version of the affidavit in support of the application for the warrant to search Timimi's house in February 2003. The affidavit, which remains under seal, supported applications to search the houses of Hamdi and Garbieh as well. I have provided you a version of the affidavit that is slightly redacted (five of 87 paragraphs were modified) to protect the identity of a source who is still involved in ongoing investigations. The redacted information concerns statements made to the source in 1996 by Hamdi, which neither mentioned nor referenced Timimi, events since 1996, any of the participants at the 9/16 meeting, or, indeed, any of the allegations against

Timimi.  The redacted information was relevant to probable cause that Hamdi was involved in helping others train for violent jihad.

4.  In accordance with our discovery obligations, enclosed is a transcript of telephone call between Timimi and Kwon, 4/11/03 (it says "Redacted" on the first page because the copy I'm providing you was provided to defense counsel for the *Khan* trial, and Timimi's name was redacted from it).  As noted below, a copy of the tape of the conversation awaits your pickup at the reception desk of the U.S. Attorney's Office.

5.  In accordance with our discovery obligations, enclosed is a FBI 302 report of search warrant at Timimi's house and car, 2/26/03 (it says "Redacted" on it because one of my colleagues deleted from it the FBI file number).

6.  In accordance with (and beyond) our discovery obligations, I have left at the front desk of the United States Attorney's Office in a package for you the following items:

a.  Videotape of meeting between Royer and Kwon, 4/17/03;

b.  Cassette tape of meeting between Royer and Kwon, 4/17/03;

c.  Eight cassette tapes of monitored telephone calls involving Aatique, Khan, Kwon, Royer, Hasan, and one involving your client, on 4/11/03;

d.  Cd-rom labeled "Terrorism:  Review of 1999, Outlook 2000" broadcast on C-Span, 1/5/2000, in which Royer asked a question about terrorism;

e.  Cd-roms entitled *"Copy Tkneisler Yahoo Court Order asad Ibn muhammad ismail royer seif chapman Groups,"* and *"Contains Viruses 315N-wf-225192 vol 1 of 1 email for 1B212 1B214 1B215 1B216 1B230 1B231 1B244 Al-Jazirah 11/25/03 11/18/04,"* which between them contain an electronic copy of all of the non-FISA derived emails of which we are aware that may constitute relevant written statements of your client or those of co-conspirators in this case, including Royer, Al-Hamdi, Kwon, Hasan, Aatique, Surratt, Chapman, Hammad Abdur-Raheem, Masoud Khan, and Caliph Abdur-Raheem.  These files contain captured messages and logs for yahoo groups muslim world news and islamic renewal, as well as from the following accounts seifchapman@yahoo.com, ismailroyer@yahoo.co, masadibnmohammed@yahoo.co.

We are providing you the files exactly as they existed on the sources from which they were taken.  ***Please note that the electronic files on the second cd-rom contain viruses;*** we have not taken the viruses out lest we change the evidence.  That being said, I looked at the files on my office personal computer with no ill effects earlier this year.  Nevertheless, lest you fear that by opening these files you might infect your network, you might want to examine these files on a stand-alone computer.  For better or worse, that is

Discovery Letter #4
November 19, 2004
Page 3

the extent of my knowledge of how to examine these files; you can check with SA John
Wyman for more details.

7.  In accordance with (and beyond) our discovery obligations in this case, this letter is to notify
you that, for purposes of screening materials in our possession for purposes of <u>Brady</u> and <u>Giglio</u>, the
following materials will generally be available for you to review in the United States Attorney's Office
during regular business hours, as early as Monday, November 22nd:

| DESCRIPTION | DATE | NUMBER PAGES | BATE STAMP #s |
|---|---|---|---|
| Transcript of monitored call between Kwon and Hasan family | 4/7/2003 7:00 p.m. | 4 | 00001-00004 |
| Transcript of monitoring of phone call between Kwon and Hasan | 4/8/2003 1:30 p.m. | 39 | 00005-000043 |
| Transcript of monitored call between Kwon and Masaud Khan | 4/16/2003 9:40 p.m. | 5 | 000044-000048 |
| Transcript of a call between Yong Kwon and Randall Royer | 4/17/2003 12:15 p.m. | 7 | 000049-000055 |
| Transcript of conversation between Kwon and Royer at the Comfort Inn - contains what are called "cuts" or segments. | 37727 | 14 | 000056-000069 |
| Letter to Kwon c/o Matthew A. Wartel from AUSA Kromberg | 5/7/03 | 2 | 000070-000071 |
| Letter to Mark J. MacDougal and Heather Pellegrino re: Young Ki Kwon with cc to Matthew Wartell from AUSA Gordon Kromberg | 7/23/03 | 2 | 000072-000073 |
| Plea Agreement and Statement of Facts Yong Ki Kwon | filed 8/25/2003 | 17 | 000074-000090 |
| Proffer letter to Aatique c/o Alan Bowman from AUSA Kromberg | 5/12/03 | 2 | 000091-000092 |
| Proffer letter to Aatique c/o Alan Bowman from AUSA Kromberg | 6/2/03 | 2 | 000093-000094 |
| Plea Agreement and Statement of Facts Muhammed Aatique | filed 9/22/2003 | 16 | 000095-000110 |
| Proffer letter to Donald Surratt from AUSA Kromberg | 6/11/03 | 2 | 000111-000112 |
| Plea Agreement and Statement of Facts Donald Thomas Surratt | filed 8/22/2003 | 15 | 0000113-000127 |
| Proffer letter to Hasan c/o Thomas Abbenante from Kromberg | 7/30/03 | 2 | 000128-000129 |
| Plea Agreement and Statement of Facts Hasan | filed 8/21/2003 | 14 | 000130-000143 |
| FBI 302 interview with Kwon regarding Kwon's written statement | 3/25/03 | 1 | 000144 |
| Handwritten statement by Kwon as noted in FBI 302 3/25/2003 | undated | 4 | 000145-000148 |
| Affidavit of Jaafar Sheikh Idris | 11/20/03 | 1 | 000149 |
| Affidavit of Soliman Al-Buthi | 8/4/03 | 1 | 000150 |
| Affidavit of Haytham Abu-Hantash | 11/15/03 | 2 | 000151-000152 |
| Affidavit of Yousuf Idris | 8/12/03 | 1 | 000153 |
| Affidavit of Adel Tahir | 8/11/03 | 1 | 000154 |
| Affidavit of Kamel Elmekki | 8/11/03 | 1 | 000155 |
| Affidavit of A. Idris Palmer | 8/4/03 | 1 | 000156 |
| Grand Jury test. trans. Mohammad Al-Kahtani (w 2 pg statement) | 9/4/03 | 38/2 | 000157-000196 |
| Grand Jury testimony transcript of Fahad Kahn | 8/6/03 | 12 | 000197-000208 |
| Grand Jury testimony transcript of Kamao Eo Mekki | 8/6/03 | 30 | 000209-000238 |
| Grand Jury testimony of Calvert L. Potter | 8/6/03 | 25 | 000239-000263 |
| Grand Jury testimony of Omar Muhammad Madani | 7/15/03 | 67 | 000264-000330 |
| Grand Jury testimony of Faraz Bhatti | 8/6/03 | 39 | 000331-000369 |
| Grand Jury testimony of Mohammad Chandia | 6/19/03 | 17 | 000370-000386 |
| U.S. Naval Criminal Investigative Service Investigation Action Report, identified as Exhibit 1 re: Randall Blue Chapman | 6/23/03 | 1 | 000387 |

Discovery Letter #4
November 19, 2004
Page 4

| DESCRIPTION | DATE | NUMBER PAGES | BATE STAMP #s |
|---|---|---|---|
| U.S. Naval Criminal Investigative Service Investigation Action Report with 3 attachments, identified as Exhibit 2 re: Chapman | 6/23/03 | 5 | 000388-000392 |
| U.S. Naval Criminal Investigative Service Investigation Action Report, identified as Exhibit 3 re: Randall Blue Chapman | 6/23/03 | 1 | 000393 |
| Statement made by John R. Murphy to Special Agent Chris G. Suhre of the USNCIS identified as Exhibit 4 | 8/5/03 | 3 | 000394-000396 |
| U.S. Naval Criminal Investigative Service Investigation Action Report, identified as Exhibit 5 re: Randall Blue Chapman | 6/23/03 | 1 | 000397 |
| FBI 302 report of interview with Randall T. Royer | 7/24/02 | 5 | 000398-000402 |
| FBI 302 report of interview of Randall T. Royer | 2/10/03 | 1 | 000403 |
| FBI 302 report of interview of Randall T. Royer | 9/2/03 | 5 | 000404-000408 |
| FBI 302 report of interview of Caliph Basha Ibn Abdur Rahman Raheem, with attached Investigative report by FCPD 1/25/01 | 3/25/03 | 6/4 | 000409-000418 |
| FBI 302 report of interview of Hammad Abdur-Raheem | 3/26/03 | 4 | 000419-000422 |
| FBI 302 report of interview of Hammad Abdur-Raheem | 3/28/03 | 3 | 000423-000425 |
| FBI 302 report of interview of Hammad Abdur-Raheem | 4/2/03 | 1 | 000426 |
| FBI 302 report of interview of Hammad Abdur-Raheem | 4/9/03 | 2 | 000427-000428 |
| FBI 302 report of interview of Hammad Abdur-Raheem | 5/13/03 | 1 | 000429 |
| FBI 302 report of interview of Hammad Abdur-Raheem | 5/28/03 | 4 | 000430-000433 |
| FBI 302 report of interview of Ibrahim Ahmed Al Hamdi | 2/27/03 | 8 | 000434-000441 |
| FBI 302 returned property to Al-Hamdi (personal computer) | 3/11/03 | 1 | 000442 |
| FBI 302 report of arrest of Ibrahim Ahmed Al-Hamdi | 3/20/03 | 2 | 000443-000444 |
| FBI 302 report of transporting Hamdi to U.S. District Court | 3/20/03 | 1 | 000445 |
| FBI 302 report of interview of Ibrahim Ali Al-Hamdi (3/31/03) | 4/8/03 | 6 | 000446-000451 |
| FBI 302 report of interview of Ali Al-Hamdi (4/2/03) | 4/8/03 | 9 | 000452-000460 |
| FBI 302 report of interview of Ibrahim Ahmed Ali Al-Hamdi | 6/9/03 | 6 | 000461-000466 |
| FBI 302 report of interview of Ibrahim Ahmed Ali Al-Hamdi | 6/10/03 | 8 | 000467-000474 |
| FBI 302 report of interview of Ibrahim Ahmed Ali Al-Hamdi | 6/21/03 | 2 | 000475-000476 |
| FBI 302 report of interview of Ibrahim Ahmed Ali Al-Hamdi | 6/22/03 | 3 | 000477-000479 |
| FBI 302 report of interview of Ibrahim Ahmed Ali Al-Hamdi | 6/23/03 | 5 | 000480-000484 |
| FBI 302 report of interview of Ibrahim Ahmed Ali Al-Hamdi | 7/1/03 | 7 | 000485-000491 |
| FBI 302 report of interview of Ibrahim Ahmed Ali Al-Hamdi | 7/14/03 | 1 | 000492 |
| FBI 302 report of interview of Mahmoud Khwaja Hasan | 7/8/03 | 2 | 000493-000494 |
| FBI 302 report of interview of Abdur-Rahman M Adly | 6/7/03 | 5 | 000495-000499 |
| FBI 302 report of interview of Daniel Anthony Peterman | 3/3/03 | 2 | 000500-000501 |
| FBI 302 report of interview of Abdur-Rahman M Adly | 2/3/03 | 2 | 000502-000503 |
| FBI 302 report of interview of Abdul-Muiz Adly | 6/2/03 | 2 | 000504-000505 |
| FBI 302 report of interview of Adeel SheikW | 3/19/03 | 2 | 000506-000507 |
| FBI 302 report of interview of Abdullah Zikria | 8/8/03 | 4 | 000508-000511 |
| FBI 302 report of interview of Sabri Benkahla | 7/22/03 | 3 | 000512-000514 |
| FBI 302 report of interview of Elizabeth A. Khan | 5/13/03 | 6 | 000515-000520 |
| FBI 302 report of interview of Abuumar Idris Palmer | 9/7/03 | 3 | 000521-000523 |
| FBI 302 report of interview of Kamal Mohammed El Mekki | 9/12/03 | 3 | 000524-000526 |

Discovery Letter #4
November 19, 2004
Page 5

| DESCRIPTION | DATE | NUMBER PAGES | BATE STAMP #s |
|---|---|---|---|
| FBI 302 report of interview of Witness 16 | 5/2/03 | 6 | 000527-000532 |
| FBI 302 report of meeting with NRA Witnesses | 5/12/03 | 3 | 000533-000535 |
| FBI 302 report of information received from the NRA | 5/19/03 | 4 | 000536-000539 |
| FBI 302 report of interview of Witness 19 | 6/13/03 | 2 | 000540-000541 |
| FBI 302 interview of Witness 20, of Capitol Advantage Publishing, re: invoice listing name of Ali Timimi | 5/30/03 | 2 | 000542-000543 |
| FBI 302 report of interview of Jemel Buck | 3/7/03 | 3 | 000544-000546 |
| FBI 302 report of interview of Jemel Buck | 3/24/03 | 3 | 000547-000549 |
| FBI 302 report of interview of Adel Abdulkadir Tahir | 6/23/03 | 5 | 000550-000554 |
| FBI 302 report of interview of Adel Abdulkadir Tahir | 9/12/03 | 3 | 000555-000557 |
| FBI 302 interview of Kyle Anders and Ramon Devere Royer | 7/21/03 | 4 | 000558-000561 |
| FBI 302 report of interview of Mohammed Khalid Safa | 6/20/03 | 3 | 000562-000564 |
| FBI 302 report of interview of Khwaja Masood Hasan | 3/20/03 | 3 | 000565-000567 |
| FBI 302 report of interview of Saba Madani | 6/20/03 | 1 | 000568 |
| FBI 302 interview of Sonya Lowenthal, employee NRA range | 5/17/03 | 2 | 000569-000570 |
| FBI 302 report of interview of Greg Del Real, Realco Guns, Inc. | 6/17/03 | 1 | 000571 |
| FBI 302 report of interview of Sherdil Loynab | 4/9/03 | 2 | 000572-000573 |
| FBI 302 interview Officer Saltta and Ashraf W. Nubani, | 7/10/03 | 2 | 000574-000575 |
| FBI 302 report of meeting with Witness 29 who provided invoice of purchase by Hammad Abdur-Raheem | 6/17/03 | 1 | 000576 |
| FBI 302 report of interview of Mohammed Ahmed Khan Chandia | 6/22/03 | 2 | 000577-000578 |
| FBI 302 interview Mahdy Moustafa and Hanam Moustafa | 5/21/03 | 2 | 000579-000580 |
| FBI 302 report of interview of Omar Mohammed Madani | 6/22/03 | 1 | 000581 |
| FBI 302 report of interview of Calvert Potter | 6/26/03 | 5 | 000582-=000586 |
| FBI 302 interview and return of property of Calvert Potter | 7/24/03 | 3 | 000587-000589 |
| FBI 302 report of interview of Witness 36 | 3/17/03 | 7 | 000590-000596 |
| FBI 302 report of interview of Witness 36 | 6/6/03 | 3 | 000597-000599 |
| FBI 302 report of interview of Witness 36 | 7/29/03 | 1 | 000600 |
| FBI 302 report of interview with Muhammad Aatique | 5/12/2003 | 11 | 00601-00611 |
| FBI 302 report of interview with Muhammad Aatique | 6/30/2003 | 16 | 00612-00627 |
| FBI 302 report of request that Muhammad Aatique | 6/9/2003 | 1 | 00628 |
| FBI 302 report of interview with Muhammad Aatique | 6/17/2003 | 1 | 00629 |
| FBI 302 report of debrief of Muhammad Aatique | 6/18/2003 | 2 | 00630-00631 |
| FBI 302 report of telephone call from Muhammad Aatique | 6/16/2003 | 2 | 00632-00633 |
| FBI 302 report of interview with Muhammad Aatique | 6/17/2003 | 1 | 00634 |
| FBI 302 report of interview with Muhammad Aatique | 6/18/2003 | 1 | 00635 |
| FBI 302 report of interview with Muhammad Aatique | 6/26/2003 | 1 | 00636 |
| FBI 302 report of interview with Muhammad Aatique | 8/7/2003 | 3 | 00637-00639 |
| FBI 302 report of interview with Muhammad Aatique | 8/19/2003 | 2 | 00640-00641 |
| FBI 302 report of interview with Muhammad Aatique | 9/22/2003 | 5 | 00642-00646 |
| FBI 302 report of interview with Muhammad Aatique | 11/10/2003 | 3 | 00647-00649 |
| FBI 302 report of interview with Ali Al-Timimi | 7/1/2003 | 7 | 00650-00656 |
| FBI 302 report of interview with Ali Al-Timimi | 8/26/2003 | 11 | 00657-00667 |
| FBI 302 report of interview with Ali Al-Timimi | 11/18/2003 | 13 | 00668-00680 |
| FBI 302 report of interview with Ali Asad Chandia | 7/9/2003 | 7 | 00681-00687 |
| FBI 302 report of interview with Nabil Gharbieh | 2/27/2003 | 3 | 00688-00690 |

| | | | |
|---|---|---|---|
| FBI 302 report of interview with Nabil Gharbieh | 4/8/2003 | 6 | 00691-00696 |
| FBI 302 report of interview with Nabil Gharbieh | 9/26/2003 | 3 | 00697-00699 |
| FBI 302 report of interview with Nabil Gharbieh | 10/7/2003 | 6 | 00700-00705 |
| FBI 302 report of interview with Nabil Gharbieh | 8/4/2003 | 4 | 00706-00709 |
| FBI 302 interview with Nabil Gharbieh (2nd visit this date) | 2/27/2003 | 6 | 00710-00715 |
| FBI 302 report of interview with Nabil Gharbieh | 4/16/2003 | 7 | 00716-00722 |
| FBI 302 report of interview with Nabil Gharbieh | 5/7/2003 | 6 | 00723-00728 |
| FBI 302 report of interview with Nabil Gharbieh | 5/22/2003 | 5 | 00729-00733 |
| FBI 302 report of interview with Nabil Gharbieh | 6/3/2003 | 3 | 00734-00736 |
| FBI 302 report of interview with Nabil Gharbieh | 6/14/2003 | 3 | 00737-00739 |
| FBI 302 report of interview of Haytham Hantash | 6/7/2003 | 5 | 00740-00744 |
| FBI 302 report of interview with Khwaja Hasan | 7/21/2003 | 8 | 00745-00752 |
| FBI 302 report of interview with Khwaja Hasan | 8/1/2003 | 5 | 00753-00757 |
| FBI 302 report of interview with Khwaja Hasan (8/4/2003) | 8/6/2003 | 5 | 00758-00762 |
| FBI 302 report of interview with Khwaja Hasan | 8/6/2003 | 2 | 00763-00764 |
| FBI 302 report of interview with Khwaja Hasan | 10/29/2003 | 6 | 00765-00770 |
| FBI 302 report of interview with Khwaja Hasan | 9/25/2003 | 4 | 00771-00774 |
| FBI 302 report of interview with Khwaja Hasan | 11/10/2003 | 4 | 00775-00778 |
| FBI 302 report of interview with Khwaja Hasan | 11/18/2003 | 3 | 00779-00781 |
| FBI 302 report of interview with Khwaja Hasan | 11/26/2003 | 4 | 00782-00785 |
| FBI 302 report of interview with Khwaja Hasan | 12/3/2003 | 5 | 00786-00790 |
| FBI 302 report of interview with Yong H. Kwon | 3/13/2003 | 3 | 00791-00793 |
| FBI 302 report of interview with Young Bum Kwon | 3/13/2003 | 2 | 00794-00795 |
| FBI 302 report of interview with Yong Ki Kwon | 3/13/2003 | 3 | 00796-00798 |
| FBI 302 report of interview with Yong Ki Kwon | 3/19/2003 | 1 | 00799 |
| FBI 302 report of interview with Yong Ki Kwon | 3/19/2003 | 1 | 00800 |
| FBI 302 report of telephonic interview with Yong Ki Kwon | 3/20/2003 | 1 | 00801 |
| FBI 302 interview with Yong Kwon at FBI office in Hawaii | 3/24/2003 | 12 | 00802-00812 |
| FBI 302 interview with Yong Kwon at park in Honolulu, HI | 3/24/2003 | 10 | 00813-00822 |
| FBI 302 report of interview with Yong Ki Kwon | 3/28/2003 | 3 | 00823-00825 |
| FBI 302 report of interview with Yong Ki Kwon (3/24/2003) | 3/28/2003 | 12 | 00826-00836 |
| FBI 302 report of interview with Yong Ki Kwon (3/25/2003) | 3/28/2003 | 5 | 00837-00841 |
| FBI 302 interview with Yong Ki Kwon (3/25/2003) PM session | 3/28/2003 | 1 | 00842 |
| FBI 302 report of interview with Yong Kwon (4/21/2003) | 4/22/2003 | 2 | 00843-00844 |
| FBI 302 report of interview with Yong Kwon (4/22/2003) | 4/22/2003 | 3 | 00845-00847 |
| FBI 302 report of interview with Yong Ki Kwon | 4/24/2003 | 4 | 00848-00851 |
| FBI 302 report of interview with Yong Ki Kwon | 5/15/2003 | 6 | 00852-00857 |
| FBI 302 report of interview with Yong Ki Kwon | 6/10/2003 | 6 | 00858-00863 |
| FBI 302 report of interview with Yong Kwon | 7/11/2003 | 3 | 00864-00866 |
| FBI 302 report of interview with Yong Kwon | 8/6/2003 / (7/11/2003) | 4 | 00867-00870 |
| FBI 302 report of interview with Yong Ki Kwon | 8/24/2003 | 2 | 00871-00872 |
| FBI 302 report of interview with Yong Kwon | 9/11/2003 | 3 | 00873-00875 |
| FBI 302 report of interview with Yong Kwon | 10/10/2003 | 7 | 00876-00882 |
| FBI 302 report of interview with Yong Kwon | 11/30/2003 | 6 | 00883-00888 |
| FBI 302 report of interview with Bryan Wells | 7/10/2003 | 7 | 00889-00895 |
| FBI 302 report of interview with Bryan Wells | 7/16/2003 | 3 | 00896-00898 |
| FBI 302 report of interview with Mohammad Chandia | 6/5/2003 | 3 | 00899-00901 |
| FBI 302 report of interview with LT Cheryl S. Creed | 9/17/2003 | 2 | 00902-00903 |
| FBI 302 report of interview with Derek Moyer | 10/10/2003 | 1 | 00904 |
| FBI 302 report of interview with Ervin Cole | 10/10/2003 | 1 | 00905 |
| FBI 302 report of interview with Hader Khan | 9/4/2003 | 3 | 00906-00908 |
| FBI 302 report of interview with Bassem Khafagi | 7/30/2003 | 9 | 00909-00917 |
| FBI 302 report of interview with Bassem Khafagi | 11/25/2003 | 6 | 00918-00923 |

Discovery Letter #4
November 19, 2004
Page 7

| | | | |
|---|---|---|---|
| FBI 302 report of interview with Andre Thompson | 5/14/2003 | 1 | 00924 |
| FBI 302 report of interview with Andre Thomson | 5/23/2003 | 5 | 00925-00929 |
| FBI 302 report of interview with Kyle Jenkins | 10/10/2003 | 1 | 00930 |
| FBI 302 report of interview with Allen Santora | 3/11/2003 | 4 | 00931-00934 |
| FBI 302 report of interview with Allen Santora | 3/11/2003 | 5 | 00935-00939 |
| FBI 302 report of interview with Allen Santora | 10/15/2003 | 4 | 00940-00943 |
| FBI 302 report of interview with Shawonda Fitch | 10/3/2003 | 2 | 00944-00945 |
| FBI 302 report of interview with Randall Royer | 9/2/2003 | 5 | 00946-00950 |
| FBI 302 report of interview with Randall Royer | 9/8/2003 | 21 | 00951-00971 |
| FBI 302 report of interview with Randall Royer | 9/15/2003 | 19 | 00972-00990 |
| FBI 302 report of interview with Randall Royer | 9/24/2003 | 8 | 00991-00998 |
| FBI 302 report of interview with Masoud Khan | 5/9/2003 | 4 | 00999-001002 |
| Chriminal History printout from NCIC for Donald Surratt | 11/19/2003 | 4 | 001003-001006 |
| FBI 302 report of interview with Donald Surratt | 3/7/2003 | 4 | 001007-001010 |
| FBI 302 report of interview with Donald Surratt | 5/1/2003 | 4 | 001011-001014 |
| FBI 302 report of interview with Donald Surratt | 5/5/2003 | 7 | 001015-001021 |
| FBI 302 report of interview with Donald Surratt | 5/28/2003 | 1 | 001022 |
| FBI 302 report of interview with Donald Surratt | 5/21/2003 | 13 | 001023-001035 |
| FBI 302 report of interview with Donald Surratt | 6/6/2003 | 6 | 001036-001041 |
| FBI 302 report of interview with Donald Surratt | 6/15/2003 | 2 | 001042-001043 |
| FBI 302 report of interview with Donald Surratt | 11/20/2003 | 3 | 001044-001046 |
| FBI 302 report of interview with Thomas Sculimbrene | 12/10/2001 | 2 | 001047-001048 |
| FBI 302 report of interview with Michael Carter | 12/10/2001 | 2 | 001049-001050 |
| FBI 302 report of interview with Donald Griffin | 12/10/2001 | 2 | 001051-001052 |
| FBI 302 report of interview with Edwin Karry | 12/10/2001 | 2 | 001053-001054 |
| FBI 302 report of interview with Gus Mutscher | 12/10/2001 | 2 | 001055-001056 |
| Transcript of monitored call between Kwon and Hasan family | 4/7/2003 7:00 p.m. | 4 | 01469-01472 |
| Transcript of monitored call between Kwon and Hasan | 4/8/2003 1:30 p.m. | 39 | 01473-01511 |
| Transcript of monitored call between Kwon and Khan | 4/16/2003 2140 | 5 | 01512-01516 |
| Transcript of a monitored call between Kwon and Royer | 4/17/2003 1215 | 7 | 01517-01523 |
| Transcript of monitored conversation between Kwon and Royer at Comfort Inn - containing "cuts" or segments. | 4/17/2003 | 14 | 01524-01537 |
| Transcript of Royer email communication, sometime between 9/11/2001 & 2/6/2002 | unknown | 30 | 01612-01641 |
| Transcript of meeting between Kwon and Todd Royer | 4/17/2003 | 47 | 01646-01692 |
| Transcript of monitored call between Aatique and Khan | 5/9/2003 | 4 | 01710-01713 |
| Transcript of conversation between Kwon and Timimi | 4/11/2003 | 30 | 01714-01743 |
| Transcript of monitored call between Kwon & Royer | 4/7/2003 | 54 | 01744-01797 |
| Transcript of monitored call between Kwon & Royer | 4/8/2003 | 31 | 01798-01828 |
| Transcript of Grand Jury testimony by Brian Wells | 7/15/2003 | 33 | 02305-02337 |
| FBI 302 monitored calls between Kwon and Royer (4/11/03) | 4/11/2003 | 1 | 02338 |
| FBI 302 monitored calls between Kwon and Royer (4/7/03) | 4/8/2003 | 1 | 02339 |
| FBI 302 monitored calls between Kwon and Royer (4/8/03) | 4/8/2003 | 1 | 02340 |
| FBI 302 search warrant at residence of Al-Hamdi | 2/28/2003 | 2 | 02341-02342 |
| FBI 302 of search warrant at residence of Abdur-Raheem | 5/12/2003 | 2 | 02343-02344 |
| FBI 302 of warrant executed at residence of Caliph Basha | 5/9/2003 | 2 | 02345-02346 |
| FBI 302 search warrant executed at residence & vehicle of Timimi | 2/26/2003 | 2 | 02347-02348 |
| FBI 302 report of interview with Hammad Abdur-Raheem | 3/26/2003 | 4 | 02349-02352 |
| FBI 302 report of interview with Hammad Abdur-Raheem | 3/28/2003 | 3 | 02353-02355 |
| FBI 302 report of interview with Hammad Abdur-Raheem | 4/9/2003 | 4 | 02356-02357 |
| FBI 302 report of interview with Hammad Abdur-Raheem | 5/13/2003 | 1 | 02358 |
| FBI 302 report of interview with Hammad Abdur-Raheem | 5/28/2003 | 4 | 02359-02342 |
| FBI 302 interview with Caliph Basha Ibn Abdur Rahman Raheem | 3/25/2003 | 6 | 02363-02368 |

Case 1:04-cr-00385-LMB   Document 328-4   Filed 09/26/13   Page 8 of 9 PageID# 1649

| | | | |
|---|---|---|---|
| Fairfax county PD Field Investigation Report by Det. Hardy | 1/25/2001 | 4 | 02369-02372 |
| FBI 302 search warrant and interview of Ibrahim Al Hamdi | 2/27/2003 | 8 | 02373-02380 |
| FBI memo re: interview with Randall T. Royer | 7/24/2002 | 5 | 02381-02385 |
| FBI 302 report of interview with Andre Thompson | 4/3/2003 | 1 | 02414 |
| FBI 302 report of interview with Andre Thompson | 4/17/2003 | 1 | 02415 |
| FBI 302 report of interview with Andre Thompson | 5/14/2003 | 1 | 02416 |
| FBI 302 report of interview with Andre Thompson | 5/23/2003 | 3 | 02417-02419 |
| FBI 302 report of interview with Andre Thompson | 6/22/2003 | 1 | 02420 |
| FBI 302 report of interview of Yong Ki Kwon in park in HI | 3/24/2003 | 3 | 02478-02480 |
| FBI 302 report of interview of Yong Ki Kwon at FBI, HI | 3/24/2003 | 2 | 02481-02483 |
| FBI 302 report of interview of Yong Ki Kwon at airport | 3/28/2003 | 2 | 02484-02485 |
| FBI 302 report of interview of Yong Ki Kwon at FBI office, HI | 3/28/2003 | 2 | 02486-02487 |
| FBI report of interview of Yong Ki Kwon in Fairfax, VA | 4/22/2003 | 2 | 02488-02489 |
| FBI report of interview of Yong Ki Kwon at Alexandria PD, VA | 5/15/2003 | 2 | 02490-02491 |
| FBI report of interview of Yong Ki Kwon at Alexandria PD, VA | 8/24/2003 | 2 | 02492-02493 |
| FBI report of interview of Yong Ki Kwon at Alexandria PD, VA | 10/10/2003 | 2 | 02494-02495 |
| FBI 302 report of interview of Muhammad Aatique | 5/12/2003 | 3 | 02496-02498 |
| FBI 302 report of interview of Muhammad Aatique | 6/30/2003 | 5 | 02499-02504 |
| FBI 302 report of interview of Muhammad Aatique | 8/7/2003 | 2 | 02505-02506 |
| FBI 302 report of interview of Muhammad Aatique | 9/22/2003 | 2 | 02507-02508 |
| FBI 302 report of interview of Donald Thomas Surratt, II | 5/1/2003 | 3 | 02509-02511 |
| FBI 302 report of interview of Donald Thomas Surratt, II | 5/5/2003 | 2 | 02512-02513 |
| FBI 302 report of interview of Donald Thomas Surratt, II | 6/6/2003 | 3 | 02514-02516 |
| FBI 302 report of interview of Khwaja Mahmoodul Hasan | 7/21/2003 | 2 | 02517-02518 |
| FBI report of interview of Khwaja Mahmood Hasan | 8/1/2003 | 2 | 02519-02520 |
| FBI report of interview of Khwaja Mahmood Hasan | 10/29/2003 | 2 | 02521-02522 |
| FBI 302 report of interview of Nabil T. Gharbieh | 2/27/2003 | 2 | 02523-02524 |
| FBI report of interview of Nabil Taisir Gharbieh | 4/8/2003 | 2 | 02525-02526 |
| FBI report of interview of Nabil Taisir Gharbieh (7/24/03) | 8/4/2003 | 1 | 02527 |
| FBI 302 report of interview with Andre Thompson | 4/3/2003 | 2 | 02531-02532 |
| FBI 302 report of interview with Andre Thompson | 4/17/2003 | 6 | 02533-02538 |
| FBI 302 report of interview with Yong Ki Kwon | 3/29/2003 | 9 | 02539-02547 |
| FBI 302 report of interview with Yong Ki Kwon | 4/2/2003 | 1 | 02548 |
| FBI 302 report of interview with Yong Ki Kwon | 4/1/2003 | 7 | 02549-02555 |
| FBI 302 report of interview with Yong Ki Kwon | 4/2/2003 | 7 | 02556-02562 |
| FBI 302 report of Yong Kwon turning over to FBI agents purchase/sales receipts for firearms previously owned | 4/2/2003 | 1 | 02563 |
| FBI 302 report of interview with Yong Ki Kwon | 4/3/2003 | 3 | 02564-02566 |
| FBI 302 report of Yong Kwon contacting FBI agent | 4/6/2003 | 1 | 02567 |
| FBI 302 report of interview with Yong Ki Kwon (Residence Inn) | 4/9/2003 | 3 | 02568-02570 |
| FBI 302 report of interview with Yong Ki Kwon (Motel Fifty) | 4/9/2003 | 1 | 02571 |
| FBI 302 report of interview with Yong Ki Kwon (full page) | 4/18/2003 | 1 | 02572 |
| FBI 302 report of interview with Yong Ki Kwon (1/2 page) | 4/18/2003 | 1 | 02573 |
| FBI 302 report of interview with Yong Ki Kwon (4/17/03) | 4/18/2003 | 1 | 02574 |
| FBI 302 report of interview with Yong Ki Kwon | 4/18/2003 | 1 | 02575 |
| FBI 302 report of interview with Yong Ki Kwon | 4/18/2003 | 4 | 02576-02579 |
| FBI 302 report of interview with Yong Ki Kwon | 4/28/2003 | 1 | 02580 |

These materials are available for you to examine **but not to photocopy.** To the extent that these materials include information that *also* may constitute *Jencks* materials, we will try to provide you copies of those materials by December 27th for you to retain through trial. Please call Abena Durity at (703) 299-3960 to arrange for review of these materials.

Discovery Letter #4
November 19, 2004
Page 9

I also have copies of some of the pieces that Randall Royer posted on the web at ismailroyer.blogspot.com, iviews.com, atrueword.com, and/or antiwar.com, as well as one letter to the editor reprinted in the Washington Times. Please contact me if you would rather examine the copies that I have rather than look at the complete selection on the web.

Thank you for your cooperation.

Sincerely,

Paul J. McNulty
United States Attorney

By: _____

Gordon D. Kromberg
Assistant United States Attorney