# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **Case No. 04-cr-385** |
| v. | ) | |
| | ) | |
| **ALI AL-TIMIMI,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF CUSTODIAN OF RECORDS

I, Jeannie A. Johnson, being first duly sworn, upon oath, depose and say that:

1.       I am of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

2.       I am employed as a Paralegal in Bryan Cave LLP's Washington, DC office, which is located at 1155 F Street, NW.

3.       In that capacity, I have been assigned to support the litigation team working, *pro bono*, on Dr. Ali al-Timimi's behalf in the above captioned case.

4.       In the normal course of business, I am routinely tasked with document management in my assigned cases.  Those tasks may include, but are not limited to, reviewing and organizing hard copy and/or electronic files.

5.       As the Paralegal supporting the al-Timimi case team, I was given a collection of thirty-two (32) CDs (individually a "Disc,"; collectively the "Discs") by a member of the case team and asked to catalog and review the files contained on each.

6.      ~~It is my standard practice to first determine the type(s) of files on any media~~

storage device given to me, ensure that I have access to the appropriate software to open and

review such files, and have reasonable assurance that there is no security risk associated with

opening such files.  In accordance with that practice, I inspected and catalogued each of the

Discs given to me and noted and/or observed the details outlined below.

7.      The Discs bear the brand marking "Sony CD-R Recordable Compact Disc

Supremas - 700 MB Capacity" and the contents appeared to be audio files compatible with either

the standard Microsoft PC media player software (ex: .wav or .mp3 files), or were executable

when combined with certain application software included on various Discs (ex: .evi files opened

using "Transcriber.exe").

8.      Closer inspection of the file names led me to believe that the naming convention

used included the following pieces of information:    (a) the phone number of the

intercepted/monitored line, (b) the date – typically in YYYY-MM-DD format, but always

indicating the year, and (c) time the call was initiated.  These beliefs were furthered by the

information that appears on screen when using the "Transcriber.exe" software to execute the

".evi" audio files or the information contained in the related ".ini" files.

9.      Using the Command Prompt interface software, which is a standard part of any

modern Microsoft Windows operating system, I generated an index of each disc[1] and then

summarized those indices in the chart below:[2]


*[remainder of page intentionally blank; declarations continue on page 4]*


---

[1]      A sample index is attached as Exhibit 1 to this Declaration.  Defense counsel will immediately
and gladly provide copies of each index upon request from the Court.

[2]      To avoid the release of any personal information, I have redacted the actual telephone numbers
but I can submit a copy of this declaration with those numbers upon request of the Court.

| BC Identifier | Volume #:[A] | Initials & Date:[B] | Intercepted Phone Line | Disc #: | Total Files on Disc |
|---|---|---|---|---|---|
| Royer-1 | 041223_1328 | JW-12/23/04 | | 1/6 | 251 |
| Royer-2 | 041223_1348 | JW-12/23/04 | | 2/6 | 4,486 |
| Royer-3 | 041223_1331 | JW-12/23/04 | | 3/6 | 2,720 |
| Royer-4 | 041223_1404 | JW-12/23/04 | | 4/6 | 2,727 |
| Royer-5 | 041223_1418 | JW-12/23/04 | | 5/6 | 3,641 |
| Royer-6 | 041223_1431 | JW-12/23/04 | | 6/6 | 5,222 |
| | | | | | |
| Aatique-1 | 041223_1452 | JW-12/23/04 | | 1/3 | 954 |
| Aatique-2 | 041223_1506 | JW-12/23/04 | | 2/3 | 500 |
| Aatique-3 | 041223_1512 | JW-12/23/04 | | 3/3 | 516 |
| | | | | | |
| Hamdi-1 | 041223_1439 | JW-12/23/04 | | 1/11 | 1,216 |
| Hamdi-2 | 041223_1630 | JW-12/23/04 | | 2/11 | 200 |
| Hamdi-3 | 041223_1624 | JW-12/23/04 | | 3/11 | 142 |
| Hamdi-4 | 041223_1619 | JW-12/23/04 | | 4/11 | 334 |
| Hamdi-5 | 041223_1608 | JW-12/23/04 | | 5/11 | 656 |
| Hamdi-6 | 041223_1557 | JW-12/23/04 | | 6/11 | 526 |
| Hamdi-7 | 041223_1539 | JW-12/23/04 | REDACTED[2] | 7/11 | 678 |
| Hamdi-8 | 041223_1527 | JW-12/23/04 | | 8/11 | 722 |
| Hamdi-9 | 041223_1514 | JW-12/23/04 | | 9/11 | 620 |
| Hamdi-10 | 041223_1500 | JW-12/23/04 | | 10/11 | 546 |
| Hamdi-11 | 041223_1449 | JW-12/23/04 | | 11/11 | 554 |
| | | | | | |
| Khan-1 | 041223_1519 | JW-12/23/04 | | 1 | 839 |
| Khan-2 | 041223_1534 | JW-12/23/04 | | 2 | 801 |
| Khan-3 | 041223_1547 | JW-12/23/04 | | 3 | 219 |
| Khan-4 | 041223_1551 | JW-12/23/04 | | 4 | 121 |
| Khan-5 | 041223_1553 | JW-12/23/04 | | 5 | 57 |
| Khan-6 | 041223_1555 | JW-12/23/04 | | 6 | 25 |
| Khan-7 | 041223_1558 | JW-12/23/04 | | 7 | 847 |
| Khan-8 | 041223_1610 | JW-12/23/04 | | 8 | 1205 |
| Khan-9 | 041223_1622 | JW-12/23/04 | | 9 | 873 |
| Khan-10 | 041223_1632 | JW-12/23/04 | | 10 | 69 |
| Khan-11 | 041223_1638 | JW-12/23/04 | | 11 | 229 |
| Khan-12 | 041223_1635 | JW-12/23/04 | | 12 | 441 |

[A] extracted from disc's metadata

[B] written on face of disc; presumed to be initials of Special Agent John Wyman and dated as of the date that discs were created/finalized

~~10.    While generating indices of the Discs and reviewing a sampling of the files, I~~

found no indication that any of the files on any of the Discs, or the information contained therein,

pre-dated 2003.

11.    Other than audio files, and files used to execute the review platform for the ".evi"

files found on the Discs, the only text files found were those with ".ini" file extensions, which I

would categorize as "metadata" – or, more generally, various details about the information

gathered, the methods, means, purpose, or scope of its collection.  While the majority of these

text files could be categorized as human-readable, they are unintelligible without further

clarification on the meaning of the abbreviations and codes found within.

12.    Given the volume of data included on the Discs, an in-depth review of every

single file was not performed, however, a sampling of each file type was checked for usability

and functionality.

13.    I was subsequently asked to repeat the above-outlined process in order to review

and catalogue the contents of a different CD, which bore no brand markings, details regarding its

data storage capacity, or read-write capabilities.  That CD had the following information hand-

written on the otherwise blank, white face of the disc: "Copy TKneisle" (written top, center) and

"Yahoo Court Order asad Ibn Muhammad Ismail royer Seif Chapman Groups" (written middle-

left to bottom center).  For ease of reference, this disc is hereinafter referred to as the "Yahoo!

Groups Disc."

14.    Given the format (or, more accurately, lack thereof) of the files on the Yahoo!

Groups Disc, it was virtually impossible to completely comprehend or state with certainty the

scope of information contained therein.  Despite the fact that a large portion of the text in the

files appeared to be computer code used for internet-based transmissions, every effort was made

(including, but not limited to, visual inspection, use of standard search functions to perform key word searches, and attempts at converting files into a more user-friendly format) to perform an in-depth review of the substantive information within the files.

15.    A summary of my findings is charted below:

| BC Identifier: | Volume Name: [c] | Initials & Date: | Intercepted E-mail Addresses: [D] | Disc #: | Total Files on Disc: |
|---|---|---|---|---|---|
| Yahoo! Groups Disc | Yahoo | n/a | Yahoo Groups "muslim world news" and "islamic renewal;" seifchapman@yahoo.com, ismailroyer@yahoo.co, and masadibnmohammed@yahoo.co | n/a | 21 |

[c] extracted from disc's metadata
[D] information extrapolated from Discovery Letter # 4 (*See* concurrently filed Exhibit D to Defendant's Rebuttal to Opposition at 2, ¶6(e))

16.    While generating an index of the Yahoo! Groups Disc and reviewing the contents of the files contained thereon, I found no evidence, markings, or notations that would indicate that the files, or the information contained therein, was derived from Foreign Intelligence Surveillance Act authorized surveillance.


Dated:  September 26, 2013

Jeannie A. Johnson


DISTRICT OF COLUMBIA:

Subscribed and sworn to before me this 26th day of September, 2013.

Tawnya L. Bonner
Notary Public, District of Columbia

My commission expires on 8/14/18.