Case 1:04-cr-00385-LMB   Document 329-6   Filed 09/26/13   Page 1 of 14 PageID# 1656

```
                301.977.6577 (Khan) - Index for Disc 1 of 12.txt
Folder PATH listing for volume 041223_1519
Volume serial number is 00000002 F3EE:C3EA
D:\
|    301-977-6577__2003-06-04_18_09_52.wav
|    301-977-6577__2003-06-01_14_27_56.wav
|    301-977-6577__2003-06-07_22_19_47.wav
|    301-977-6577__2003-06-03_16_07_57.wav
|    301-977-6577__2003-06-02_14_26_57.wav
|    301-977-6577__2003-06-05_16_19_53.wav
|    301-977-6577__2003-06-05_12_09_40.wav
|    301-977-6577__2003-06-02_22_49_57.wav
|    301-977-6577__2003-06-03_16_07_54.wav
|    301-977-6577__2003-06-05_10_09_41.wav
|    301-977-6577__2003-06-05_10_08_49.wav
|    301-977-6577__2003-06-07_16_58_53.wav
|    301-977-6577__2003-06-09_10_27_59.wav
|    301-977-6577__2003-06-02_14_08_46.wav
|    301-977-6577__2003-06-07_16_37_55.wav
|    301-977-6577__2003-05-29_18_35_15.evi
|    301-977-6577__2003-05-29_18_35_15.wav
|    301-977-6577__2003-05-29_18_38_41.evi
|    301-977-6577__2003-05-29_18_38_41.wav
|    301-977-6577__2003-05-29_18_39_15.evi
|    301-977-6577__2003-05-29_18_39_15.wav
|    301-977-6577__2003-05-29_18_39_48.evi
|    301-977-6577__2003-05-29_18_39_48.wav
|    301-977-6577__2003-06-03_09_22_15.evi
|    301-977-6577__2003-06-02_13_20_22.evi
|    301-977-6577__2003-06-04_17_54_19.evi
|    301-977-6577__2003-06-03_17_51_11.evi
|    301-977-6577__2003-06-02_11_07_03.evi
|    301-977-6577__2003-06-11_12_40_26.wav
|    301-977-6577__2003-06-07_11_54_02.evi
|    301-977-6577__2003-06-11_12_51_52.wav
|    301-977-6577__2003-06-05_13_05_03.evi
|    301-977-6577__2003-06-09_09_21_32.evi
|    301-977-6577__2003-06-09_09_43_06.evi
|    301-977-6577__2003-06-09_17_17_07.evi
|    301-977-6577__2003-06-08_19_43_12.evi
|    301-977-6577__2003-06-08_11_41_27.evi
|    301-977-6577__2003-06-11_22_00_34.wav
|    301-977-6577__2003-06-07_13_05_14.evi
|    301-977-6577__2003-06-06_19_14_03.evi
|    301-977-6577__2003-06-01_17_20_03.evi
|    301-977-6577__2003-06-11_14_42_23.wav
|    301-977-6577__2003-06-11_14_41_07.wav
|    301-977-6577__2003-06-02_13_42_17.evi
|    301-977-6577__2003-06-11_22_17_40.wav
|    301-977-6577__2003-06-03_21_13_08.evi
|    301-977-6577__2003-06-05_19_50_26.evi
|    301-977-6577__2003-06-09_09_22_03.evi
|    301-977-6577__2003-06-03_09_24_07.evi
|    301-977-6577__2003-06-03_13_10_24.evi
|    301-977-6577__2003-06-02_13_14_10.evi
|    301-977-6577__2003-06-07_13_23_00.evi
|    301-977-6577__2003-06-06_17_00_20.evi
|    301-977-6577__2003-06-07_15_53_07.evi
|    301-977-6577__2003-06-03_13_25_10.evi
|    301-977-6577__2003-06-02_09_47_03.evi
|    301-977-6577__2003-06-02_09_43_13.evi
|    301-977-6577__2003-06-03_13_31_10.evi
|    301-977-6577__2003-06-04_17_53_23.evi
|    301-977-6577__2003-06-07_11_16_05.evi
```

301.977.6577 (Khan) - Index for Disc 1 of 12.txt

301.977.6577_2003-06-19_13_04.evi
301.977.6577_2003-06-13_03_05.evi
301.977.6577_2003-06-11_18_23_50.wav
301.977.6577_2003-06-13_23_19.wav
301.977.6577_2003-06-02_13_05_19.wav
301.977.6577_2003-06-11_18_22_58.wav
301.977.6577_2003-06-04_19_53_23.evi
301.977.6577_2003-06-19_00_00.evi
301.977.6577_2003-06-19_27_00.evi
301.977.6577_2003-06-03_19_43_08.evi
301.977.6577_2003-06-11_22_26_05.wav
301.977.6577_2003-06-02_09_31_24.evi
301.977.6577_2003-06-17_00_35.evi
301.977.6577_2003-06-08_17_00.evi
301.977.6577_2003-06-07_11_55_05.evi
301.977.6577_2003-06-04_21_16_06.evi
301.977.6577_2003-06-04_15_54_10.evi
301.977.6577_2003-06-02_13_42_11.evi
301.977.6577_2003-06-04_15_36_05.wav
301.977.6577_2003-06-11_14_40_55.wav
301.977.6577_2003-06-05_09_29_31.evi
301.977.6577_2003-06-22_26_56.wav
301.977.6577_2003-06-03_15_25_26.evi
301.977.6577_2003-06-04_17_49_41.evi
301.977.6577_2003-06-03_17_08_26.evi
301.977.6577_2003-06-05_14_46.evi
301.977.6577_2003-06-05_13_14_59_19.evi
301.977.6577_2003-06-19_26_37.evi
301.977.6577_2003-06-09_09_59_15.evi
301.977.6577_2003-06-09_27_32.evi
301.977.6577_2003-06-04_15_09_56.evi
301.977.6577_2003-06-19_56_41.evi
301.977.6577_2003-06-09_58_56.evi
301.977.6577_2003-06-02_09_59_55.evi
301.977.6577_2003-06-13_08_47.evi
301.977.6577_2003-06-11_29_47.evi
301.977.6577_2003-06-09_21_54_46.evi
301.977.6577_2003-06-08_07_54_26.evi
301.977.6577_2003-06-02_11_42_37.evi
301.977.6577_2003-06-13_09_34.evi
301.977.6577_2003-06-17_16_53.evi
301.977.6577_2003-06-07_13_21_57.evi
301.977.6577_2003-06-05_13_23_57.evi
301.977.6577_2003-06-02_09_35_32.evi
301.977.6577_2003-06-05_17_20_43.evi
301.977.6577_2003-06-13_49_47.evi
301.977.6577_2003-06-08_15_08_20.evi
301.977.6577_2003-05-29_20_30_04.wav
301.977.6577_2003-06-03_15_07_14.evi
301.977.6577_2003-06-03_15_06_20.evi
301.977.6577_2003-06-07_13_26_20.wav
301.977.6577_2003-06-08_18_08.evi
301.977.6577_2003-06-08_15_15_58.evi

```
            301.977.6577 (Khan) - Index for Disc 1 of 12.txt
301-977-6577__2003-06-03_15_15_28.evi
301-977-6577__2003-06-02_13_27_58.evi
301-977-6577__2003-06-03_21_39_34.evi
301-977-6577__2003-06-05_13_26_44.evi
301-977-6577__2003-06-06_03_21_40.evi
301-977-6577__2003-06-04_15_16_10.evi
301-977-6577__2003-06-04_17_06_10.evi
301-977-6577__2003-06-08_07_57_23.evi
301-977-6577__2003-06-08_07_56_37.evi
301-977-6577__2003-06-08_11_42_34.evi
301-977-6577__2003-06-02_13_38_30.evi
301-977-6577__2003-06-02_11_07_55.evi
301-977-6577__2003-05-29_22_13_49.wav
301-977-6577__2003-06-07_17_28_44.evi
301-977-6577__2003-06-04_21_15_21.evi
301-977-6577__2003-06-07_13_04_29.evi
301-977-6577__2003-06-04_21_15_59.evi
301-977-6577__2003-06-08_19_51_53.evi
301-977-6577__2003-06-02_09_52_43.evi
301-977-6577__2003-06-08_13_01_59.evi
301-977-6577__2003-06-02_09_54_37.evi
301-977-6577__2003-06-04_09_58_47.evi
301-977-6577__2003-06-02_13_09_09.evi
301-977-6577__2003-06-05_17_20_40.evi
301-977-6577__2003-06-08_15_07_11.evi
301-977-6577__2003-06-05_07_35_30.evi
301-977-6577__2003-06-05_09_28_44.evi
301-977-6577__2003-06-05_07_34_28.evi
301-977-6577__2003-06-03_15_44_38.evi
301-977-6577__2003-06-02_11_25_49.evi
301-977-6577__2003-05-29_20_45_29.wav
301-977-6577__2003-06-06_03_23_49.evi
301-977-6577__2003-06-07_13_27_15.evi
301-977-6577__2003-06-07_11_36_59.evi
301-977-6577__2003-06-08_17_06_15.evi
301-977-6577__2003-06-03_13_29_51.evi
301-977-6577__2003-06-03_13_23_39.evi
301-977-6577__2003-06-05_13_26_31.evi
301-977-6577__2003-06-04_17_54_38.evi
301-977-6577__2003-06-08_07_57_20.evi
301-977-6577__2003-06-08_07_53_58.evi
301-977-6577__2003-06-02_09_44_38.evi
301-977-6577__2003-06-02_13_37_31.evi
301-977-6577__2003-06-02_13_39_05.evi
301-977-6577__2003-06-02_13_37_59.evi
301-977-6577__2003-06-05_17_17_31.evi
301-977-6577__2003-06-07_17_29_51.evi
301-977-6577__2003-06-04_21_53_35.evi
301-977-6577__2003-06-08_13_01_52.evi
301-977-6577__2003-06-03_13_08_52.evi
301-977-6577__2003-06-02_13_04_32.evi
301-977-6577__2003-06-02_13_46_35.evi
301-977-6577__2003-06-05_13_49_59.evi
301-977-6577__2003-06-04_19_52_30.evi
301-977-6577__2003-06-05_19_51_58.evi
301-977-6577__2003-06-11_23_10_26.evi
301-977-6577__2003-06-11_19_55_11.evi
301-977-6577__2003-06-11_23_23_23.evi
301-977-6577__2003-06-11_17_41_13.evi
301-977-6577__2003-06-11_23_31_00.evi
301-977-6577__2003-06-11_23_30_28.evi
301-977-6577__2003-06-11_19_51_07.evi
301-977-6577__2003-06-11_23_47_00.evi
```

Case 1:04-cr-00385-LMB   Document 328-6   Filed 09/26/13   Page 4 of 14 PageID# 1659

```
                  301.977.6577 (Khan) - Index for Disc 1 of 12.txt
301-977-6577__2003-06-11_17_40_18.evi
301-977-6577__2003-06-11_19_45_04.evi
301-977-6577__2003-06-11_19_52_04.evi
301-977-6577__2003-06-11_19_53_18.evi
301-977-6577__2003-06-11_23_40_39.evi
301-977-6577__2003-06-11_23_40_09.evi
301-977-6577__2003-05-31_08_30_31.wav
301-977-6577__2003-05-31_08_33_55.wav
301-977-6577__2003-05-31_08_35_45.wav
301-977-6577__2003-06-11_23_58_21.evi
301-977-6577__2003-05-31_08_35_09.wav
301-977-6577__2003-05-31_08_36_19.wav
301-977-6577__2003-06-11_23_16_46.evi
301-977-6577__2003-05-30_18_33_31.wav
301-977-6577__2003-05-30_18_32_59.wav
301-977-6577__2003-05-30_18_32_29.wav
301-977-6577__2003-05-31_08_43_39.wav
301-977-6577__2003-06-11_23_23_52.evi
301-977-6577__2003-05-31_08_40_49.wav
301-977-6577__2003-05-31_22_03_07.wav
301-977-6577__2003-06-11_19_48_25.evi
301-977-6577__2003-05-31_08_27_02.wav
301-977-6577__2003-06-11_23_09_53.evi
301-977-6577__2003-06-11_21_52_46.evi
301-977-6577__2003-05-30_18_21_12.wav
301-977-6577__2003-05-31_08_34_52.wav
301-977-6577__2003-05-31_08_32_46.wav
301-977-6577__2003-06-11_23_16_17.evi
301-977-6577__2003-05-30_18_34_22.wav
301-977-6577__2003-06-11_19_49_32.evi
301-977-6577__2003-05-31_16_21_17.wav
301-977-6577__2003-05-31_22_03_40.wav
301-977-6577__2003-05-31_08_29_17.wav
301-977-6577__2003-06-11_21_51_57.evi
301-977-6577__2003-05-31_12_53_23.wav
301-977-6577__2003-05-31_12_54_17.wav
301-977-6577__2003-05-30_18_25_27.wav
301-977-6577__2003-05-31_20_23_54.wav
301-977-6577__2003-05-31_08_31_47.wav
301-977-6577__2003-06-11_23_57_43.evi
301-977-6577__2003-06-11_23_37_44.evi
301-977-6577__2003-05-31_22_07_01.wav
301-977-6577__2003-05-31_08_27_44.wav
301-977-6577__2003-06-11_21_59_40.evi
301-977-6577__2003-06-11_23_46_18.evi
301-977-6577__2003-05-30_18_22_10.wav
301-977-6577__2003-05-30_18_26_24.wav
301-977-6577__2003-05-30_18_26_28.wav
301-977-6577__2003-05-31_08_31_04.wav
301-977-6577__2003-05-31_08_37_38.wav
301-977-6577__2003-05-30_18_34_18.wav
301-977-6577__2003-05-31_08_45_30.wav
301-977-6577__2003-05-31_08_42_10.wav
301-977-6577__2003-05-30_20_59_21.wav
301-977-6577__2003-06-11_19_46_34.evi
301-977-6577__2003-06-11_23_38_21.evi
301-977-6577__2003-06-11_23_38_49.evi
301-977-6577__2003-05-31_16_22_01.wav
301-977-6577__2003-05-31_22_02_56.wav
301-977-6577__2003-05-31_22_03_46.wav
301-977-6577__2003-05-31_08_28_31.wav
301-977-6577__2003-05-31_08_29_11.wav
301-977-6577__2003-05-31_08_28_11.wav
```

Case 1:04-cr-00385-LMB   Document 328-6   Filed 09/26/13   Page 5 of 14 PageID# 1680

```
              301.977.6577 (Khan) - Index for Disc 1 of 12.txt
301-977-6577__2003-06-11_21_52_55.evi
301-977-6577__2003-05-30_18_28_29.wav
301-977-6577__2003-05-31_20_06_50.wav
301-977-6577__2003-05-31_20_16_50.wav
301-977-6577__2003-05-31_08_29_54.wav
301-977-6577__2003-05-30_18_19_55.wav
301-977-6577__2003-05-31_11_25_16.evi
301-977-6577__2003-05-31_11_45_17.evi
301-977-6577__2003-06-01_17_20_03.wav
301-977-6577__2003-05-31_15_31_17.evi
301-977-6577__2003-05-31_11_46_08.evi
301-977-6577__2003-05-31_17_53_04.evi
301-977-6577__2003-05-31_15_32_21.evi
301-977-6577__2003-06-02_13_20_22.wav
301-977-6577__2003-06-04_15_14_46.wav
301-977-6577__2003-06-04_17_08_26.wav
301-977-6577__2003-05-30_21_29_02.evi
301-977-6577__2003-05-30_23_58_15.evi
301-977-6577__2003-06-03_15_16_22.wav
301-977-6577__2003-06-02_11_07_03.wav
301-977-6577__2003-06-04_15_25_26.wav
301-977-6577__2003-06-04_17_54_19.wav
301-977-6577__2003-06-09_17_16_12.wav
301-977-6577__2003-06-03_17_51_11.wav
301-977-6577__2003-06-09_21_54_46.wav
301-977-6577__2003-06-04_09_58_11.wav
301-977-6577__2003-06-05_19_56_21.wav
301-977-6577__2003-06-05_19_57_21.wav
301-977-6577__2003-06-05_19_56_41.wav
301-977-6577__2003-06-05_13_05_03.wav
301-977-6577__2003-06-07_11_54_02.wav
301-977-6577__2003-05-30_19_47_21.evi
301-977-6577__2003-06-09_09_59_15.wav
301-977-6577__2003-06-04_21_19_37.wav
301-977-6577__2003-06-08_15_39_22.wav
301-977-6577__2003-06-04_09_29_26.wav
301-977-6577__2003-06-09_09_21_32.wav
301-977-6577__2003-05-30_21_11_47.evi
301-977-6577__2003-06-05_09_27_32.wav
301-977-6577__2003-06-02_13_23_57.wav
301-977-6577__2003-06-02_13_23_47.wav
301-977-6577__2003-06-07_13_21_57.wav
301-977-6577__2003-06-02_09_35_32.wav
301-977-6577__2003-06-09_21_42_37.wav
301-977-6577__2003-06-04_17_58_32.wav
301-977-6577__2003-06-09_09_43_06.wav
301-977-6577__2003-06-08_07_54_26.wav
301-977-6577__2003-06-09_17_17_07.wav
301-977-6577__2003-06-08_19_43_12.wav
301-977-6577__2003-06-08_11_41_27.wav
301-977-6577__2003-06-02_13_09_34.wav
301-977-6577__2003-06-02_13_09_28.wav
301-977-6577__2003-06-02_13_42_17.wav
301-977-6577__2003-06-05_19_57_12.wav
301-977-6577__2003-06-05_17_20_43.wav
301-977-6577__2003-06-05_19_50_26.wav
301-977-6577__2003-06-03_21_13_08.wav
301-977-6577__2003-06-07_13_05_14.wav
301-977-6577__2003-06-06_19_14_03.wav
301-977-6577__2003-06-02_13_14_10.wav
301-977-6577__2003-05-31_13_09_30.evi
301-977-6577__2003-06-09_09_22_03.wav
301-977-6577__2003-06-08_15_08_20.wav
```

Page 5

301.977.6577 (Khan) - Index for Disc 1 of 12.txt

```
301-977-6577_2003-06-03_09_24_07.wav
301-977-6577_2003-06-03_15_06_20.wav
301-977-6577_2003-06-03_15_07_14.wav
301-977-6577_2003-06-03_13_10_24.wav
301-977-6577_2003-06-03_15_15_28.wav
301-977-6577_2003-06-03_21_39_34.wav
301-977-6577_2003-05-30_17_54.evi
301-977-6577_2003-06-03_13_26_44.wav
301-977-6577_2003-06-03_21_40.wav
301-977-6577_2003-06-06_15_16_10.wav
301-977-6577_2003-06-04_17_06_10.wav
301-977-6577_2003-06-03_13_26_20.wav
301-977-6577_2003-06-07_13_23_00.wav
301-977-6577_2003-06-07_57_23.wav
301-977-6577_2003-06-08_07_56_37.wav
301-977-6577_2003-06-03_15_18_08.wav
301-977-6577_2003-06-17_00_20.evi
301-977-6577_2003-05-31_21_33_38.wav
301-977-6577_2003-06-08_11_42_34.wav
301-977-6577_2003-06-02_09_43_13.wav
301-977-6577_2003-06-07_15_53_07.wav
301-977-6577_2003-06-02_09_47_03.wav
301-977-6577_2003-06-03_13_25_10.wav
301-977-6577_2003-06-03_13_31_10.wav
301-977-6577_2003-06-02_13_15_58.wav
301-977-6577_2003-06-13_01_09.wav
301-977-6577_2003-06-04_17_53_23.wav
301-977-6577_2003-06-02_13_38_30.wav
301-977-6577_2003-06-08_19_20_40.wav
301-977-6577_2003-06-05_17_20_43.wav
301-977-6577_2003-06-02_19_53_23.wav
301-977-6577_2003-06-07_11_16_05.wav
301-977-6577_2003-06-08_13_03_05.wav
301-977-6577_2003-06-02_21_01_59.wav
301-977-6577_2003-06-04_21_15_21.wav
301-977-6577_2003-06-02_09_54_37.wav
301-977-6577_2003-06-05_07_34_28.wav
301-977-6577_2003-06-03_15_44_38.wav
301-977-6577_2003-06-06_07_29.wav
301-977-6577_2003-06-03_15_21_44.wav
301-977-6577_2003-06-02_11_43_08.wav
301-977-6577_2003-06-03_15_49.evi
301-977-6577_2003-05-31_11_25_49.wav
301-977-6577_2003-06-02_13_27_15.wav
301-977-6577_2003-06-08_17_06_15.wav
301-977-6577_2003-06-09_09_20_00.wav
301-977-6577_2003-06-08_15_07_11.wav
301-977-6577_2003-06-05_07_35_30.wav
301-977-6577_2003-06-02_09_31_24.wav
301-977-6577_2003-06-17_00_35.wav
301-977-6577_2003-06-08_19_27_00.wav
301-977-6577_2003-06-02_13_37_31.wav
301-977-6577_2003-06-13_23_39.wav
301-977-6577_2003-06-13_23_39.wav
301-977-6577_2003-06-05_13_26_31.wav
301-977-6577_2003-06-02_13_23_49.wav
301-977-6577_2003-06-04_09_44_04.wav
301-977-6577_2003-06-17_31.evi
301-977-6577_2003-05-17_31.wav
301-977-6577_2003-05-30_20_55.evi
301-977-6577_2003-06-04_17_54_38.wav
```

301-977-6577 (Khan) - Index for Disc 1 of 12.txt

```
301-977-6577_2003-06-08_07_57_20.wav
301-977-6577_2003-06-08_07_53_58.wav
301-977-6577_2003-06-02_09_44_38.wav
301-977-6577_2003-06-02_13_04_32.wav
301-977-6577_2003-06-02_13_42_11.wav
301-977-6577_2003-06-02_13_46_35.wav
301-977-6577_2003-06-02_13_52_30.wav
301-977-6577_2003-06-04_19_51_58.wav
301-977-6577_2003-06-04_19_52_30.wav
301-977-6577_2003-06-04_21_16_06.wav
301-977-6577_2003-05-31_01_52.evi
301-977-6577_2003-06-05_19_51.wav
301-977-6577_2003-05-31_50_31.evi
301-977-6577_2003-06-04_15_36_05.wav
301-977-6577_2003-06-04_19_47_30.evi
301-977-6577_2003-05-30_19_58_39.evi
301-977-6577_2003-06-07_11_55_05.wav
301-977-6577_2003-05-31_53_35.wav
301-977-6577_2003-06-03_09_22_15.evi
301-977-6577_2003-05-31_53_45.evi
301-977-6577_2003-06-03_09_29_31.wav
301-977-6577_2003-06-03_17_49_41.wav
301-977-6577_2003-06-08_13_01_52.wav
301-977-6577_2003-06-03_13_08_47.wav
301-977-6577_2003-06-09_18_59_19.wav
301-977-6577_2003-06-03_13_56_55.wav
301-977-6577_2003-06-02_09_28_56.wav
301-977-6577_2003-06-02_09_28_44.wav
301-977-6577_2003-06-11_36_59.wav
301-977-6577_2003-06-05_13_36_59.wav
301-977-6577_2003-06-02_13_29_51.wav
301-977-6577_2003-06-04_17_16_53.wav
301-977-6577_2003-06-02_13_27_58.wav
301-977-6577_2003-06-11_07_55.wav
301-977-6577_2003-06-07_17_20_51.wav
301-977-6577_2003-06-04_09_58_47.evi
301-977-6577_2003-06-03_14_11_26.evi
301-977-6577_2003-06-02_10_30_36.wav
301-977-6577_2003-06-11_23_52.wav
301-977-6577_2003-06-06_11_00_07.evi
301-977-6577_2003-06-08_14_22_26.evi
301-977-6577_2003-06-11_19_48_25.wav
301-977-6577_2003-06-11_21_52_46.wav
301-977-6577_2003-06-05_20_11_23.wav
301-977-6577_2003-06-07_10_50_06.wav
301-977-6577_2003-06-03_18_54_19.wav
301-977-6577_2003-06-03_19_56_11.wav
301-977-6577_2003-06-01_14_12_17.wav
301-977-6577_2003-06-02_10_25_03.evi
301-977-6577_2003-06-10_36_03.wav
301-977-6577_2003-06-16_41_22.evi
301-977-6577_2003-06-08_12_17.evi
301-977-6577_2003-06-11_23_23.wav
301-977-6577_2003-06-05_10_38.evi
301-977-6577_2003-06-14_22_23.evi
301-977-6577_2003-06-14_21_27.evi
```

Page 7

```
            301.977.6577 (Khan) - Index for Disc 1 of 12.txt
301-977-6577__2003-06-02_14_26_03.evi
301-977-6577__2003-06-11_19_49_32.wav
301-977-6577__2003-06-11_21_51_57.wav
301-977-6577__2003-06-07_20_11_18.evi
301-977-6577__2003-06-03_18_53_12.evi
301-977-6577__2003-06-02_10_26_00.evi
301-977-6577__2003-06-11_23_57_43.wav
301-977-6577__2003-06-04_14_52_07.evi
301-977-6577__2003-06-05_20_33_10.evi
301-977-6577__2003-06-05_20_32_18.evi
301-977-6577__2003-06-01_14_17_00.evi
301-977-6577__2003-06-08_16_40_37.evi
301-977-6577__2003-06-11_17_41_13.wav
301-977-6577__2003-06-07_10_01_31.evi
301-977-6577__2003-06-11_23_30_28.wav
301-977-6577__2003-06-07_10_05_19.evi
301-977-6577__2003-06-01_16_12_00.evi
301-977-6577__2003-06-02_10_00_29.evi
301-977-6577__2003-06-11_23_31_00.wav
301-977-6577__2003-06-11_23_37_44.wav
301-977-6577__2003-06-07_10_52_00.evi
301-977-6577__2003-06-11_23_46_18.wav
301-977-6577__2003-06-05_20_12_15.evi
301-977-6577__2003-06-07_10_52_04.evi
301-977-6577__2003-06-05_08_12_10.evi
301-977-6577__2003-06-03_20_50_00.evi
301-977-6577__2003-06-11_19_51_07.wav
301-977-6577__2003-06-05_10_10_19.evi
301-977-6577__2003-06-05_14_30_38.evi
301-977-6577__2003-06-11_23_47_00.wav
301-977-6577__2003-06-04_12_04_15.evi
301-977-6577__2003-06-03_14_47_04.evi
301-977-6577__2003-06-03_18_25_18.evi
301-977-6577__2003-06-08_16_45_10.evi
301-977-6577__2003-06-11_17_40_18.wav
301-977-6577__2003-06-05_10_35_09.evi
301-977-6577__2003-06-03_18_44_04.evi
301-977-6577__2003-06-11_19_46_34.wav
301-977-6577__2003-06-11_19_45_04.wav
301-977-6577__2003-06-11_23_38_21.wav
301-977-6577__2003-06-11_23_40_39.wav
301-977-6577__2003-06-11_23_40_09.wav
301-977-6577__2003-06-07_10_51_09.evi
301-977-6577__2003-06-08_10_14_02.evi
301-977-6577__2003-06-08_18_55_14.evi
301-977-6577__2003-06-06_20_54_19.evi
301-977-6577__2003-06-11_19_52_04.wav
301-977-6577__2003-06-11_19_53_18.wav
301-977-6577__2003-06-02_18_15_09.evi
301-977-6577__2003-06-05_10_10_16.evi
301-977-6577__2003-06-05_16_20_39.evi
301-977-6577__2003-06-11_21_52_55.wav
301-977-6577__2003-06-03_14_47_01.evi
301-977-6577__2003-06-01_22_10_26.evi
301-977-6577__2003-06-02_10_20_12.evi
301-977-6577__2003-06-11_23_58_21.wav
301-977-6577__2003-06-11_23_16_46.wav
301-977-6577__2003-06-11_23_10_26.wav
301-977-6577__2003-06-04_14_52_39.evi
301-977-6577__2003-06-07_10_09_23.evi
301-977-6577__2003-06-08_08_07_32.evi
301-977-6577__2003-06-01_14_27_56.evi
301-977-6577__2003-06-01_16_14_36.evi
```

Case 1:04-cv-00385-LMB   Document 328-6   Filed 09/26/13   Page 9 of 14 PageID# 1664

```
          301.977.6577 (Khan) - Index for Disc 1 of 12.txt
301-977-6577__2003-06-03_16_11_42.evi
301-977-6577__2003-06-07_00_08_13.evi
301-977-6577__2003-06-05_18_01_42.evi
301-977-6577__2003-06-03_20_49_06.evi
301-977-6577__2003-06-04_18_09_52.evi
301-977-6577__2003-06-05_20_57_32.evi
301-977-6577__2003-06-06_10_18_33.evi
301-977-6577__2003-06-08_18_53_41.evi
301-977-6577__2003-06-08_10_17_17.evi
301-977-6577__2003-06-05_12_07_47.evi
301-977-6577__2003-06-11_23_09_53.wav
301-977-6577__2003-06-02_20_28_37.evi
301-977-6577__2003-06-07_22_19_47.evi
301-977-6577__2003-06-08_18_29_26.evi
301-977-6577__2003-06-03_18_24_26.evi
301-977-6577__2003-06-02_14_06_33.evi
301-977-6577__2003-06-02_10_24_47.evi
301-977-6577__2003-06-02_20_29_13.evi
301-977-6577__2003-06-08_16_43_56.evi
301-977-6577__2003-06-03_16_07_57.evi
301-977-6577__2003-06-02_14_26_57.evi
301-977-6577__2003-06-05_16_19_53.evi
301-977-6577__2003-06-02_22_49_57.evi
301-977-6577__2003-06-06_18_52_52.evi
301-977-6577__2003-06-06_18_54_26.evi
301-977-6577__2003-06-06_20_55_23.evi
301-977-6577__2003-06-05_12_09_40.evi
301-977-6577__2003-06-02_18_12_57.evi
301-977-6577__2003-06-05_12_06_30.evi
301-977-6577__2003-06-09_10_26_10.evi
301-977-6577__2003-06-06_10_21_58.evi
301-977-6577__2003-06-08_20_23_50.evi
301-977-6577__2003-06-02_10_20_50.evi
301-977-6577__2003-06-02_14_06_38.evi
301-977-6577__2003-06-02_18_23_47.evi
301-977-6577__2003-06-05_14_06_28.evi
301-977-6577__2003-06-03_16_07_54.evi
301-977-6577__2003-06-03_18_33_37.evi
301-977-6577__2003-06-05_14_19_20.evi
301-977-6577__2003-06-02_18_34_47.evi
301-977-6577__2003-06-05_20_00_41.evi
301-977-6577__2003-06-07_16_58_53.evi
301-977-6577__2003-06-08_08_04_24.evi
301-977-6577__2003-06-06_16_59_27.evi
301-977-6577__2003-06-01_10_04_51.evi
301-977-6577__2003-06-01_10_05_35.evi
301-977-6577__2003-06-01_10_03_59.evi
301-977-6577__2003-06-09_18_07_38.evi
301-977-6577__2003-06-03_12_34_34.evi
301-977-6577__2003-06-05_10_09_41.evi
301-977-6577__2003-06-05_10_08_49.evi
301-977-6577__2003-06-05_10_08_29.evi
301-977-6577__2003-06-05_20_13_51.evi
301-977-6577__2003-06-05_20_12_51.evi
301-977-6577__2003-06-04_12_05_29.evi
301-977-6577__2003-06-05_20_56_40.evi
301-977-6577__2003-06-06_12_07_31.evi
301-977-6577__2003-06-06_12_06_11.evi
301-977-6577__2003-06-05_08_13_30.evi
301-977-6577__2003-06-11_21_59_40.wav
301-977-6577__2003-06-02_20_28_19.evi
301-977-6577__2003-06-04_22_14_39.evi
301-977-6577__2003-06-09_10_27_59.evi
```

Case 1:04-cr-00385-LMB    Document 329-6    Filed 09/26/13    Page 10 of 14 PageID# 1695

```
            301.977.6577 (Khan) - Index for Disc 1 of 12.txt
301-977-6577__2003-06-03_14_46_10.evi
301-977-6577__2003-06-03_10_21_55.evi
301-977-6577__2003-06-02_18_23_44.evi
301-977-6577__2003-06-05_14_06_15.evi
301-977-6577__2003-06-08_16_42_38.evi
301-977-6577__2003-06-03_14_16_21.evi
301-977-6577__2003-06-03_18_34_28.evi
301-977-6577__2003-06-03_14_16_29.evi
301-977-6577__2003-06-02_18_32_34.evi
301-977-6577__2003-06-05_14_19_09.evi
301-977-6577__2003-06-07_10_49_11.evi
301-977-6577__2003-06-11_23_38_49.wav
301-977-6577__2003-06-07_12_34_25.evi
301-977-6577__2003-06-07_12_33_39.evi
301-977-6577__2003-06-09_18_08_29.evi
301-977-6577__2003-06-03_12_35_25.evi
301-977-6577__2003-06-03_16_19_19.evi
301-977-6577__2003-06-04_08_03_41.evi
301-977-6577__2003-06-04_08_04_25.evi
301-977-6577__2003-06-05_10_05_42.evi
301-977-6577__2003-06-05_14_25_45.evi
301-977-6577__2003-06-05_10_06_36.evi
301-977-6577__2003-06-05_10_09_06.evi
301-977-6577__2003-06-05_18_00_49.evi
301-977-6577__2003-06-09_12_05_36.evi
301-977-6577__2003-06-07_20_14_26.evi
301-977-6577__2003-06-01_22_09_26.evi
301-977-6577__2003-06-03_12_49_25.evi
301-977-6577__2003-06-02_10_16_12.evi
301-977-6577__2003-06-05_14_30_41.evi
301-977-6577__2003-06-05_12_05_56.evi
301-977-6577__2003-06-04_12_05_26.evi
301-977-6577__2003-06-07_16_37_55.evi
301-977-6577__2003-06-03_14_04_32.evi
301-977-6577__2003-06-02_14_08_46.evi
301-977-6577__2003-06-11_12_40_26.evi
301-977-6577__2003-06-11_22_00_34.evi
301-977-6577__2003-06-11_14_42_23.evi
301-977-6577__2003-06-11_14_41_07.evi
301-977-6577__2003-06-11_22_26_05.evi
301-977-6577__2003-06-11_22_26_56.evi
301-977-6577__2003-05-30_19_47_21.wav
301-977-6577__2003-05-30_21_11_47.wav
301-977-6577__2003-06-11_12_51_52.evi
301-977-6577__2003-05-31_11_45_17.wav
301-977-6577__2003-05-31_13_09_30.wav
301-977-6577__2003-05-31_15_31_17.wav
301-977-6577__2003-06-11_22_17_40.evi
301-977-6577__2003-05-31_21_33_38.wav
301-977-6577__2003-05-29_20_30_04.evi
301-977-6577__2003-05-31_11_46_08.wav
301-977-6577__2003-06-11_18_23_50.evi
301-977-6577__2003-06-11_18_22_58.evi
301-977-6577__2003-05-31_11_25_49.wav
301-977-6577__2003-05-30_03_20_55.wav
301-977-6577__2003-05-31_17_51_50.wav
301-977-6577__2003-05-31_17_53_04.wav
301-977-6577__2003-05-30_19_47_30.wav
301-977-6577__2003-05-31_15_32_21.wav
301-977-6577__2003-05-31_13_08_36.wav
301-977-6577__2003-05-31_11_58_39.wav
301-977-6577__2003-05-31_21_53_45.wav
301-977-6577__2003-05-30_21_29_02.wav
```

```
            301.977.6577 (Khan) - Index for Disc 1 of 12.txt
301-977-6577__2003-05-30_23_58_15.wav
301-977-6577__2003-06-11_14_40_55.evi
301-977-6577__2003-05-31_11_25_16.wav
301-977-6577__2003-05-30_03_17_54.wav
301-977-6577__2003-05-29_22_13_49.evi
301-977-6577__2003-05-29_20_45_29.evi
301-977-6577__2003-05-31_08_30_31.evi
301-977-6577__2003-05-31_08_35_09.evi
301-977-6577__2003-05-31_08_36_19.evi
301-977-6577__2003-05-30_18_32_29.evi
301-977-6577__2003-05-31_08_40_49.evi
301-977-6577__2003-05-31_22_03_07.evi
301-977-6577__2003-05-31_08_27_02.evi
301-977-6577__2003-05-30_18_21_12.evi
301-977-6577__2003-05-30_18_34_22.evi
301-977-6577__2003-05-31_16_21_17.evi
301-977-6577__2003-05-31_12_53_23.evi
301-977-6577__2003-05-31_12_54_17.evi
301-977-6577__2003-05-31_22_07_01.evi
301-977-6577__2003-05-30_18_22_10.evi
301-977-6577__2003-05-31_08_31_04.evi
301-977-6577__2003-05-30_18_34_18.evi
301-977-6577__2003-05-31_08_42_10.evi
301-977-6577__2003-05-31_16_22_01.evi
301-977-6577__2003-05-31_08_33_55.evi
301-977-6577__2003-05-31_08_35_45.evi
301-977-6577__2003-06-07_00_08_13.wav
301-977-6577__2003-06-05_18_01_42.wav
301-977-6577__2003-06-03_20_49_06.wav
301-977-6577__2003-06-07_10_09_23.wav
301-977-6577__2003-05-30_18_33_31.evi
301-977-6577__2003-06-08_08_07_32.wav
301-977-6577__2003-05-30_18_32_59.evi
301-977-6577__2003-06-01_16_14_36.wav
301-977-6577__2003-06-01_10_06_07.wav
301-977-6577__2003-06-08_14_22_26.wav
301-977-6577__2003-06-03_16_11_42.wav
301-977-6577__2003-06-03_18_54_19.wav
301-977-6577__2003-05-31_08_43_39.evi
301-977-6577__2003-06-05_12_07_47.wav
301-977-6577__2003-06-05_20_57_32.wav
301-977-6577__2003-06-05_20_13_23.wav
301-977-6577__2003-06-05_20_11_37.wav
301-977-6577__2003-06-07_10_50_06.wav
301-977-6577__2003-06-06_10_18_33.wav
301-977-6577__2003-06-08_18_53_41.wav
301-977-6577__2003-06-08_10_17_17.wav
301-977-6577__2003-06-03_18_24_26.wav
301-977-6577__2003-06-02_14_06_33.wav
301-977-6577__2003-06-02_10_25_03.wav
301-977-6577__2003-06-02_10_24_47.wav
301-977-6577__2003-06-02_20_29_13.wav
301-977-6577__2003-06-02_20_28_37.wav
301-977-6577__2003-06-04_22_14_13.wav
301-977-6577__2003-06-08_18_29_26.wav
301-977-6577__2003-06-05_10_36_03.wav
301-977-6577__2003-06-01_14_12_17.wav
301-977-6577__2003-06-08_16_41_22.wav
301-977-6577__2003-06-08_16_43_56.wav
301-977-6577__2003-05-31_08_34_52.evi
301-977-6577__2003-06-02_14_26_03.wav
301-977-6577__2003-05-31_08_32_46.evi
301-977-6577__2003-06-07_10_00_38.wav
```

```
              301.977.6577 (Khan) - Index for Disc 1 of 12.txt
301-977-6577__2003-06-08_14_22_23.wav
301-977-6577__2003-06-08_14_21_27.wav
301-977-6577__2003-06-02_18_12_57.wav
301-977-6577__2003-06-05_12_06_30.wav
301-977-6577__2003-05-31_20_06_50.evi
301-977-6577__2003-06-06_18_52_52.wav
301-977-6577__2003-06-06_18_54_26.wav
301-977-6577__2003-06-07_20_11_18.wav
301-977-6577__2003-06-06_20_55_23.wav
301-977-6577__2003-06-03_18_53_12.wav
301-977-6577__2003-06-08_20_23_50.wav
301-977-6577__2003-06-02_10_20_50.wav
301-977-6577__2003-06-02_10_26_00.wav
301-977-6577__2003-06-02_14_06_38.wav
301-977-6577__2003-06-02_18_23_47.wav
301-977-6577__2003-06-05_14_06_28.wav
301-977-6577__2003-05-31_20_16_50.evi
301-977-6577__2003-05-31_22_03_40.evi
301-977-6577__2003-06-09_10_26_10.wav
301-977-6577__2003-06-06_10_21_58.wav
301-977-6577__2003-06-03_18_33_37.wav
301-977-6577__2003-06-05_14_19_20.wav
301-977-6577__2003-06-02_18_34_47.wav
301-977-6577__2003-05-31_08_29_17.evi
301-977-6577__2003-06-05_20_33_10.wav
301-977-6577__2003-06-04_14_52_07.wav
301-977-6577__2003-06-05_20_32_18.wav
301-977-6577__2003-05-30_18_25_27.evi
301-977-6577__2003-05-31_20_23_54.evi
301-977-6577__2003-06-01_14_17_00.wav
301-977-6577__2003-06-08_16_40_37.wav
301-977-6577__2003-06-02_10_00_29.wav
301-977-6577__2003-05-31_08_31_47.evi
301-977-6577__2003-06-05_10_08_29.wav
301-977-6577__2003-06-05_20_00_41.wav
301-977-6577__2003-06-07_10_01_31.wav
301-977-6577__2003-06-07_10_05_19.wav
301-977-6577__2003-06-08_08_04_24.wav
301-977-6577__2003-06-06_16_59_27.wav
301-977-6577__2003-06-01_10_04_51.wav
301-977-6577__2003-06-01_16_12_00.wav
301-977-6577__2003-06-01_10_05_35.wav
301-977-6577__2003-06-01_10_03_59.wav
301-977-6577__2003-06-09_18_07_38.wav
301-977-6577__2003-06-03_12_34_34.wav
301-977-6577__2003-06-03_20_50_00.wav
301-977-6577__2003-06-05_10_10_19.wav
301-977-6577__2003-06-05_14_30_38.wav
301-977-6577__2003-06-04_12_04_15.wav
301-977-6577__2003-06-05_20_13_51.wav
301-977-6577__2003-06-05_20_12_51.wav
301-977-6577__2003-06-04_12_05_29.wav
301-977-6577__2003-06-07_10_52_00.wav
301-977-6577__2003-06-05_20_56_40.wav
301-977-6577__2003-06-05_20_12_15.wav
301-977-6577__2003-06-07_10_52_04.wav
301-977-6577__2003-06-06_12_07_31.wav
301-977-6577__2003-06-06_12_06_11.wav
301-977-6577__2003-06-05_08_13_30.wav
301-977-6577__2003-06-05_08_12_10.wav
301-977-6577__2003-06-03_18_25_18.wav
301-977-6577__2003-06-02_18_23_44.wav
301-977-6577__2003-06-05_14_06_15.wav
```

301_977_6577 (Khan) - Index for Disc 1 of 12.txt

301-977-6577_2003-06-02_20_28_19.wav
301-977-6577_2003-06-04_22_14_39.wav
301-977-6577_2003-06-03_14_46_10.wav
301-977-6577_2003-06-03_10_21_55.wav
301-977-6577_2003-06-03_14_47_04.wav
301-977-6577_2003-06-03_18_34_28.wav
301-977-6577_2003-06-03_14_16_29.wav
301-977-6577_2003-05-31_08_29_54.evi
301-977-6577_2003-05-31_18_32_34.wav
301-977-6577_2003-05-31_08_27_44.evi
301-977-6577_2003-05-14_19_09.wav
301-977-6577_2003-05-31_10_35_09.wav
301-977-6577_2003-05-30_18_26_24.evi
301-977-6577_2003-05-31_18_26_28.wav
301-977-6577_2003-06-08_16_45_10.wav
301-977-6577_2003-06-03_16_42_38.wav
301-977-6577_2003-06-03_14_16_21.wav
301-977-6577_2003-06-16_19_19.wav
301-977-6577_2003-06-04_08_03_41.wav
301-977-6577_2003-06-04_25.wav
301-977-6577_2003-06-05_42.wav
301-977-6577_2003-06-03_12_35_25.wav
301-977-6577_2003-05-31_08_37_38.evi
301-977-6577_2003-06-05_14_25_45.wav
301-977-6577_2003-06-10_06_36.wav
301-977-6577_2003-06-08_10_09_06.wav
301-977-6577_2003-06-05_18_00_49.wav
301-977-6577_2003-06-07_10_41_11.wav
301-977-6577_2003-06-07_12_34_25.wav
301-977-6577_2003-06-07_12_03_39.wav
301-977-6577_2003-06-05_18_08_29.wav
301-977-6577_2003-06-10_16_16.wav
301-977-6577_2003-06-03_12_44_04.wav
301-977-6577_2003-06-07_20_14.wav
301-977-6577_2003-06-04_12_05_26.wav
301-977-6577_2003-06-07_10_51_26.wav
301-977-6577_2003-06-09_12_36.wav
301-977-6577_2003-06-07_20_14_26.wav
301-977-6577_2003-06-08_10_14_02.wav
301-977-6577_2003-06-05_14_30_41.wav
301-977-6577_2003-06-02_16_12.wav
301-977-6577_2003-05-31_08_45_30.evi
301-977-6577_2003-06-02_18_18_06.evi
301-977-6577_2003-06-08_18_15_00.wav
301-977-6577_2003-06-08_20_54_14.wav
301-977-6577_2003-06-06_20_59_21.evi
301-977-6577_2003-05-30_20_03_46.evi
301-977-6577_2003-05-31_22_02_56.evi
301-977-6577_2003-05-30_18_19_55.evi
301-977-6577_2003-05-31_22_03_46.evi
301-977-6577_2003-06-03_14_04_32.wav
301-977-6577_2003-06-03_14_47_01.wav
301-977-6577_2003-06-02_10_26.wav
301-977-6577_2003-06-01_22_09_26.wav
301-977-6577_2003-05-31_08_28_31.evi
301-977-6577_2003-06-02_10_20_12.wav
301-977-6577_2003-05-31_08_29_11.evi
301-977-6577_2003-06-02_10_30_36.wav
301-977-6577_2003-06-04_14_52_39.wav
301-977-6577_2003-05-30_18_28_29.evi
301-977-6577_2003-06-01_14_11_26.wav

Case 1:04-cr-00385-LMB   Document 329-6   Filed 09/26/13   Page 14 of 14 PageID# 1669

```
                301.977.6577 (Khan) - Index for Disc 1 of 12.txt
|     AUTORUN.INF
|
+---autorun
|         ASYCFILT.DLL
|         COMCAT.DLL
|         CTL3D32.DLL
|         MFC40.DLL
|         msvbvm50.dll
|         OLEAUT32.DLL
|         OLEPRO32.DLL
|         STDOLE2.TLB
|         Viewer.exe
|
\---setup
          AsycFilt.dl_
          ComCat.dl_
          Ctl3d32.dl_
          MSVBVM50.dl_
          OleAut32.dl_
          OlePro32.dl_
          SETUP.EXE
          SETUP.LST
          setup1.ex_
          ST5UNST.EX_
          Stdole2.tl_
          VB5StKit.dl_
          Viewer.EX_
```