Filed with the Classified
Information Security Officer
CISO _____
Date ___ 7 17 2013

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES | ) | Case No. cr-04-385 |
| v. | ) | Hon. Leonie M. Brinkema |
| ALI AL-TIMIMI | ) | |

## DEFENDANT DR. ALI AL-TIMIMI'S MOTION TO COMPEL DISCOVERY RELATED TO ANWAR AL-AULAQI

Defendant Dr. Ali al-Timimi, by and through undersigned counsel, respectfully moves this Court to enter an order requiring and directing Plaintiff United States to produce evidence requested by Dr. al-Timimi relating to Anwar al-Aulaqi. As more fully explained in the accompanying Memorandum in Support of this Motion, Dr. al-Timimi moves the Court pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as well as Federal Rule of Criminal Procedure 16.

Defendant's counsel notified the United States in advance regarding the planned motion and its subject matter, and sought confirmation of the United States' previous and repeated position that Dr. al-Timimi has received all the discovery to which he is entitled. The United States, in its response to the notification, did not offer any change in its prior position and agreed to the requested hearing date. In light of the United States' previous refusals to provide this evidence, described in detail in the accompanying Memorandum, Dr. al-Timimi files this motion to compel based on new evidence derived from public sources and third parties since the prior hearings in this case.

Case 1:04-cr-00385-LMB Document 334 Filed 10/04/13 Page 2 of 3 PageID# 225

Respectfully submitted,

Dr. Ali al-Timimi
By Counsel

Jonathan Turley (*pro hac vice* lead counsel)
2000 H Street, N.W.
Washington, D.C. 20052
Phone No. (202) 994-7001
Facsimile No. (202) 994-9811
jturley@law.gwu.edu

Vishant Manu Krishnan, Bar No. 82308
BRYAN CAVE LLP
1155 F St NW
Washington, DC 20004
Phone: (202) 508-6000
Facsimile: (202) 508-6200
manu.krishnan@bryancave.com

Dated:  July 17, 2013

Case 1:04-cr-00385-LMB Document 334 Filed 10/04/13 Page 3 of 3 PageID# 226

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2013, I will send notification of such filing via courier to the following:

Mr. Gordon Kromberg, Esq.
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314-5794
(703) 299-3800 phone
gordon.kromberg@usdoj.gov

*Attorney for the United States*

Vishant Manu Krishnan, Bar No. 82308
BRYAN CAVE LLP
1155 F St NW
Washington, DC 20004
Phone: (202) 508-6000
Facsimile: (202) 508-6200
manu.krishnan@bryancave.com
*Counsel for Dr. Al-Timimi*