From: Edward Mac Mahon <ebmjr@crosslink.net>
Subject: Fw: Discovery Letters 8 and 9 issue re: Khan
Date: January 12, 2005 8:51:36 AM EST
To: Ali Al-Timimi <aaltimim@gmu.edu>
Cc: Alan Yamamoto <yamamoto.law@verizon.net>

----- Original Message -----
From: Edward Mac Mahon
To: Gordon.Kromberg@usdoj.gov
Sent: Wednesday, January 12, 2005 8:48 AM
Subject: Re: Discovery Letters 8 and 9 issue re: Khan

Gordon - I have no idea what that is supposed to mean and the same goes with the non-response as to Auluqi - will prepare a motion to compel discovery and we can let the Judge rule on this - also - would like to set up a time asap with Brinkema re: CIPA issues as well - sorry to miss you in the SCIF - I had to go home - Ed

> ----- Original Message -----
> From: Gordon.Kromberg@usdoj.gov
> To: 'ebmjr@crosslink.net'
> Sent: Tuesday, January 11, 2005 3:43 PM
> Subject: RE: Discovery Letters 8 and 9 issue re: Khan
>
> Ed,
>
> You ask if there are any calls intercepted by any means between Ali and Hawali. I am aware of no calls with Hawali in the materials I sent you, and no calls with Hawali in any materials that you are entitled to receive.
>
> Gordon
>
>
>
> -----Original Message-----

From: ebmjr@crosslink.net [mailto:ebmjr@crosslink.net]
Sent: Thursday, January 06, 2005 5:41 PM
To: Kromberg, Gordon
Subject: Re: Discovery Letters 8 and 9 issue re: Khan

Will let you know - gave them to the client after we spoke this morning - any news on a response to the section 5 notice?  Would like to get those items out of scif for review - finally, do you know if there are any calls intercepted by any means - warrant, FISA, NSA - between Ali and Dr. Hawali at any time after 911 - would be helpful if they are in one place and we could all hear them or have them translated.
Ed

----- Original Message -----
From: Gordon.Kromberg@usdoj.gov
To: Edward B. MacMahon Jr. (E-mail)
Sent: Thursday, January 06, 2005 5:06 PM
Subject: Discovery Letters 8 and 9 issue re: Khan

Ed,

   My discovery letter #8, I said that I was ready to give you 11 cd-roms containing materials of Masaud Khan, and in Discovery Letter #9, I said that I had given you those cd-roms.  John Wyman points out that he (John Wyman) gave me 12 cd-roms containing materials of Khan to give to you.

   So, either I gave you 12 but said that they were only 11, or I gave you only 11, in which case I'd like to know which one I missed.

   So, can you please let me know how many cd-roms I gave you regarding Khan?  They should either have the name "Khan" on them, or maybe a "301" phone number (Royer, Hamdi, Chapman, Aatique all had different area codes than 301).

   Thanks,

Gordon

Gordon D. Kromberg
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
703.299.3721 phone
703.299.3981 fax
703.926.9823 cell