

U.S. Department of Justice

*United States Attorney's Office*

*Eastern District of Virginia*

---

2100 Jamieson Avenue  
Alexandria, Virginia 22314

703/299-3721  
FAX 703/299-3981

**February 16, 2005**

Edward B. MacMahon, Jr.  
P.O. Box 903  
107 East Washington Street  
Middleburg, Virginia 20118

     Re:    <u>U.S. v. Al-Timimi</u>, Crim. No. 1:04cr385; Discovery Letter #11

**Dear Ed:**

    10  Enclosed with the copy of this letter I am delivering to the SCIF are four tapes seized from your client's house that we haven't yet returned: *Broadcast to London*, *A Word of Advice to the Salafis of the United Kingdom*, and *Dars al-Jummah*, and *Songs of the Mujahideen*.

    20  Please note that we are also in possession of the tapes of a variety of your client's lectures, including *Keys to Paradise, Principles of Fiqh, The New World Order, Conquest of India Prior to the Day of Judgment, Muslims in America in the face of Fundamentalism and Terrorism, The Role of Muslim Students in North American Universities, Purification of the Soul, Tawheed and Shirk, The Acts of Worship During Shawwal, Was History Violated When Buddha's Statues Were Annihilated, Signs of the Day of Judgment, Faith, Divine Decree, Prophets Companions, Family and Wives,* Jehilliyah at the end of the 20th Century,and *the Luminous Creed.*  We also are in possession of his article, Ali Timimi on the Destruction of the Buddha Statues" that was provided to us by Martin McMahon.

    30  Enclosed is a diagram created by Timimi regarding the two different kinds of jihad that was presented to the interviewing agents on 08/21/2003.  Also enclosed is a print-out from www.alfir.com that contains Al-Timimi's article on the space shuttle, that was presented to Al-Timimi during that same interview. [10J8, 10J10]

    40  I understand that you recently obtained the return of many items seized from your client's house during the search in February 2003.  Also enclosed with the copy of this letter that I am delivering to the SCIF are copies of what I understand to be all of the documents seized from your client's house the originals of which have not yet been returned to you.  These documents include:

| |
|---|
| Hawali's statement on 9/11 and his message to George Bush, Arabic |
| Uqla fatwa, Arabic |
| Web-Site, Arabic, contains UBL statement |
| Web-Site, Arabic, w article by Timimi about Space Shuttle |

**Discovery Letter #11**
**February 16, 2005**
**Page 2**

| |
|---|
| Business card for Markaz-Ud-Dawa-Wal-Irshad, phone number 7231106 |
| Timimi phone records, invoice dates Jan, Feb, Mar, April, May, June, Sep, Oct 2001 |
| Powerpoint slides London lecture 1998 |
| Safar Al-Hawali, The Day of Wrath |
| Will of Yong Kwon, dated 02/20/2001 |
| Stationary with letterhead for JIMAS, containing hand-written notation "What is our position when someone asks reference to civilians being killed Palestine?" |
| Stationary with letterhead for JIMAS, containing hand-written notation "Since Jihaad is the only way to get back to this land, does one have to go to the battle field. . ." |
| Stationary with letterhead for JIMAS, containing "Assalamualaikum, Please could you advise us Muslims how we can liberate the land of the Holy City Jerusalem . . . " |
| Booklet from Islamic Information & Support Centre of Australia, titled Sheikh Ali At-Timimi, oZ' Tour 2000 Tour Guide, providing description of Timimi's lectures and venues |
| Al-Ghunayman's Fatwa on Aiding the Taliban, from Timimi's house |
| 10/23/2000 e-mail from Nabil to Timimi regarding trip to Deleware |

| |
|---|
| Bin Laden Tape according to BBC, 02/12/2003, from jihadunspun.com |
| An article entitled Our Struggle with the Jews |
| al-Hawali, Jerusalem between the True Promise and the Bogus Promise, 1999 |
| Piece of paper containing Arabic and English writing with contact information for Anwar Awlaki. |
| E-Mail Timimi to Ameer Al-Shawa, 04/12/1999 |
| "Kissinger's Promise" by Hawali |
| Document Entitled US Public Opinion Toward Islam and Muslims after the Sept. 11 Attacks |
| Business Card for Senator Sajid Mir, Amir/President, Markazi Jamiat Ahle-Hadith |
| Timimi outline for lecture on The Strangers al-Guraba, by Sheikh al-Awda, London, 11/98 |
| Hawali's Letter to Congress Re Use of Force Against Iraq |
| (1) Al-Barraak's Fatwa on Aiding the Taliban; (2) English version of the Uqla fatwa; and (3) Uqla fatwa in Arabic printed from www.aloqla.com web-site on 10/22/2001. |
| MSN Registration Page with name Safar Hawali at top. |
| E-Mail dated 09/15/1999 from Tareq Ben Rayes to altimimi@myself.com |
| Article containing interview of Hafiz Sayeed 10/03/1999, http://www.mishkat.com.mirror |
| Hand-written notes about death to America |
| handwritten note, warning to America that if it does not repent from its war against Muslims…then it will be destroyed. |
| Article of 35 pages on jihad by Ayman Al-Zawahiri. |
| When the Hour will come |
| hand-written, predicts destruction of west and America |
| A Call To Muslims to Leave America |
| Hawali and Khaliq's telephone numbers. |
| Printed paper on situation on Muslims in US. |

**Discovery Letter #11**
**February 16, 2005**
**Page 3**

| |
|---|
| Turki Fala, "Jihad or International Peace?" |
| Hand-written on "The New World Order" |
| Hand-written notes regarding Hadith on dealing with the infidels. |
| Fatwa by Sheikh Uqla, regarding destruction of Buddhist statues in Afghanistan. |
| UBL statement on "The War that America is Launching on Afghanistan is a Religious One". |
| UBL introduction for book authored by Seikh Uqla "Selected Sayings in Assisting Infidels" |
| questions and answers.  conditions that need to be met in order to wage jihad. |
| re speech about the "hour" |
| re ruling on Muslims hijra from kufr lands |
| re Islam facing a new attack. |
| re knowledge of the end of time and a warning of becoming divided. |
| re wisdom of using Allah to punish his people, so they will learn to be patient and persist in jihad |
| comments regarding verses from the Qur'an regarding the jews and how they will be punished. |
| hand-written re status of ummah, courses of action re jihad, making Islam dominant |
| Timimi's resume in Arabic |
| UBL/Zawahiri/Gaith comments on 9/11/01 |
| hand-written contact info for  Benkahla and Abu Ali. |
| Hawali on "Muslims and the Study of the Future" |
| hand-written notes re signs of day of judgement. |
| hand-written notes re "Muslims and the Study of the Future". |
| hand-written notes re "Muslims & the Study of the Future". |
| Typed speech re sermon given at the Sacrifice of Eid. |
| answers to test question, includes full discussion of rulings from Surat al-Bakara regarding jihad. |
| printed and hand-written re requirements to prepare for jihad, includes info re training & preparing means for war. |
| hand-written statement saying that the scholars are going to issue a statement regarding 9/11 |
| hand-written outline of speech, Muslims should become knowledgeable about jihad etc |
| hand-written comments re the 2 kinds of jihad. |
| Internet article by Salman Al-Awda |
| outline on a lecture "Relation between Muslims and Others" |
| outline the signs of the end of time |
| Timimi notes on "Christianization of Muslim" |
| Sheikh Jarbuh comments on Hawali's statement about 9/11 |
| Hand-Written - Safar Al-Hawali "The Causes for Victory" |
| Hand-Written - "The Future of the Islamic World in Light of the International Reconciliation" |
| Hawali "The Future of the Islamic World in Light of the International Reconciliation" |
| Email, Chandia to Timimi, re: event in Iowa |
| Copy of Timimi passport |
| IANA question re: Palestine & Talaban, closing with "Jazak Allah Khair" |
| "The Status of our Senior Scholars and the clarification of the Lie upon them! |

Discovery Letter #11
February 16, 2005
Page 4

Please note that some of the documents have exhibit numbers on them. Aside from those marked 7A1, 7A20, 7A38, 7A39, 10J8 and 10J10 - - which I expect to use at trial - - the presence of exhibit numbers on these items does *not* indicate that they will be exhibits in the government's case; it only means that they were given numbers as a preliminary matter, but those documents may ultimately not be selected as exhibits for introduction at trial. Naturally, I will provide you an exhibit list of the exhibits we hope to introduce in March, so that we can then discuss stipulations.

    Thank you for your cooperation.

                                          Sincerely,

                                          Paul J. McNulty
                                          United States Attorney

                            By: _____
                                          Gordon D. Kromberg
                                          Assistant United States Attorney