

THE GEORGE
WASHINGTON
UNIVERSITY
LAW SCHOOL
WASHINGTON DC

JONATHAN TURLEY

J.B. AND MAURICE C. SHAPIRO PROFESSOR
OF PUBLIC INTEREST LAW

October 11, 2012
**BY EMAIL AND FIRST CLAS MAIL**

Federal Bureau of Investigation
Attn: FOI/PA Request
Record/Info. Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843
foiparequest@ic.fbi.gov

FOIA/PA Mail Referral Unit
Department of Justice
Room 115
LOC Building
Washington, D.C. 20530-0001

Carmen L. Mallon
Chief of Staff
Office of Information Policy
Department of Justice
Suite 11050
1425 New York Avenue, NW
Washington, DC 20530-0001

Re:     REQUEST UNDER FREEDOM OF INFORMATION ACT

To Whom it May Concern:

This letter constitutes a request ("Request") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 et seq.,

I request disclosure of any records that were prepared, received, transmitted, collected and/or maintained by the FBI, concerning Anwar Al-Aulaqi[1] between January 1, 2001 and March 2003.

In July 2012, the FBI released the Final Report of the William H. Webster Commission on the Federal Bureau of Investigation Counterterrorism Intelligence and the Events at Fort Hood, Texas on November 5, 2009. The report states that "[a]t the beginning of 2001, Aulaqi moved to Falls Church, Virginia. He was an imam at the Dar-al-Hirjah mosque in Falls Church from January 2001 until April

---

[1] Al-Aulaqi's name is sometimes spelled Al-Awlaki. This Request seeks records referring to al-Awlaki using any spelling or transliteration of his name.

THE GEORGE WASHINGTON UNIVERSITY LAW SCHOOL

2000 H STREET, NW • WASHINGTON, DC 20052 • 202-994-7001 • 202-994-9811

Page 2

2002. [Redactions follows] WFO opened a full investigation. [Redactions follow] In March 2002, Aulaqi moved to England, where he reportedly lectured youth groups on jihad. WFO closed its investigation of Aulaqi in May 2003 for lack of evidence of a pattern of activity suggesting international terrorism." (*See* pages 33-34 of the Report.)

The United States government reported that Aulaqi was killed in September 2011. *See* http://www.whitehouse.gov/the-press-office/2011/09/30/remarks-president-change-office-chairman-joint-chiefs-staff-ceremony.

Please search both the automated (computer) indices and the general (manual) indices. Please also search cross-references. Please forward the requested records to me at the address below. I agree to be responsible for all direct costs to search for, review and duplicate those records. I will expect a response to this request within twenty (20) business days, as required by law. If you need to discuss this request, I can be reached at (202) 994-7001. Thank you for your prompt consideration of my request.

Sincerely,

*Jonathan Turley /pjm*
Jonathan Turley