~~SECRET~~

Obtained by Judicial Watch via FOIA (May 31, 2013)

DATE: 12-11-2012
CLASSIFIED BY 65179 DMH/MJS
REASON: 1.4 (c)
DECLASSIFY ON: 12-11-20

FD-448 (Rev. 6-2-97)

ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED EXCEPT WHERE SHOWN OTHERWISE

# FBI FACSIMILE

## COVER SHEET

**PRECEDENCE**

- [ ] Immediate
- [x] Priority
- [ ] Routine

**CLASSIFICATION**

- [ ] Top Secret
- [x] Secret
- [ ] Confidential
- [ ] Sensitive
- [ ] Unclassified

Time Transmitted: ______
Sender's Initials: ______
Number of Pages: ______
(including cover sheet)

To: FBIHQ (Name of Office) Date: 10/1/02

Facsimile Number: [redacted]

Attn: [redacted] Name Room Telephone

b6 b7C b7E

From: WFO Name of Office

(S) Subject: Aulaqi [redacted]

b1 b3

Special Handling Instructions: ______

Originator's Name: [redacted] Telephone: [redacted]

b6 b7C

Originator's Facsimile Number: ______

Approved: [initials]

(S) Brief Description of Communication Faxed: [redacted]

b1 b3

AWLAKI-895

~~SECRET~~

**WARNING**

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the

SEP.27.2002 9:23AM

Obtained by Judicial Watch via FOIA (May 31, 2013)

DATE: 12-11-2012
CLASSIFIED BY 65179 DMH/MJS
REASON: 1.4 (c)
DECLASSIFY ON: 12-11-20[illegible]

NO.462 P.2

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(S)

b1
b3
b6
b7C

AWLAKI-896

SEP.27.2002 9:23AM NO.462 P.3

Obtained by Judicial Watch via FOIA (May 31, 2013)

(S)

b1
b3
b6
b7C

AWLAKI-897

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-11-2012 BY 65179 DMH/MJS

Obtained by Judicial Watch via FOIA (May 31, 2013)

* * * TRANSMISSION RESULT REPORT ( OCT. 1.2002 2:58PM ) * * *

TTI

b7E

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERS. NAME | FILE |
|---|---|---|---|---|---|---|---|---|
| OCT. 1. | 2:56PM | COMPATIBLE | G-TS | 1'39" | P. 3 | OK | | 121 |

| | | | |
|---|---|---|---|
| * : BATCH | C : CONFIDENTIAL | $ : TRANSFER | P : POLLING |
| M : MEMORY | L : SEND LATER | @ : FORWARDING | E : ECM |
| S : STANDARD | D : DETAIL | F : FINE | > : REDUCTION |
| A-: ASYNC MODE | 1-: MIL_STD MODE | G-: RICOH-MG3/COMPATIBLE MODE | |

Obtained by Judicial Watch via FOIA (May 31, 2013)

DATE: 12-11-2012
CLASSIFIED BY 65179 DMH/MJS
REASON: 1.4 (c)
DECLASSIFY ON: 12-11-203

199N-WF-222852

~~SECRET//ORCON,NOFORN//X1~~  10/3/02

1 - Mr. [b6 b7C]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

MEMORANDUM FOR THE ATTORNEY GENERAL

FROM: DIRECTOR, FBI

SUBJECT: ANWAR AULAQI;
(U) ~~IT-UBL/AL-QAEDA~~ (S)

(S) [redacted b1 b3]

Enclosure

DLP:dlp (4)

[redacted b7A]

(430)

Classified by: Director, FBI
Reason ~~1.5(c)~~
Declassify on: ~~X1~~

[redacted b6 b7C]

~~SECRET//ORCON,NOFORN//X1~~ 10/3/02

AWLAKI-899

Obtained by Judicial Watch via FOIA (May 31, 2013)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-11-2012 BY 65179 DMH/MJS

b7A

b6
b7C

AWLAKI-900


Obtained by Judicial Watch via FOIA (May 31, 2013)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-11-2012 BY 179 DMH/MJS

# FBI NEW YORK JFK INT'L AIRPORT RESIDENT AGENCY

To:
Date: 10/10/02
Attention:
Fax Number:

From: SA
Phone:
Fax Number:
Pages (Including Cover) 7
Notes:

b6
b7C
b7E

THE INFORMATION CONTAINED IN THIS COVER SHEET AND ANY AND ALL ACCOMPANYING DOCUMENTS CONSTITUTES CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS INFORMATION, PLEASE NOTIFY THIS OFFICE IMMEDIATELY TO ARRANGE FOR THE RETURN OF THIS TRANSMISSION. ANY REVIEW, DISSEMINATION, REPRODUCTION OR DISTRIBUTION OF THIS INFORMATION IS STRICTLY PROHIBITED.

Obtained by Judicial Watch via FOIA (May 31, 2013)

FAX header (left margin, vertical): OCT-10 14:39 2/87

IMMIGRATION USE ONLY

**WELCOME TO THE UNITED STATES**

CUSTOMS USE ONLY

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# CUSTOMS DECLARATION

Each arriving traveler or responsible family member must provide the following information (only ONE written declaration per family is required):

1. Family Name: AULAQI
2. First (Given) Name: ANWAR
3. Middle Initial(s): N.
4. Birth Date (day/mo/yr): 21-4-71
5. Airline/Flight No. or Vessel Name or Vehicle License No.: 035 Saudi Airlines
6. Number of Family Members Traveling with You: 2
7. (a) Country of Citizenship: US
7. (b) Country of Residence: US
8. (a) U.S. Address (Street Number/Hotel/Mailing Address in U.S.): 3159 Row St
8. (b) U.S. Address (City): Falls Church
8. (c) U.S. Address (State): VA
9. Countries visited on this trip prior to U.S. arrival: a. Yemen
10. The purpose of my (our) trip is or was: Business [ ] Personal [X]
11. I am (We are) bringing fruits, plants, meats, food, soil, birds, snails, other live animals, wildlife products, farm products; or, have been on a farm or ranch outside the U.S.: Yes [X] No [ ]
12. I am (We are) carrying currency or monetary instruments over $10,000 U.S., or foreign equivalent: Yes [ ] No [X]
13. I have (We have) commercial merchandise, U.S. or foreign: Yes [ ] No [X]
14. The total value of all goods, including commercial merchandise, I/we purchased or acquired abroad and am/are bringing to the U.S. is: $ 300

SIGN BELOW AFTER YOU READ NOTICE ON REVERSE

I have read the notice on the reverse and have made a truthful declaration.

X [signature] 10/09/02

U.S. Customs use only — Do not write below this line — U.S. Customs/Immigration

NYC

b6
b7C

AWLAKI-902



OCT-10-2002 14:39 Obtained by Judicial Watch via FOIA (May 31, 2013) P.03/07

AWLAKI-903



OCT-10-2002 14:39 Obtained by Judicial Watch via FOIA (May 31, 2013) P.04/07

AWLAKI-904

Obtained by Judicial Watch via FOIA (May 31, 2013)

b6
b7C

Obtained by Judicial Watch via FOIA (May 31, 2013)

b6
b7C

OCT-18-2002 14:41 P.06/07

Obtained by Judicial Watch via FOIA (May 31, 2013)

P.07/07

TOTAL P.07

**ملاحظات هامة**

سعر هذه التذكرة قابل للتغيير قبل بدء السفر.

يحتفظ الناقل بالحق في رفض نقل أي شخص حصل على تذكرة مخالفة [illegible] لتعرفة الناقل أو قوانينه أو أنظمته.

تتقاضى السعودية رسوم إدارية لتطوير التذاكر [illegible] إصدارها أو [illegible] بناءً [illegible]

لن تكون التذاكر التي مضى على تاريخ إصدارها الأصلي خمس [illegible] أو [illegible] أو إعادة الإصدار أو التمديد.

إن أنظمة المملكة العربية السعودية تمنع منعاً باتاً تعاطي أو حمل المشروبات [illegible] طائرات الخطوط الجوية العربية السعودية.

الخطوط الجوية العربية السعودية تمنع منعاً باتاً إستخدام الهاتف الجوال على [illegible] [illegible] نظام الإتصالات بالطائرة. كما يجب إيقاف أي أجهزة إلكترونية [illegible] خلال الإقلاع أو هبوط الطائرة

لإبداء ملاحظاتكم أو إقتراحاتكم عن خدماتنا. نرجو الكتابة إلى:

مدير عام علاقات العملاء - الخطوط الجوية العربية السعودية - مركز تكلفة [illegible] جدة - ٢١٢٣١ المملكة العربية السعودية.

رقم الحجز/ملاحظات:

الخطوط الجوية العربية السعودية

SAUDI ARABIAN AIRLINES

LSTP :INJCU CHR [illegible]

SIU SW/

VALID ON SV ONLY NONEND-REF

FLIGHT COUPON 3

KHOSAN TRAVEL & TOURISM

3 065 4411235373 4

AWLAKI-907

b6
b7C

OCT-10-2002

**ملاحظات هامة**

سعر هذه التذكرة قابل للتغيير قبل بدء السفر.

يحتفظ الناقل بالحق في رفض نقل أي شخص حصل على تذكرة مخالفة للتواريخ [illegible] لتعرفة الناقل أو قوانينه أو أنظمته.

تتقاضى السعودية رسوم إدارية لتطوير التذاكر [illegible] إصدارها أو [illegible] بناءً على طلب [illegible]

لن تكون التذاكر التي مضى على تاريخ إصدارها الأصلي خمس سنوات أو أكثر [illegible] أو إعادة الإصدار أو التمديد.

إن أنظمة المملكة العربية السعودية تمنع منعاً باتاً تعاطي أو حمل المشروبات الكحولية

الخطوط الجوية العربية السعودية

SAUDI ARABIAN AIRLINES

FLIGHT COUPON 3

KHOSAN TRAVEL & TOURISM

Obtained by Judicial Watch via FOIA May 31 2013

```
(Rev. 08-28-2000)
```

DATE: 12-11-2012
CLASSIFIED BY 65179 DMH/MJS
REASON: 1.4 (c)
DECLASSIFY ON: 12-11-2037

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                           Date: 10/22/2002

To: Counterterrorism         Attn: [redacted]                      b6
From: Washington Field                                              b7C
           Contact: [redacted]                                      b7E

Approved By: [redacted]

Drafted By: [redacted]

(U)  Case ID #: (S) 199N-WF-222852  (Pending)                       b1
(S)  [redacted] (Pending)                                           b3
                                                                    b7A
(U)  Title: (S) ANWAR NASSER AULAQI
               IT-UBL/AlQaeda
               OO:WFO

(U)  Synopsis: (S) Asset reporting.

         (S)    (U)  Derived From: G-3
                     Declassify On: X1

(U) [redacted]                                                      b7E

(S) [redacted]                                                      b1
                                                                    b3
                                                                    b7D

~~SECRET~~                  b7A [redacted]

AWLAKI-908

dd022951.EC  UPLOADED   b6 b7C

Obtained by Judicial Watch via FOIA (May 31, 2013)

~~SECRET~~

To: Counterterrorism From: Washington Field
(U) Re: (~~S~~) 199N-WF-222852, 10/22/2002

(S) [redacted] b1 b3 b7D

~~SECRET~~

2

AWLAKI-909

Obtained by Judicial Watch via FOIA (May 31, 2013)

~~SECRET~~

(U) To: Counterterrorism From: Washington Field
Re: ~~(S)~~ 199N-WF-222852, 10/22/2002

LEAD(s):

**Set Lead 1: (Adm)**

COUNTERTERRORISM

AT WASHINGTON, D.C.

(U) Read and clear.

♦♦

~~SECRET~~

AWLAKI-910