REDACTED / CLEARED FOR PUBLIC RELEASE

1

*Electronic Records for PI and Menu*

| File Name | Document No. | Classification | # of Pages | Search Term | Description |
|---|---|---|---|---|---|
| | | | | DAF al-Arkam; | |
| 53845 | MFR04017479 | S | 5 | Virginia Jihad; Timimi; Paintball; Tamimi; Al-Timimi; Timimi; | 9/11 Commission interview with FBI special agent. I sent this out for declassification in 2008 and am still waiting for all agencies to respond. |
| 0000F5CE | RDOJ03003548 | S | 35 | Al-Timimi; Timimi; Tamimi | doc. ID: 199N-DE-89187 serial 262 |
| 00062C8F | RDO50401.8664 | S | 5 | Tamimi | cable of 12/15/2001 |
| 00035F9A | RFBI03004134 | S | 256 | Al-Timimi; Timimi; BIF: Benevolence International Foundation | Al-Timimi's name in list of telephone contacts by someone else. This is the only mention of him in the document. |
| 00031FAA | RFBI03009401 | S | 28 | Timimi | mention in image 25 only; FBI file# 199M-BA-103070 |
| 0037CD8 | RFBI03009475 | S | 49 | Dar al-Arkam; Masoud Khan; Yong Ki Kwon; Yong Kwon; Timimi; Royer; Paintball; Tamimi; BIF: Benevolence International; Timimi; Royer | FBI file# is classified; from Washington Field Office; 10/18/2002 |
| 0037D45 | RFBI03009477 | S | 74 | Foundation | 4/21/2003 FBI memo from Baltimore Field Office; FBI case file # is classified; mentioned on one page only |
| 00370090 | RFBI03009478 | S | 30 | Paintball; Tamimi | 265A-WF-226192, page 4 |
| 0003AFA6 | RFBI03009480 | S | 70 | Tamimi | 12/6/2000, pg. 6, from Detroit Field Office, FBI case file # is classified |
| 0003B0DA | RFBI03009485 | S | 71 | Aulaqi | Awlaki; Timimi; Washington Field Office memo of 10/23/2002; FBI case file # is classified |

REDACTED / CLEARED FOR PUBLIC RELEASE

| File Name | Document No. | Classification / # of Pages | Search Term | Description |
|---|---|---|---|---|
| 0003B151 | RFBI03009487 | S | 59 | Al-Hamdi; Al-Timimi; Timimi; Tamimi; Aulaqi | 1/2/2003 Washington Field Office memo, FBI case file # is classified |
| 00037F58 | RFBI03009624 | S | 80 | Dar al-Arkam; Yong Ki Kwon; Yong Kwon; Timimi; Royer; Chapman; BIF; Benevolence International Foundation | 3/20/2003 memo and 5/21/2003 Washington Field Office memo, FBI case file # is classified |
| 0003B18D | RFBI03009488 | S | 60 | Awlaki; Dar al-Arqam; Timimi; Timimi | page 2 of 2/21/2003 Washington Field Office memo (FBI case file # is classified) |
| 0003F58 | RFBI03009624 | S | 80 | Timimi; Tamimi; BIF; Benevolence International | 1/3/2001, Chicago Field Office memo (FBI case file # is classified) |
| 0001C160 | RFBI03010185 | S | 110 | Foundation | pp 13 and 28 of 7/7/2002 FBI memo 199N-SE-85481 |
| 00019A0D | RFBI03010195 | S | 37 | Timimi; Chapman Al-Hamdi; Timimi; Yong Kwon; Timimi; Royer; BIF; Benevolence International | 5/26/2003 FBI memo |
| 0003D712 | RFBI03010214 | S | 136 | Foundation | pg 6 of 3/20/2003 FBI 302 265C-SU-55418, serial 660 |
| 0003CFD4 | RFBI03010478 | S | 36 | Al-Timimi; Al-Timimi; Timimi; Aulaqi | 265A-WF-224591, 8/22/2002, pg 7 |
| 0001723C | RFBI03010489 | S | 55 | Timimi | pg 4 of FBI memo from Dallas Field Office; FBI case file # is classified |
| 000320A8 | RFBI03010650 | S | 43 | Tamimi | |

REDACTED / CLEARED FOR PUBLIC RELEASE

| File Name | Document No. | Classification | # of Pages | Search Term | Description |
|-----------|--------------|----------------|------------|-------------|-------------|
| 0004AA7A | RFBI03011843 | S | 18 | Timimi | pg. 18 of 9/12/2001 FBI memo from the Counterterrorism Division; FBI case file # is classified |
| 0003F099 | RFBI03012713 | S | 81 | Al-Timimi; Timimi; BIF | pg 31 of 6/6/2003 FBI memo |
| 0003DBF0 | RFBI03013114 | S | 46 | Al-Timimi; Dar al-Arqam; Virginia Jihad; Timimi; Aulaqi | pg 2 of 9/17/2003 FBI memo from the Washington Field Office; FBI case file # is classified |
| 0003DC1F | RFBI03013115 | S | 55 | Dar al-Arqam; Virginia Jihad; Yong Kwon; Timimi; Royer; Chapman; BIF | Washington Field Office memo of 9/27/2003; case file # 315N-WF-217423 |
| 0003DC80 | RFBI03013117 | S | 59 | Al-Timimi; Timimi; Benevolence International Foundation | pg 36 of 6/6/2003 FBI memo |
| 0005CE8A | RFBI04014773 | S | 57 | Al-Timimi; Timimi | pg 9 of 10/25/1999 FBI memo from Denver Field Office |
| 0005D000 | RFBI04015058 | S | 27 | Al-Hamdi; Al-Timimi; Timimi; Royer; Aulaqi; Benevolence International Foundation | FBI 302 dated 6/23/2003, file # 265C-WF-225105 |
| 0005E58E | RFBI04016742 | S | 24 | Al-Timimi; Timimi; Benevolence International Foundation; BIF | page 4 of list of disruptions to international terrorist operations since 11 September |

REDACTED / CLEARED FOR PUBLIC RELEASE

REDACTED / CLEARED FOR PUBLIC RELEASE

4

| File Name | Document No. | Classification | # of Pages | Search Term | Description |
|---|---|---|---|---|---|
| 0005DB4F | RFBI04016920 | S | 84 | Aaitque; Timimi | pg 15 of FBI memo of 9/12/2003 from the Washington Field Office (FBI case file # is classified); pp 15, 17, 18 of 9/14/2003 FBI memo from Washington Field Office (FBI case file # is classified) |
| 0005DBA4 | RFBI04016921 | S | 52 | Al-Timimi; Dar al-Arqam; Timimi; Aulaqi | 7/16/2003 FBI report from Washington Field Office contained on page 9 of 10/31/2003 FBI memo re: case # 315N-WF-221874 |
| 0005DC12 | RFBI04017112 | S | 78 | Al-Timimi; Timimi; Aulaqi | pg 5 of FBI memo of 9/27/2002 from Washington Field Office (case file # 265A-WF-224591) |
| 0001DC64 | RFBI | S | 16 | Tamimi; Aulaqi | FBI case summary memo for case ID: 265A-NY-280350 (PENTTBOM); not your guy |
| 25800 | RFBI03008051 | S | 339 | Tamimi | FBI memo – not your guy |
| 00036F40 | RFBI03009014 | S | 331 | Tamimi | FBI Legat memo – not your guy |
| 000392EC | RFBI03009019 | S | 86 | Timimi | FBI memo – not your guy |
| 000192A7 | RFBI03009758 | S | 133 | Tamimi; BIF; Benevolence International Foundation | FBI memo – not your guy |

REDACTED / CLEARED FOR PUBLIC RELEASE

Case 1:04-cr-00385-LMB   Document 335-12   Filed 10/04/13   Page 5 of 5 PageID# 359

5

| File Name | Document No. | Classification | # of Pages | Search Term | Description |
|-----------|-------------|----------------|-----------|-------------|-------------|
| 0003CF80 | RFBI03010447 | S | 83 | Tamimi; BIF; Benevolence International Foundation | FBI memo -- not your guy |
| 0003EA6C | RFBI03010629 | S | 74 | Tamimi | FBI memo -- not your guy |
| 00025D0A | RFBI03011410 | S | 36 | Tamimi | FBI memo -- not your guy |
| 0003ED1F | RFBI03011680 | S | 90 | Tamimi | FBI memo -- not your guy |
| 000419BD | RTR04014136 | S/SCI | 62 | Tamimi | not your guy |
| 42526 | RTR04014192 | TS/SCI | 96 | Tamimi | not your guy |
| 00049BE | | TS | 2 | Tamimi | not your guy |
| 00041AB1 | | TS/SCI | 9 | Tamimi | not your guy |
| 00041E47 | | TS/SCI | 9 | Tamimi | not your guy |
| | | | | | [This is my error; I put the Al-Timimi search term with this document by mistake. The name is not in |
| 0002661B | RFBI03010648 | S | 28 | Al-Hamdi; Al-Timimi | the document.] |

REDACTED   CLEARED FOR PUBLIC RELEASE