THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | § § | |
| Plaintiff, | § § | CR-04-385 |
| V. | § § | |
| ALI AL-TIMIMI | § § | |
| Defendant. | § § | |

## PROPOSED ORDER

Upon motion of Defendant Dr. Ali al-Timimi, and for good cause shown, it is ORDERED that the Plaintiff United States provide to cleared defense counsel all evidence, including, but not limited to, any surveillance records, field reports, and recordings, related to visits by Anwar al-Aulaqi to the United States from 2001 to 2003 and that reference Dr. al-Timimi, any of the trial witnesses in this case, other alleged members of the "Virginia Jihad" conspiracy, or the Dar-al-Arqam mosque.

SO ORDERED, this ____ day of _____, 2013.

_____
Hon. Leonie M. Brinkema
United States District Judge