THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | CR-04-385 |
| v. | § § | |
| DR. ALI AL-TIMIMI, PH.D | § § | |
| Defendant. | § § | |

## NOTICE OF APPEARANCE

Please enter the appearance of Liana W. Yung, from the law firm of Bryan Cave LLP, as counsel for Defendant, Dr. Ali Al-Timimi, in the above captioned matter. Ms. Yung is authorized to practice in this Court. Jonathan Turley remains lead counsel in this matter.

Respectfully submitted,

Dr. Ali al-Timimi

By:   /s/   Liana W. Yung
Liana W. Yung (Bar ID 82840)
BRYAN CAVE, LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
liana.yung@bryancave.com

*Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the Notice of Appearance filed by Liana W. Yung was caused to be served via the Court's ECF system, on the 4th day of October, 2013, which will then send a notification of such filing (NEF) to the following:

Mr. Gordon Kromberg, Esq.
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314-5794
(703) 299-3800 phone
gordon.kromberg@usdoj.gov

*Attorney for the United States*

By: ____/s/____ Liana W. Yung
Liana W. Yung (Bar ID 82840)
BRYAN CAVE, LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
liana.yung@bryancave.com

*Attorney for Defendant*