Date: __10/04/13__    Judge: __Brinkema__       Reporter: ____A. Thomson____
Time: __11:03am__ - __11:41am__                Interpreter:_____
                                               Language: _____
                                                Probation Email: ____
                                               Jury Email: ____

## UNITED STATES OF AMERICA
####     v.

__ALI AL-TIMIMI_____        __1:04cr385_____
Defendant's Name                          Case Number

__Jonathan Turley_____        ____Gordon Kromberg_____
**Counsel for Defendant:**              **Counsel for Government**

**Matter called for:**
[  ] Arraignment    [  ] Pre-Indictment Plea    [  ] Change of Plea   [ X] Motions
[  ] Sentencing    [  ] Revocation Hearing    [  ] Rule 35        [  ] Appeal (USMC)
[X] Other  **__Under Seal_____**
Deft appeared:  [X] in person   [  ] failed to appear   [X] with Counsel   [  ] without Counsel  [  ] through Counsel
**Filed in open court:**
[  ] Information   [  ] Plea Agreement   [  ] Statement of Facts   [  ] Waiver of Indictment  [  ] Discovery Order

**Arraignment & Plea:**
[  ] WFA    [  ] FA    [  ] PG   [  ] PNG  **Trial by Jury:** [  ] Demanded    [  ] Waived
[  ] Days to file Motions with Argument on _____ at _____
[  ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[  ] Plea accepted, **Guilty Count(s)** _____
[  ] Motion for Dismissal of Count(s) _____ by  [  ] US  [  ] Deft
[  ] Order entered in open court         [  ] Order to follow
[  ] Deft directed to USPO for PSI--- [  ] Deft directed to cooperate with USPO for PSI
[  ] Case continued to: _____at _____ for:
[  ] Jury Trial    [  ] Bench Trial    [  ] Sentencing   [  ] Status
**Rule 35:**
[  ] US Rule 35 motion for reduction of sentence: [  ] Granted  [  ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [  ] Admits  [  ] Denies violations of the conditions of probation/supervised release
Court:  [  ] finds  [  ] does not find the defendant in violation of the conditions
[  ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
 Motions argued and taken under advisement _____
_____
_____

**Deft is:** [  ] In Custody  [  ] Summons Issued   [   ] On Bond   [  ] Warrant Issued   [  ] 1st appearance

**Bond Set at:** $ _____ [  ] Unsecured  [  ] Surety  [  ] Personal Recognizance
[  ] Release Order Entered    [x] Deft Remanded  [  ] Deft Released on Bond  [  ] Deft Continued on Bond