# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES,** | § | |
| | § | |
| **Plaintiff,** | § | **CR-04-385** |
| | § | |
| **V.** | § | |
| | § | |
| **ALI AL-TIMIMI** | § | |
| | § | |
| **Defendant.** | § | |

## PROPOSED ORDER

Upon motion of Defendant Dr. Ali al-Timimi, and for good cause shown, it is
ORDERED that the United States provide to defense counsel all FISA surveillance that was used
in the investigation of Dr. al-Timimi, his alleged co-conspirators, or the so-called "Virginia
Jihad" conspiracy.  It is FURTHER ORDERED that the government produce an index of all
potentially relevant FISA material to afford the Court and the parties a complete record of the
scope of surveillance evidence in the possession of the government related to or referencing Dr.
al-Timimi, his alleged co-conspirators, or the so-called "Virginia Jihad" conspiracy.

SO ORDERED, this _____ day of _____, 2013.

_____
Hon. Leonie M. Brinkema
United States District Judge