THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | CR-04-385 |
| V. | § | |
| DR. ALI AL-TIMIMI, PH.D | § | Hon. Leonie M. Brinkema |
| Defendant. | § | |

## ORDER

This ACTION came before the Court upon Defendant Ali Al-Timimi's motion for withdrawal of the appearance of Liana W. Yung of Bryan Cave LLP as co-counsel on behalf of Dr. Al-Timimi.

IT APPEARING to the Court that this request is proper and should be granted, it is hereby ORDERED that Liana W. Yung's appearance as co-counsel on behalf of Dr. Ali Al-Timimi is hereby withdrawn.

/s/
Leonie M. Brinkema
United States District Judge

DATED: 12/19/13