THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | CR-04-385 |
| v. | § § | |
| DR. ALI AL-TIMIMI, PH.D | § § | |
| Defendant. | § § | |

## NOTICE OF APPEARANCE

Please enter the appearance of S. Cagle Juhan, from the law firm of Bryan Cave LLP, as counsel for Defendant, Dr. Al-Timimi, in the above captioned matter. Mr. Juhan is authorized to practice in this Court. Jonathan Turley remains lead counsel in this matter.

Respectfully submitted,

Dr. Ali al-Timimi

By:   /s/   S. Cagle Juhan
Samuel Cagle Juhan (Bar ID 84030)
BRYAN CAVE, LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
cagle.juhan@bryancave.com

*Attorney for Defendant*

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the Notice of Appearance filed by S. Cagle Juhan was caused to be served via the Court's ECF system, on the 3rd day of February, 2014, which will then send a notification of such filing (NEF) to the following:

Mr. Gordon Kromberg, Esq.
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314-5794
(703) 299-3800 phone
gordon.kromberg@usdoj.gov

*Attorney for the United States*

By:  \_\_\_\_/s/\_\_\_\_S. Cagle Juhan
Samuel Cagle Juhan (Bar ID 84030)
BRYAN CAVE, LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
cagle.juhan@bryancave.com

*Attorney for Defendant*