IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*Filed with Classified Information Security Officer*
CISO _[signature]_
Date 4/28/2014

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  1:04cr385 (LMB) |
| | ) |
| ALI AL-TIMIMI, | ) |
| Defendant. | ) |

MEMORANDUM OPINION