IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Filed with Classified
Information Security Officer

CISO _____
Date 4-28-2014

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 1:04cr385 (LMB) |
| | ) |
| ALI AL-TIMIMI, | ) |
| | ) |
| Defendant. | ) |

ORDER