IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAY - 8 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA,          )
                                   )
                                   )
                                   )
        v.                         )          1:04cr385 (LMB)
                                   )
                                   )
ALI AL-TIMIMI,                     )
                                   )
        Defendant.                 )

## ORDER

Uncleared counsel for defendant have filed an Emergency Motion
for Public Clarification of the Court's Memorandum Opinion and Order
[Dkt. No. 346], in which they ask the Court for relief from any
deadlines relating to the Opinion and Order issued on April 28, 2014,
because they are not able to review it.  If these attorneys were
defendant's only counsel, there would be merit to the instant motion;
however, the Court is advised that defendant's lead attorney is
cleared and has reviewed an unredacted copy of the Opinion and Order,
which denied all of defendant's pending motions.  Accordingly, he
is fully capable of making sure that any filing deadlines are met.
For this reason, it is hereby

ORDERED that defendant's Emergency Motion for Public
Clarification of the Court's Memorandum Opinion and Order [Dkt. No.
346] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel
of record and the Classified Information Security Officer.

Entered this 8th day of May, 2014.

Alexandria, Virginia

_____
Leonie M. Brinkema
United States District Judge