UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Filed with Classified
Information Security Officer
CISO [signature]
Date 4-28-2014

UNITED STATES OF AMERICA,      )
                               )
                               )
    v.                         )    1:04cr385 (LMB)
                               )
                               )
                               )
ALI AL-TIMIMI,                 )
                               )
       Defendant.              )

ORDER

For the reasons stated in open court and the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's Motion to Compel Discovery Related to Anwar al-Aulaqi [Dkt. No. 300]; Motion to Compel Discovery Related to Abu Khalid [Dkt. No. 306]; Motion to Compel Discovery of Undisclosed Material Intercept Evidence Captured Pursuant to Foreign Intelligence Surveillance Act [Dkt. Nos. 312, 338]; Motion to Compel Discovery of Evidence Gathered Pursuant to the Presidential Surveillance Program and "Other Intelligence Activities" [Dkt. No. 319]; Motion to Compel Discovery of Any Classified Evidence Gathered Pursuant to the Presidential Surveillance Program and "Other Intelligence Activities" [Dkt. No. 320]; Motion to Compel Classified Discovery Related to Khwaja Mahmood Hasan [Dkt. No. 323]; and Motion to Compel Discovery Related to Khwaja Mahmood Hasan [Dkt. No. 325] be and are DENIED.

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

The Clerk is directed to forward copies of this Order and the accompanying Memorandum Opinion to counsel of record and the Classified Information Security Officer.

Entered this 28th day of April, 2014.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE