UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

Filed with the Classified
Information Security Officer
CISO **M. Mohera**
Date **5/12/2014**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES ) | |
| ) | Case No. cr-04-385 |
| v. ) | |
| ) | Hon. Leonie M. Brinkema |
| ALI AL-TIMIMI ) | |

## DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S APRIL 28TH AND MAY 8TH ORDERS AND FOR A STATUS HEARING ON JUNE 13, 2014

Dr. Ali al-Timimi, defendant in the above named case, files this motion for reconsideration of the Court's April 28th and May 8th orders and for a status hearing. Specifically, Defendant notes that there are motions still pending before the Court, Dkt. 265, 273, 277, and 287, although the Court characterized (in its May 8th order) the April 28th order as denying all of defendant's outstanding motions. Dkt 348. Defendant seeks reconsideration of the Court's orders so that these motions can be resolved and the record be made clear and complete. Defendant also requests a status conference so that the resolution of the outstanding motions can be discussed, including whether they should be declassified in order to aid their resolution and clarity of the record.

Lead defense counsel communicated with the Government about a status hearing before the release of a final order and he indicated that he is available on June 13, 2014.

For the reasons discussed in his brief, Defendant requests that the Court grant its motion for reconsideration and for a status conference.

Respectfully submitted,

Dr. Ali al-Timimi

By Counsel

Jonathan Turley (*pro hac vice* lead counsel)
2000 H Street, N.W.
Washington, D.C. 20052
Phone No. (202) 994-7001
Facsimile No. (202) 994-9811
jturley@law.gwu.edu


_____/s/_____
Samuel Cagle Juhan, Bar No. 84030
BRYAN CAVE LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
cagle.juhan@bryancave.com


Vishant Manu Krishnan, Bar No. 82308
BRYAN CAVE LLP
1155 F St, N.W.
Washington, D.C. 20004
Phone: (202) 508-6000
Facsimile: (202) 508-6200
manu.krishnan@bryancave.com

Dated: May 12, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2014, the foregoing was caused to be served via the Court's ECF system, which will then send a notification of such filing (NEF) to the following:

>Mr. Gordon Kromberg, Esq.
>Assistant United States Attorney
>2100 Jamieson Ave.
>Alexandria, Virginia 22314-5794

>_____/s/_____

Samuel Cagle Juhan, Bar No. 84030
BRYAN CAVE LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
cagle.juhan@bryancave.com
Counsel for Dr. Al-Timimi

>Vishant Manu Krishnan, Bar No. 82308
>BRYAN CAVE LLP
>1155 F St, N.W.
>Washington, D.C. 20004
>Phone: (202) 508-6000
>Facsimile: (202) 508-6200
>manu.krishnan@bryancave.com
>*Counsel for Dr. Al-Timimi*