**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | **Case No. cr-04-385** |
| **v.** | ) | |
| | ) | **Hon. Leonie M. Brinkema** |
| **ALI AL-TIMIMI** | ) | |
| | ) | |

**PROPOSED ORDER**

Upon motion of Defendant Dr. Ali al-Timimi, the Court GRANTS Defendant's motion for reconsideration of the Court's April 28, 2014 and May 8, 2014 orders and for a status conference. The parties are ORDERED to appear at a status hearing before the Court on June 13, 2014 at 9 a.m.

**SO ORDERED, this ____ day of ____________, 2014.**

______________________

Hon. Leonie M. Brinkema

United States District Judge