IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:04cr385 |
| ) | |
| ALI AL-TIMIMI ) | |

GOVERNMENT'S RESPONSE TO MOTION FOR RECONSIDERATION

Defendant Timimi moved for reconsideration of this Court's rulings of April 28, 2014, and May 8, 2014, on the grounds that this Court failed to rule on his motions docketed as items 265, 273, 277, and 287. The motion should be denied with respect to the motion docketed as Item 273, because this Court granted that motion on November 4, 2008.[1] With respect to Items 265, 277, and 287, the Court should deny the motion for reconsideration as moot after issuing an order denying those motions for the reasons stated in its ruling of April 28, 2014.

The motion identified as Docket Item 265 was a motion for a "finding of materiality" regarding intercepted communications. The motions identified as Docket Items 277 and 287 were motions to compel discovery regarding warrantless surveillance. All three covered the

---

[1] A copy of the Order granting that motion is attached to this pleading.

same ground as other motions by the defendant, such as Docket Items 268, 269, 287, 319, 320, and 321, and each is baseless for the reasons outlined in the Court's ruling of April 28, 2014.

        Respectfully submitted,

        Dana J. Boente
        United States Attorney


By:         /s/
        Gordon D. Kromberg
        Assistant United States Attorney
        Virginia Bar No. 33676
        Assistant United States Attorney
        Attorney for the United States
        2100 Jamieson Avenue
        Alexandria, VA  22314
        (703) 299-3700
        (703) 837.8242 (fax)
        gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2014, I electronically filed the foregoing GOVERNMENT'S RESPONSE TO MOTION FOR RECONSIDERATION with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Samuel Cagle Juhan
Manu Krishnan
Bryan Cave LLP
1155 F Street, N.W., Suite 700
Washington, D.C. 20004
manu.krishnan@bryancave.com


          /s/
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov