IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
NOV 4 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA, )
)
v. ) 1:04cr385 (LMB)
)
ALI AL-TIMIMI, )
)
Defendant. )

## ORDER

The defendant has filed an _Ex Parte_ Motion for Receipt of a Copy of the Transcript of the October 23, 2008 Hearing at No Expense [273]. Having considered the motion, the Court finds that oral argument will not assist the decisional process.

Because counsel are _pro bono_, the _Ex Parte_ Motion is GRANTED; and it is hereby

ORDERED that the court reporter provide defendant's counsel with one free copy of the transcript of the October 23, 2008 hearing.

Pursuant to an Order of October 23, 2008, the Court has been advised that the transcript of the October 23, 2008 hearing does not contain classified information. Accordingly, it is hereby

ORDERED that the transcript of the October 23, 2008 hearing be publicly filed.

The Clerk is directed to remove argument of this motion from the Friday, November 7, 2008 calendar and to forward copies

of this Order to counsel of record and court reporter Anneliese Thomson.

Entered this 4th day of November, 2008.

/s/ Leonie M. Brinkema
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia