IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 1:04cr385 (LMB) |
| | ) |
| ALI AL-TIMIMI, | ) |
| Defendant. | ) |

<u>ORDER</u>

On May 13, 2014, defendant filed a Motion for Reconsideration [Dkt. No. 351], in which he requests clarification of two Orders, entered on April 28, 2014, and May 8, 2014, respectively, and further requests a status hearing before the Court. The basis for the latter request is defendant's assertion that the Court has failed to rule on four of his motions [Dkt. Nos. 265, 273, 277, 287], each of which was filed between October 2008 and February 2009. Defendant seeks to have these motions "resolved" so that "the record [can] be made clear and complete."

One of the motions in question [Dkt. No. 273] was granted by an Order of this Court [Dkt. No. 276] on November 4, 2008. Defendant is correct that the other three motions [Dkt. Nos. 265, 277, 287], all seeking to compel discovery, remain pending; however, they suffer from the same defects as the recently denied motions, that is, defendant generally fails to describe the evidence sought with sufficient particularity, and where he does, he cannot show that such evidence even exists. Accordingly, consistent with the grounds for

denial stated in the Memorandum Opinion of April 28, 2014, it is hereby

ORDERED that defendant's Motion for a Finding of Materiality Regarding His Intercepted Communications with Dr. Al-Buthe [Dkt. No. 265]; Under Seal Motion [Dkt. No. 277]; and Under Seal Motion to Compel Discovery [Dkt. No. 287] be and are DENIED; and it is further

ORDERED that defendant's Motion for Reconsideration [Dkt. No. 351] be and is DENIED; and it is further

ORDERED that the hearing currently scheduled for June 13, 2014, at 9:00 a.m. be and is CANCELLED.

The Clerk is directed to forward copies of this Order to counsel of record and the Classified Information Security Officer.

Entered this 21st day of May, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge