UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, | § |
| | § |
| Plaintiff, | § |
| | § |
| V. | § CR-04-385 |
| | § |
| ALI AL-TIMIMI | § |
| | § |
| Defendant. | § |

## NOTICE OF APPEAL

Notice is hereby given that Dr. Ali al-Timimi, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 21st day of May, 2014. (Dkt. No. 357).[1] That Order, which denied defendant's pending motions and resolved the outstanding issues in this remand, constitutes a final order.

Notice is also hereby given that Dr. al-Timimi appeals to the United States Court of Appeals for the Fourth Circuit from this Court's July 13, 2005 post-trial judgment. (Dkt. No. 132). Dr. al-Timimi incorporates by reference his original Notice of Appeal (Dkt No. 133), filed on July 15, 2005, which appealed that July 13, 2005 judgment. In its April 25, 2006 order remanding this case before this Court, the Court of Appeals for the Fourth Circuit stated that "following a final order by the district court, appellant may timely file without prejudice a new notice of appeal with this Court." (Ex. A).

---

[1] In its May 21, 2014 order, the District Court denied all pending motions and further denied Defendant's request for a status hearing. The District Court previously indicated that it would not welcome additional motions and that it intended to resolve all outstanding issues and send the case back to the Fourth Circuit. Hearing Transcript of 10/4/2013 at 29:13-30:11.

Respectfully submitted,

Ali al-Timimi
By Counsel

Jonathan Turley (*pro hac vice* lead counsel)
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001 (phone)
(202) 994-9811 (facsimile)

Vishant Manu Krishnan, Bar No. 82308
BRYAN CAVE LLP
1155 F St, N.W.
Washington, D.C. 20004
Phone: (202) 508-6000
Facsimile: (202) 508-6200
manu.krishnan@bryancave.com

Samuel Cagle Juhan, Bar No. 84030
BRYAN CAVE LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
cagle.juhan@bryancave.com

By: _____/s/_____
Samuel Cagle Juhan (Bar No. 84030)

Dated: June 4, 2014

## **CERTIFICATE OF SERVICE**

I certify that this Notice of Appeal was caused by me to be served via the Court's ECF system, on the 4th day of June, 2014, which will then send a notification of such filing (NEF) to the following:

Mr. Gordon Kromberg, Esq.
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314-5794

_____/s/_____
Samuel Cagle Juhan
*Local Co-Counsel for Dr. Ali Al-Timimi*