THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, | § |
| Plaintiff, | § § § |
| V. | §   CR-04-385 |
| ALI AL-TIMIMI | § § § |
| Defendant. | § |

### DEFENDANT DR. ALI AL-TIMIMI'S MOTION FOR AN ORDER OF CLASSIFICATION REVIEW OF ALL DOCUMENTS CURRENTLY UNDER SEAL

Defendant Dr. Ali al-Timimi respectfully moves this Court, by counsel, to compel the government to review all currently sealed documents for possible declassification in whole or in part for placement on the public docket. This motion is being made in anticipation of the transmission of the record to the United States Court of Appeals for the Fourth Circuit and to facilitate appellate review. As stated in the accompanying Memorandum, lead counsel bases this motion on his review of the documents held in the SCIF and what has recently been released onto the public docket as well as information now in the public domain.

Accordingly, Dr. al-Timimi requests an order for classification review of the material currently held in the SCIF for possible release onto the public docket before transmission of the record to the Fourth Circuit. The Government has informed lead defense counsel that it opposes the motion, and the parties waive a hearing on the motion.

Respectfully submitted,

Dr. Ali Al-Timimi

By Counsel

Jonathan Turley (*pro hac vice* lead counsel)
2000 H St., N.W.

1

Washington, D.C. 20052
(202) 994-7001 (phone)
(202) 994-9811 (facsimile)

Vishant Manu Krishnan
Bryan Cave LLP
1155 F Street, NW, Suite 700
Suite 700
Washington, D.C.  20005-3960
(202) 508-6000 (phone)
(202) 508-6200 (facsimile)

Samuel Cagle Juhan
Bryan Cave LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
cagle.juhan@bryancave.com

By:  _____/s/_____
Samuel Cagle Juhan (Bar No. 84030)

Dated: June 12, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2014, I served the foregoing via ECF upon:

Mr. Gordon Kromberg, Esq.
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314-5794
(703) 299-3800 phone
gordon.kromberg@usdoj.gov

*Attorney for the United States*

_____/s/_____
Samuel Cagle Juhan (Bar No. 84030)
Bryan Cave LLP
1155 F Street, NW, Suite 700
Washington, D.C. 20005-3960
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
Cagle.juhan@bryancave.com

*Counsel for Dr. Al-Timimi*