THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CR-04-385 |
| § | |
| ALI AL-TIMIMI § | |
| § | |
| Defendant. § | |

## ORDER

Upon motion of Defendant Dr. Ali al-Timimi, and for good cause shown, it is ORDERED that the government shall review all documents currently held under seal as classified in this case to allow the placement of those documents on the public docket in whole or in redacted form. Upon completion of review, the government shall convey to the court security officer documents to be transferred to the public docket. Any redacted documents will be placed on the public docket while the original documents continue to be held as classified for transmittal to the Fourth Circuit in accordance with the procedures governing such material.

SO ORDERED, this 13th day of June, 2014.

/s/ 
Leonie M. Brinkema
United States District Judge

1