REDACTED / CLEARED FOR PUBLIC RELEASE

FILED WITH THE
COURT SECURITY OFFICER
CSO: [signature]
DATE: 10/9/08

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CR-04-385 |
| | § | |
| v. | § | UNDER SEAL |
| | § | |
| DR. ALI AL-TIMIMI, PH.D | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT DR. ALI AL-TIMIMI'S MOTION FOR A ███████

████████████████████████████████████████████████

████████████████████████████████████████████████ The basis for this classified motion is set forth in the accompanying memorandum of law.

Respectfully submitted,

Ali Al-Timimi, Ph.D

By Counsel

Jonathan Turley (*pro hac vice* lead counsel)
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001 (phone)
(202) 994-9811 (facsimile)

Bryan Cave LLP
700 Thirteenth Street, N.W., Suite 700
Washington, D.C. 20005-3960
(202) 508-6000 (phone)
(202) 508-6200 (facsimile)

By: [signature]
Jonathan Turley (cleared counsel)
Dated: October 9, 2008

REDACTED / CLEARED FOR PUBLIC RELEASE

# 265

REDACTED / CLEARED FOR PUBLIC RELEASE

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2008, a true and correct copy of the foregoing was served by court security staff upon:

> Mr. Gordon Kromberg, Esq.
> Assistant United States Attorney
> 2100 Jamieson Ave.
> Alexandria, Virginia 22314-5794

*Jonathan Turley*

REDACTED / CLEARED FOR PUBLIC RELEASE

## CERTIFICATE OF SERVICE

I certify that on this 27th day of March, 2015, I will file the foregoing document on the CM/ECF system, which will then send an electronic notification to:

Mr. Gordon Kromberg, Esq.
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, Virginia 22314
(703) 299-3700
gordon.kromberg@usdoj.gov
*Attorney for the United States*

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy will be delivered to Chambers within one business day of this electronic filing.

                                       /s/
                         Thomas Michael Huff, Virginia Bar No. 73587
                         Thomas M. Huff, Attorney-at-Law
                         P.O. Box 2248
                         Leesburg, VA 20177
                         Telephone: 703.665.3756
                         Facsimile: 571.354.8985
                         thuff@law.gwu.edu