REDACTED / CLEARED FOR PUBLIC RELEASE

FILED WITH THE
COURT ~~~~~~~~ OFFICER
CSO Ethginty
DATE: 10/10/08

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CR-04-385 |
| | § | |
| v. | § | UNDER SEAL |
| | § | |
| DR. ALI AL-TIMIMI, PH.D | § | |
| | § | |
| Defendant. | § | |

DEFENDANT DR. ALI AL-TIMIMI'S MOTION TO COMPEL DISCOVERY OF ▮▮▮▮▮▮▮

Dr. Ali Al-Timimi, by counsel, respectfully moves for the government to be compelled to supply ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Respectfully submitted,

Ali Al-Timimi, Ph.D

By Counsel

Jonathan Turley (*pro hac vice* lead counsel)
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001 (phone)
(202) 994-9811 (facsimile)

Bryan Cave LLP
700 Thirteenth Street, N.W.
Suite 700
Washington, D.C. 20005-3960
(202) 508-6000 (phone)
(202) 508-6200 (facsimile)

By: /s/ Jonathan Turley

REDACTED / CLEARED FOR PUBLIC RELEASE

#268

REDACTED / CLEARED FOR PUBLIC RELEASE

Jonathan Turley (cleared counsel)
Dated: October 10, 2008

REDACTED / CLEARED FOR PUBLIC RELEASE

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2008, a true and correct copy of the foregoing was served by court security staff upon:

>Mr. Gordon Kromberg, Esq.
>Assistant United States Attorney
>2100 Jamieson Ave.
>Alexandria, Virginia 22314-5794

*Jonathan Turley*

REDACTED / CLEARED FOR PUBLIC RELEASE

# CERTIFICATE OF SERVICE

I certify that on this 27th day of March, 2015, I will file the foregoing document on the CM/ECF system, which will then send an electronic notification to:

Mr. Gordon Kromberg, Esq.
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, Virginia 22314
(703) 299-3700
gordon.kromberg@usdoj.gov
*Attorney for the United States*

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy will be delivered to Chambers within one business day of this electronic filing.

                                            /s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu