UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE



# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | CR-04-385 |
| v. | § | UNDER SEAL |
| DR. ALI AL-TIMIMI, PH.D | § | |
| Defendant. | § | |

### DEFENDANT DR. ALI AL-TIMIMI'S MOTION TO COMPEL DISCOVERY OF EVIDENCE BEYOND THE NARROW SCOPE OF THE GOVERNMENT'S PRIOR SEARCH OF NSA MATERIAL

Dr. Ali Al-Timimi, by counsel, respectfully moves for the government to be compelled to (1) disclose any withheld evidence held by the government as a whole and without the prior limitations on excluded dates; and (2) confirmation any undisclosed evidence involving the material parties and communications detailed in both the earlier defense discovery request as well as the attached memorandum of points and authorities.

Respectfully submitted,

Ali Al-Timimi, Ph.D

By Counsel

Jonathan Turley (*pro hac vice* lead counsel)
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001 (phone)
(202) 994-9811 (facsimile)

Bryan Cave LLP
700 Thirteenth Street, N.W.
Suite 700
Washington, D.C. 20005-3960
(202) 508-6000 (phone)
(202) 508-6200 (facsimile)

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

By: _____
Jonathan Turley (cleared counsel)
Dated: October 10, 2008

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2008, a true and correct copy of the foregoing was served by court security staff upon:

>Mr. Gordon Kromberg, Esq.
>Assistant United States Attorney
>2100 Jamieson Ave.
>Alexandria, Virginia 22314-5794

JonathanTurley

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

# CERTIFICATE OF SERVICE

I certify that on this 27th day of March, 2015, I will file the foregoing document on the CM/ECF system, which will then send an electronic notification to:

Mr. Gordon Kromberg, Esq.
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, Virginia 22314
(703) 299-3700
gordon.kromberg@usdoj.gov
*Attorney for the United States*

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy will be delivered to Chambers within one business day of this electronic filing.

/s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu