## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|   Plaintiff-Appellee ) | |
| ) Case No. 1:04-cr-385-LMB | |
| v. ) | |
| ) | |
| ALI Al-TIMIMI ) | |
| ) | |
|   Defendant-Appellant ) | |
| _____ ) | |

### NOTICE OF NEW EVIDENCE ON REMAND FROM THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

  Following the recent remand of the above-captioned case by the United States Court of Appeals for the Fourth Circuit, lead defense counsel conferred with the government and the Court's chambers on scheduling a hearing to address the question of new evidence in the case. During that conferral, a representative from chambers noted that the remanded material did not include two exhibit documents that formed the basis for the remand. These missing exhibit documents included the original "Squad IT-3" document (attached Exhibit A) and the defense analytical exhibit (attached Exhibit B). Accordingly, at the request of chambers, this notice attaches the two exhibits that formed the basis of the remand motion before the Court of Appeals.

  The government was informed of and did not object to this notice.

Respectfully submitted,

Dated: August 13, 2015    By:                    /s/
                                             Thomas Michael Huff, Virginia Bar No. 73587
                                             Thomas M. Huff, Attorney-at-Law
                                             P.O. Box 2248
                                             Leesburg, VA 20177
                                             Telephone: 703.665.3756
                                             Facsimile: 571.354.8985
                                             thuff@law.gwu.edu

                                             Jonathan Turley (*pro hac vice*, lead counsel)
                                             The George Washington University Law School
                                             2000 H Street, NW
                                             Washington, D.C. 20052
                                             (202) 994-7001 (telephone)
                                             (202) 508-6200 (facsimile)
                                             jturley@law.gwu.edu

                                             Attorneys for Defendant Ali Al-Timimi

## CERTIFICATE OF SERVICE

I certify that on August 13, 2015, I will electronically file the foregoing document and corresponding exhibits on the CM/ECF system, which will then send an electronic notification of such filing (NEF) to:

AUSA Gordon D. Kromberg
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, Virginia 22314
703.299.3721 (t)
703.299.3981 (f)
gordon.kromberg@usdoj.gov

Pursuant to the Electronic Case Filing Policies and Procedures, a hard copy of the forgoing document will be delivered to Chambers within one business day of the electronic filing.

/s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu