# Exhibit A

SECRET
---- Working Copy ----                                                Page    1

Precedence: ROUTINE                            Date: 10/23/2002

To: Washington Field

From:  Washington Field
         Squad IT-3
         Contact: SA [911 Law Enforcement Privacy]

Approved By: DeMay Donald S

Drafted By: [911 LEP] V:jvw

Case ID #: (S) 199N-WF-217423   (Pending)                          b3
           (S) 199N-WF-222852   (Pending)                          b7E
           (S) [         ]      (Pending)

Title: (S) ALI AL-TIMIMI;
           IT-UBL/AL-QAEDA;
           OO:WFO

       (S) ANWAR AULAQI;
           IT-UBL/AL-QAEDA;
           OO: WFO

Synopsis: (S) [                                        ]   A

           (S) Derived From: G-3
           (U) Declassify On: X1

Details: (S) [                                                    ]   b1

         (S) [                              ] provided the following information to Special
Agent John V. Wyman:                                                   A

         (S) [                                                    ]
                                                                       A

----------------------------------------------------------------------
Case ID : 315N-WF-217423                    Serial : 266
          199N-WF-222852                             356                b3
                                                                       b7E



ACS REQ 10-6-03                                       000000356
                                                      NCTA000215046

~~SECRET~~

~~SECRET~~
---- Working Copy ---- Page 2

(S) [redacted] b1

(S) [redacted] the following information regarding a recent visit to the Washington, D.C. area by ANWAR AULAQI (FFI: 199N-WF-222852):

(S) On Sunday, 10/13/2002 AULAQI made public appearances at the Dar al Hijrah Mosque and the Dar Al Arqam Islamic Center [redacted] b1

(S) [redacted]

(S) [redacted]

(S) [redacted]

(S) [redacted] b1

(S) [redacted]

(S) [redacted]

~~SECRET~~

ACS REQ 10-6-03

000000357
NCTA000215047

~~SECRET~~

~~SECRET~~



```
             SECRET
        ---- Working Copy ----              Page    3

(S)
                                                            b1
(S)
```

jw022942.ec

~~SECRET~~

ACS REQ 10-6-03

~~SECRET~~

000000358
NCTA000215048