# Exhibit B

> DeMay ran the intelligence side of WFO International Terrrorism (IT) squad and Ammerman+Wyman ran the criminal side of WFO International Terrrorism (IT) squad. IT-3 is Al-Qaeda + UBL. Mamula worked for DeMay at this time.

SECRET

SECRET
---- Working Copy ----
Page    1

CLASSIFIED BY NSICG [illegible]
REASON: 1-4 (c)
DECLASSIFY ON: 03-18-2039
DATE: 03-18-2014

ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED EXCEPT WHERE SHOWN OTHERWISE

Precedence: ROUTINE                              Date: 10/23/2002

To: Washington Field

> Most likely Mamula which required his boss DeMay to approve

From: Washington Field
       Squad IT-3
       Contact: SA  [b11 Law Enforcement Privacy]

Approved By: DeMay Donald S                      Wyman

Drafted By: [b11 LEP] .. V:jvw

> WFO ran multiple VA Jihad investigations which included Ali:
> 265A-WF-226192 (FISA criminal investigation)
> 199N-WF-217423 (FISA intelligence investigation). Previously, NARA said that the renamed 199N-WF-217423 to 315N-WF-217423 was the "mother load" from the docs they reviewed

Case ID #: (S) 199N-WF-217423  (Pending)
           (S) 199N-WF-222852  (Pending)
           (S) [           ]   (Pending)

(U) Title: (S)  ALI AL-TIMIMI;
                IT-UBL/AL-QAEDA;
                OO:WFO

(U)        (S)  ANWAR AULAQI;
                IT-UBL/AL-QAEDA;
                OO: WFO

> Pending = "live/current/ongoing" as of this doc's date which is Oct, 23 2002

Synopsis: (X) (S) [        ]

                  Derived From: G-3
             (U)  Declassify On: X1

Details: (S) [        ]

> Ongoing WFO Aulaqi investigation which Ammerman discontinued on May 6, 2003 2 days before the final VA Jihad raid

(S) [        ] provided the following information to Special Agent John V. Wyman:

(S) [        ]

> possibly Rubeel or Nabil and Wyman was investigating Ali in October 2002

Case ID : 315N-WF-217423                         Serial : 266
          199N-WF-222852                                  356

> 6 cases are related to Ali + Aulaqi with over 266 documents serialized in the 265-WF-217423 case folder

SECRET

ACS REQ 10-6-03                                  000000356
                                                 NCTA000215046

SECRET

~~SECRET~~

~~SECRET~~
---- Working Copy ----                                              Page    2

(S) [redacted] b1

(S) [redacted] the following information regarding a recent visit to the Washington, D.C. area by ANWAR AULAQI (FFI: 199N-WF-222852):

(S)  On Sunday, 10/13/2002 AULAQI made public appearances at the Dar al Hijrah Mosque and the Dar Al Arqam Islamic Center [redacted] b1

> Full Field Investigation and also the ongoing Washington Field Office 199N-WF-222852 FISA intelligence investigation. We also have a FOIA redacted captured electronic surveillance of Aulaqi during Oct-Dec 2002

(S) [redacted]
(S) [redacted]
(S) [redacted]
(S) [redacted] b1
(S) [redacted]
(S) [redacted]

~~SECRET~~

ACS REQ 10-6-03

000000357
NCTA000215047

~~SECRET~~

~~SECRET~~

~~SECRET~~
---- Working Copy ---- Page 3



(S)

(S) b1

jw022942.ec

~~SECRET~~

ACS REQ 10-6-03

000000358
NCTA000215048

~~SECRET~~