Case 1:04-cr-00385-LMB Document 412 Filed 06/20/15 Page 1 of 2 PageID# 1573

REDACTED / CLEARED FOR PUBLIC RELEASE

Filed under seal in a secure officer
in Camera and under seal

DATE 2/16/05

FEB 16 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 1:04cr385
)
ALI AL-TIMIMI ) Hon. Leonie M. Brinkema

## GOVERNMENT'S EX PARTE IN CAMERA STATUS REPORT REGARDING AL-TIMIMI'S RENEWED MOTION TO COMPEL DISCOVERY

On January 21, 2005, Al-Timimi filed a motion for discovery regarding what he alleges to

be recordings of himself. Specifically, he requested intercepts of conversations between himself

and Safar Hawali. The defense is seeking any recordings of telephone calls between Hawali and

the defendant "in the time period between September 11, 2001, and January of 2003 in which

they discussed various issues of interest to Muslims." (Defendant's Motion at p. 2). The defense

further contends that "it is fair for counsel to assume that any telephone calls between Dr. Al-

Timimi and Hawali during this time period would have been intercepted either by the FBI or the

NSA." (Defendant's Motion at p. 3).

The government can currently report the following: the FBI's Washington Field Office is

Defendant Ali

Timimi did not become the subject of FISA electronic surveillance until ████████. Those

phone calls have been provided to the defense in the SCIF as part of the discovery in this case.

To the extent that any of those phone calls were between Timimi and Hawali, they have been

provided to the defense.

REDACTED / CLEARED FOR PUBLIC RELEASE

Case 1:04-cr-00385-LMB  Document 412  Filed 06/20/15  Page 2 of 2 PageID# 1574



The government has also made a formal request to the National Security Agency (NSA)

for any recordings or information that they may have of conversations between the defendant and

Hawaii. To date, the NSA continues to search for this information. At the conclusion of that

search, the government will provide a further, ex parte update to the Court in camera.

Respectfully submitted,

Paul J. McNulty
United States Attorney

By:

John T. Gibbs
Trial Attorney