# Exhibit A

~~SECRET~~

CLASSIFIED BY NSICG J89J28T90
REASON: 1.4 (c)
DECLASSIFY ON: 09-18-2039
DATE: 09-18-2014

ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED EXCEPT WHERE SHOWN OTHERWISE

~~SECRET~~
---- Working Copy ----                          Page    1

Precedence: ROUTINE                    Date: 10/23/2002

To: Washington Field

From:  Washington Field
         Squad IT-3
         Contact:  SA  [911 Law Enforcement Privacy]

Approved By: DeMay Donald S

Drafted By: [911 LEP] .. V:jvw

Case ID #: (S)  199N-WF-217423    (Pending)                    b3
           (S)  199N-WF-222852    (Pending)                    b7E
           (S)  [redacted]        (Pending)

Title: (S)  ALI AL-TIMIMI;
            IT-UBL/AL-QAEDA;
            OO:WFO

       (S)  ANWAR AULAQI;
            IT-UBL/AL-QAEDA;
            OO: WFO

Synopsis: (S)  [redacted] A

       (S)  Derived From: G-3
       (U)  ~~Declassify On: X1~~

Details: (S)  [redacted]                                       b1

       (S)  [redacted] provided the following information to Special  A
            Agent John V. Wyman:

       (S)  [redacted]                                         A

---

Case ID : 315N-WF-217423              Serial : 266
          199N-WF-222852                       356            b3
          [redacted]                                          b7E

~~SECRET~~

ACS REQ 10-6-03                              000000356
                                             NCTA000215046

~~SECRET~~



~~SECRET~~

~~SECRET~~
---- Working Copy ----                              Page    2

(S) [redacted] b1

(S) [redacted] the following information regarding a recent visit to the Washington, D.C. area by ANWAR AULAQI (FFI: 199N-WF-222852):

(S) On Sunday, 10/13/2002 AULAQI made public appearances at the Dar al Hijrah Mosque and the Dar Al Arqam Islamic Center [redacted]

(S) [redacted] b1

(S) [redacted]

(S) [redacted]

(S) [redacted]

(S) [redacted]

(S) [redacted] b1

(S) [redacted]

(S) [redacted]

~~SECRET~~

ACS REQ 10-6-03                                     000000357
                                                    NCTA000215047

~~SECRET~~



```
                        SECRET
                   ---- Working Copy ----                Page    3
```



(S)

(S)    ×                                                          b1

jw022942.ec



ACS REQ 10-6-03

000000358
NCTA000215048