# Exhibit B

Case 1:04-cr-00385-LMB   Document 418-2   Filed 09/01/15   Page 2 of 4 PageID# 1730

CLASSIFIED BY NSICG J89J28T90
REASON: 1.4 (c)
DECLASSIFY ON: 09-18-2039
DATE: 09-18-2014

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Special Agent Donald DeMay: Interviewed
Dr. Al-Timimi and works with witnesses
Special Agents Ammerman and Wyman as
part of the Washington Field Office

SECRET
---- Working Copy ----

Page        1

Precedence:   ROUTINE                    Date:  10/23/2002

To: Washington Field

From:  Washington Field
       Squad IT-3
       Contact:  SA    [911 Law Enforcement Privacy]

Approved By: DeMay Donald S

Drafted By: [911 LEP]  . V:jvw

JVW: Believed to be the initials of investigator and
witness Special Agent John V. Wyman

Pending = "live/current/ongoing" as of this
document's date which is Oct, 23 2002

Case ID #:  (S)  199N-WF-217423   (Pending)
            (S)  199N-WF-222852   (Pending)
            (S)                   (Pending)

199N-WF-217423: Investigation of
Dr. Al-Timimi that pre-dated 2003
and is believed to have produced
undisclosed FISA evidence

b3
b7E

(U)  Title:  (S)    ALI AL-TIMIMI;
                    IT-UBL/AL-QAEDA;
                    OO:WFO

WFO:
Washington Field Office

(U)

                    ANWAR AULAQI;
                    IT-UBL/AL-QAEDA;
                    OO: WFO

199N-WF-222852: Believed to be WFO Aulaqi
investigation that continued to at least May 6, 2003

Synopsis:  (X)  (S)

A

                    (X)  Derived From : G-3
            (U)  Declassify On:  X1

Details:  (S)

b1

          (S)

                                    provided the following information to Special
Agent John V. Wyman:

          (S)          Deletion of potential witness (including a
                       possible undisclosed "asset") on evidence
                       related to Dr. Al-Timimi, which was sought
                       both pre-trial and post-remand

A

Case ID : 315-WF-217423              Serial : 266
          199N-WF-222852                       356

b3
b7E

6 cases are related to Dr. Al-Timimi and Aulaqi with
over 266 documents serialized in the
199N-WF-217423 case folder

SECRET

ACS REQ 10-6-03                                        000000356
                                                       NCTA000215046

# SECRET

SECRET
---- Working Copy ----                          Page    2

b1

(S)

(S)                                                        the
following information regarding a recent visit to the Washington,
D.C. area by ANWAR AULAQI (FFI: 199N-WF-222852):

(S)        On Sunday, 10/13/2002 AULAQI made public
appearances at the Dar al Hijrah Mosque and the Dar Al Argam
Islamic Center

b1

**The night that Aulaqi was taken by Nabil Gharbieh (a witness at the Al-Timimi trial) to the home of Dr. Al-Timimi—the subject of numerous discovery requests.**

**The Center that was a focus of the investigation and the indictment as to the activities and statements of Dr. Al-Timimi and numerous witnesses.**

(S)

(S)

(S)

b1

(S)

(S)

SECRET

ACS REQ 10-6-03

000000357
NCTA000215047

# SECRET



SECRET
---- Working Copy ----                    Page    3

(S)

b1

(S)

jw022942.ec


ACS REQ 10-6-03                              000000358
                                             NCTA000215048

SECRET