IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:04cr385 |
| | ) | |
| ALI AL-TIMIMI | ) | |

NOTICE

The United States has this day filed a corrected copy of the exhibit to Docket Item # 420.

        Respectfully submitted,

        Dana J. Boente
        United States Attorney


By: _____
        Gordon D. Kromberg
        Assistant United States Attorney
        Virginia Bar No. 33676
        Assistant United States Attorney
        Attorney for the United States
        2100 Jamieson Avenue
        Alexandria, VA 22314
        (703) 299-3700
        (703) 837.8242 (fax)
        gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record, and will serve it by email to:

> Thomas M. Huff, Attorney-at-Law
> P.O. Box 2248
> Leesburg, VA 20177
> thuff@law.gwu.edu
>
>
> Jonathan Turley (pro hac vice, lead counsel)
> The George Washington University Law School
> 2000 H Street, NW
> Washington, D.C. 20052
> jturley@law.gwu.edu
>
> _____/s_____
> Gordon D. Kromberg
> Assistant United States Attorney
> Virginia Bar No. 33676
> Assistant United States Attorney
> Attorney for the United States
> 2100 Jamieson Avenue
> Alexandria, VA  22314
> (703) 299-3700
> (703) 837.8242 (fax)
> gordon.kromberg@usdoj.gov