IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>    *Plaintiff*,               )<br>                              )     Case No. 1:04-cr-385-LMB<br>v.                            )<br>                              )     Hon. Leonie M. Brinkema<br>ALI AL-TIMIMI,                )<br>                              )<br>    *Defendant*.              )<br>                              ) | |

**[PROPOSED] ORDER**

This matter came before the Court on Defendant's *Unopposed Motion for a Ten-Day Extension to File a Reply Memorandum in Support of his Motion to Compel*. For good cause shown, the Court hereby GRANTS Defendant's motion.

It is hereby ORDERED that Defendant will have until November 19, 2015 to file a memorandum in reply to the government's filing at Dkt. No. 420.

**SO ORDERED, this ____ date of November, 2015**.

_____
Hon. Leonie M. Brinkema
United States District Judge