IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:04-cr-385-LMB |
| v. ) | |
| ) | Hon. Leonie M. Brinkema |
| ALI AL-TIMIMI, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

This matter came before the Court on *Defendant's Second Unopposed Motion for an Extension to File a Reply Memorandum in Support of his Motion to Compel*. For good cause shown, the Court hereby GRANTS the defendant's motion.

It is hereby ORDERED that the defendant will have until November 30, 2015 to file a memorandum in reply to the government's filing at Dkt. No. 420.

**SO ORDERED, this _____ day of November, 2015**.

_____
Hon. Leonie M. Brinkema
United States District Judge