# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

Filed with the Classified
Information Security Officer
CISO _____
Date 12/7/2015

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|  ) | |
| *Plaintiff,*  ) | Case No. 1:04-cr-385-LMB |
|  ) | |
| v.  ) | Hon. Leonie M. Brinkema |
|  ) | |
| ALI AL-TIMIMI,  ) | |
|  ) | |
| *Defendant.*  ) | |

# DEFENDANT'S REPLY BRIEF IN SUPPORT OF HIS MOTION TO COMPEL THE DISCLOSURE OF UNREDACTED DOCUMENTS TO CLEARED DEFENSE COUNSEL AND THE PRODUCTION OF AN INDEX OF UNDISCLOSED EVIDENCE