**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

_____
                                                    )
UNITED STATES OF AMERICA,        )
                                                    )
       *Plaintiff*,                                   )
                                                    )
v.                                                        )      Case No. 1:04-cr-385 (LMB)
                                                    )
ALI AL-TIMIMI,                        )
                                                    )
       *Defendant*.                    )
_____)

**RENEWED MOTION FOR ACQUITTAL REGARDING COUNTS 7 AND 8 IN LIGHT
OF INTERVENING SUPREME COURT AUTHORITY**

       Pursuant to the Fourth Circuit's modified remand order of July 26, 2016 [Dkt. No. 431], Defendant Dr. Ali Al-Timimi respectfully submits this renewed motion for a judgment of acquittal on Counts 7 and 8 of the operative indictment in light of the Supreme Court's intervening opinion in *Johnson v. United States*, 135 S. Ct. 2551 (2015). *Johnson* invalidated the "residual clause" portion of the "violent felony" definition found in the Armed Career Criminal Act (ACCA) after concluding that both features of its two-part categorical methodology—its "ordinary case" inquiry and its "risk" inquiry—suffered from "hopeless indeterminacy" that rendered it unconstitutionally vague. *Id*. at 2557-58.

       In this case, Defendant Al-Timimi's convictions under Counts 7 and 8 rely on the similarly worded residual clause found in 18 U.S.C. § 924(c)(3)(B). As outlined in the accompanying memorandum [Dkt. No. 433], this clause uses an analogous two-part categorical methodology that combines an identical "ordinary case" inquiry with a near-identical "risk" inquiry. Accordingly, Al-Timimi respectfully submits that *Johnson* renders § 924(c)(3)(B) unconstitutionally vague, that his corresponding convictions under Counts 7 and 8 should be set

aside, and that his sentence should be adjusted accordingly as detailed in the attached proposed order.

The parties have conferred, and the government opposes the motion.


Dated: October 25, 2016                 Respectfully submitted,

                                        _____/s/_____
                                        Thomas Michael Huff, Virginia Bar No. 73587
                                        Thomas M. Huff, Attorney-at-Law
                                        P.O. Box 2248
                                        Leesburg, VA 20177
                                        Telephone: 703.665.3756
                                        Facsimile: 571.354.8985
                                        thuff@law.gwu.edu

                                        Jonathan Turley (*pro hac vice*)
                                        The George Washington University Law School
                                        2000 H Street, NW
                                        Washington, D.C. 20052
                                        (202) 994-7001 (telephone)
                                        (202) 508-6200 (facsimile)
                                        jturley@law.gwu.edu

                                        Attorneys for Defendant Dr. Ali Al-Timimi

# CERTIFICATE OF SERVICE

I certify that on October 25, 2016, I will file the foregoing document on the CM/ECF system, which will then serve it by sending an electronic notification to:

AUSA Gordon D. Kromberg
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700 (telephone)
(703) 837.8242 (facsimile)
gordon.kromberg@usdoj.gov

/s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu