# Exhibit C

**Trial Transcript, April 26, 2015 [Dkt. No. 161], excerpted page 2412
(indicating no special verdict called regarding Jury Instruction 44)**

2412

```
 1              (Bench conference on the record.)
 2              THE COURT:  I think given the nature of the overall
 3   verdict, we don't need to ask the jury to make specific findings
 4   as to a specific act of violence --
 5              MR. KROMBERG:  I agree, Judge.
 6              THE COURT:  -- for purposes of this record.
 7              Do you agree?
 8              MR. MAC MAHON:  Yes, Your Honor.
 9              THE COURT:  All right.  Otherwise, I was going to give
10   them Jury Instruction No. 44 and have them circle it, but I think
11   because of the nature of the verdicts, that that's crystal clear
12   what they did, all right?
13              MR. KROMBERG:  Thank you, Judge.
14              THE COURT:  Then I'm going to excuse the jury unless
15   there's anything further that either side wants to address.
16              MR. KROMBERG:  No, Judge.
17              THE COURT:  Thank you.
18              MR. MAC MAHON:  Thank you, Your Honor.
19              (End of bench conference.)
20              THE COURT:  Ladies and Gentlemen, I want to thank you
21   for the incredibly long period of time that you have given to this
22   Court.  It is never easy sitting in judgment of another human
23   being, and you have spent, I think this was your seventh day or
24   sixth -- yes, seventh day of deliberations.  So we all know how
25   hard you worked on this case.  This was a complex case, and on
```