# Exhibit E

**Judgment Form [Dkt. No. 132], excerpted pages 1-3**

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division



FILED
JUL 13 2005
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

**ALI AL-TIMIMI,**

Defendant.

Case Number 1:04CR00385-001

## JUDGMENT IN A CRIMINAL CASE

The defendant, ALI AL-TIMIMI, was represented by Edward B. MacMahon, Esquire and Alan H. Yamamoto, Esquire.

The defendant was found guilty on count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 of the Superseding Indictment after a plea of not guilty. Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 2 and 924(n) | Inducing Others to Conspire to Use Firearms (Felony) | 05/2003 | 1 |
| 18 U.S.C. § 373 | Soliciting Others to Levy War Against the United States (Felony) | 10/21/2001 | 2 |
| 18 U.S.C. §§ 2 and 2384 | Inducing Others to Levy War Against the United States (Felony) | 05/2003 | 3 |
| 50 U.S.C. § 1705(b), 18 U.S.C. §2, 31 C.F.R. §§ 545.204 and 545.206, Executive Order No. 13224, 66 Fed. Reg. 49079 (2001); 65 Fed. Reg. 41549 (2000); Executive Order 13129, 64 Fed. Reg. 36759 (1999) | Attempting to Contribute Services to the Taliban (Felony) | 10/21/2001 | 4 |

As pronounced on July 13, 2005, the defendant is sentenced as provided in pages 3 through 8** of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this 13th day of July, 2005.

Leonie M. Brinkema
United States District Judge

** Page 8 of this document contains sealed information

132

AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet ... - Continuation of counts from page 1

Judgment--Page 2 of 8

Defendant: ALI AL-TIMIMI
Case Number: 1:04CR00385-001

## Continuation of Counts from Page 1

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 50 U.S.C. § 1705(b), 18 U.S.C. § 2, 31 C.F.R. §§ 545.204 and 545.206, Executive Order No. 13224, 66 Fed. Reg. 49079 (2001); 65 Fed. Reg. 41549 (2000); Executive Order 13129, 64 Fed. Reg. 36759 (1999) | Counseling and Inducing Others to Aid the Taliban | 10/21/2001 | 5 |
| 18 U.S.C. §§ 2 and 371 | Counseling and Inducing Others to Conspire to Violate the Neutrality Act | 05/2003 | 6 |
| 18 U.S.C. §§ 924(c) and 2(a) | Inducing Others to Use Firearms in Connection with a Crime of Violence | 09/18/2001 | 7 |
| 18 U.S.C. §§ 924(c) and 2(a) | Inducing Others to Use Firearms in Connection with a Crime of Violence | 09/18/2001 | 8 |
| 18 U.S.C. §§ 844(h)(2) and 2(a) | Inducing Others to Carry Explosives During Commission of a Felony | 09/18/2001 | 9 |
| 18 U.S.C. §§ 844(h)(2) and 2(a) | Inducing Others to Carry Explosives During Commission of a Felony | 09/18/2001 | 10 |

Judgment--Page 3 of 8

Defendant: ALI AL-TIMIMI
Case Number: 1:04CR00385-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of LIFE IMPRISONMENT, consisting of:

ONE-HUNDRED TWENTY-ONE (121) MONTHS concurrent as to each of Counts 1, 2, and 3;

ONE-HUNDRED TWENTY (120) MONTHS concurrent as to each of Counts 4 and 5, to be served concurrently with the terms of imprisonment imposed in Counts 1, 2, and 3.

SIXTY (60) MONTHS as to Count 6, to be served concurrently with the terms of imprisonment imposed in Counts 1, 2, 3, 4, and 5.

THREE-HUNDRED SIXTY (360) MONTHS as to Count 7, to be served consecutively to the terms of imprisonment imposed in Counts 1, 2, 3, 4, 5, and 6.

LIFE IMPRISONMENT as to Count 8;

ONE-HUNDRED TWENTY (120) MONTHS as to Count 9, to be served consecutively to the terms of imprisonment imposed in Counts 1, 2, 3, 4, 5, 6, 7, and 8;

TWO-HUNDRED FORTY (240) MONTHS as to Count 10, to be served consecutively to the terms of imprisonment imposed in Counts 1, 2, 3, 4, 5, 6, 7, 8, and 9.

The Court makes the following recommendations to the Bureau of Prisons:

Defendant to be designated to a facility as close to the Washington D.C. area as possible.

The Court recommends the defendant not be placed under Special Administrative Measures (SAM) while in custody.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

c: P.O. (2) (3)
   Mshl. (4) (2)
   U.S.Atty.
   U.S.Coll.
   Dft. Cnsl.
   PTS
   Financial
   Registrar
   Ob

_____
United States Marshal

By _____
Deputy Marshal