IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:04-cr-385 (LMB) |
| ) | |
| ALI AL-TIMIMI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This Court has taken the position that challenges to convictions under 18 U.S.C. § 924(c)(3)(B) should be stayed to await the Supreme Court's decision in <u>Lynch v. Dimaya</u>, No. 15-1498, which should issue this term. For this reason, it is hereby

ORDERED that defendant's Renewed Motion for Acquittal on Counts 7 and 8 in Light of Intervening Supreme Court Authority [Dkt. No. 432] be and is STAYED until further order of the Court.

The Clerk is directed to remove this case from the active docket of the Court and forward copies of this Order to counsel of record.

Entered this 21st day of November, 2016.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge