IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| ALI AL-TIMIMI, ) | No. 1:04-cr-385 (LMB) |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## ORDER

On October 25, 2016, defendant Ali al-Timimi filed a Motion for Acquittal ("Motion") [Dkt. No. 432], in which he argued that in light of <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015), 18 U.S.C. § 924(c)(3)(B) is void for vagueness and therefore his convictions under 18 U.S.C. § 924(c) should be set aside. On November 21, 2016, the Court stayed the Motion pending the Supreme Court's decision in <u>Sessions v. Dimaya</u>, No. 15-1498. [Dkt. No. 439]. On April 17, 2018, the Supreme Court held in <u>Dimaya</u> that a substantially identical provision in 18 U.S.C. § 16(b), as incorporated into 8 U.S.C. § 1101(a)(43)(F), is void for vagueness under the Due Process Clause. Accordingly, it is hereby

ORDERED that the stay of the Motion be and is LIFTED; and it is further

ORDERED that the United States of America SHOW CAUSE within thirty (30) days why the Motion should not be granted; and it is further

ORDERED that defendant will have fourteen (14) days to file any reply to the government's response.

The Clerk is directed to return this case to the active docket of the Court and forward copies of this Order to counsel of record.

Entered this 19th day of April, 2018.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge