IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:04cr385 |
| | ) | |
| ALI AL-TIMIMI | ) | |

NOTICE OF RELEVANT APPELLATE ACTIVITY

The government wishes to inform the Court that the Fourth Circuit has announced that it will soon examine the post-*Dimaya* viability of § 924(c)(3)(B).

In October 2016, the Fourth Circuit heard oral argument in *United States v. Simms*, No. 15-4640, a case on direct appeal arising from the Eastern District of North Carolina. The defendant there argued both that Hobbs Act robbery is not a crime of violence under § 924(c)(3)(A), and that § 924(c)(3)(B) is unconstitutionally vague after *Johnson v. United States*, 135 S. Ct. 2551 (2015).

On June 15, 2018, the Fourth Circuit issued an order announcing that it would re-hear the *Simms* appeal *en banc*. The Fourth Circuit directed the parties to file supplemental briefing on the constitutionality of § 924(c)(3)(B) after *Dimaya,* and whether it is possible to read Section 924(c)(3)(B) using an offense-specific, non-categorical approach. *See* Orders, *United States v. Simms*, No. 15-4640 (4th Cir. June 15, 2018), ECF Nos. 52–53.[1]

---

[1] Copies of these orders are attached hereto as Government Exhibits 1 and 2.

The Fourth Circuit has tentatively calendared oral argument in *Simms* for its session between September 25 and 28, 2018.

                                                      Respectfully submitted,

                                                      G. Zachary Terwilliger
                                                      United States Attorney

                                                      _____/s_____
By:    Gordon D. Kromberg
        Assistant United States Attorney
        Virginia Bar No. 33676
        Assistant United States Attorney
        Attorney for the United States
        2100 Jamieson Avenue
        Alexandria, VA  22314
        (703) 299-3700
        (703) 837.8242 (fax)
        gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

                                                  _____/s_____
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov