FILED: June 15, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4640
(4:15-cr-00010-BO-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JOSEPH DECORE SIMMS

        Defendant - Appellant

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified have voted to order rehearing en banc in this case. The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days. This case is tentatively scheduled to be heard by the en banc court at the September, 2018 session of court, September 25-28, 2018. The clerk is directed to

issue an appropriate supplemental briefing schedule.

For the Court

/s/ Patricia S. Connor, Clerk