FILED: June 15, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4640
(4:15-cr-00010-BO-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

JOSEPH DECORE SIMMS

  Defendant - Appellant

_____

O R D E R

_____

  The parties are directed to file supplemental briefs, not to exceed 20 pages, addressing how *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018), affects the parties' arguments on appeal. The briefs should also address the following two issues:

  (1) In reviewing a defendant's conviction under 18 U.S.C.§ 924(c)(1)(A), should a court use the categorical approach to determine whether the defendant committed a crime of violence within the meaning of 18 U.S.C. § 924(c)(3)(B)?

  (2) Is 18 U.S.C. § 924(c)(3)(B) unconstitutionally vague in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Sessions v. Dimaya*, 138 S. Ct. 1204

(2018)?

The briefs shall be filed on or before July 10, 2018.

For the Court

/s/ Patricia S. Connor, Clerk