IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:04-cr-385 (LMB) |
| ) | |
| ALI AL-TIMIMI, ) | |
| ) | |
| *Defendant*. ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S
RENEWED MOTIONS FOR ACQUITTAL**

Defendant Dr. Ali Al-Timimi respectfully submits notice that the Fourth Circuit has just issued its en banc decision in *United States v. Simms*, No. 15-4640 (January 24, 2019), which is directly relevant to Al-Timimi's motions for acquittal on Counts 1, 7, and 8 before this Court.[1] *See* Dkt. Nos. 432 & 445. A copy of the slip opinion is attached as Exhibit A.

In an 8-7 opinion, the en banc Court concluded that the residual clause portion of the "crime of violence" definition codified at 18 U.S.C. § 924(c)(3)(B)—the same clause that Al-Timimi challenges in his acquittal motions here—is indeed unconstitutionally vague in light of the Supreme Court's decisions in *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018) and *Johnson v. United States*, 135 S.Ct. 2551 (2015). In so ruling, the Court expressly rejected the same savings construction that the Government has relied upon in its arguments before this Court. *See* slip op.

---

[1] On August 4, 2015, the Fourth Circuit remanded this case to this Court for consideration of newly declassified evidence that was released (in redacted form) after the filing of his appeal. The Fourth Circuit later modified its remand order to also permit Al-Timimi to challenge his § 924(c) convictions in light of the Supreme Court's intervening decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015).

at 3 ("The Government . . . urges us to abandon the settled meaning of the statute and employ a new definition of 'crime of violence.' We cannot do so. Neither the statutory language nor controlling precedent offer any support for the Government's proposed reinterpretation. Rather, the text and structure of § 924(c)(3)(B) plainly set forth a definition of 'crime of violence' that fails to comport with due process.").

The Fourth Circuit also reaffirmed that the separate "force clause" codified at § 924(c)(3)(A) encompasses only those offenses that require force as an element. *See* slip op. at 6 ("When a statute defines an offense in a way that allows for both violent and nonviolent means of commission, that offense is not 'categorically' a crime of violence under the force clause."); *see also id*. (forming of a conspiracy agreement to commit Hobbs Act robbery "does not invariably require the actual, attempted, or threatened use of physical force.").

With § 924(c)(3)(B) now invalidated within the Fourth Circuit, the defense respectfully submits that *Simms* resolves the pending motions for acquittal in Al-Timimi's favor. The defense also notes that it is in the process of supplementing its evidentiary motion that remains pending before this Court [Dkt. No. 417], and respectfully submits that a hearing or status conference could benefit the parties should it please the Court.

Dated: January 24, 2019          Respectfully submitted,

                                                 /s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu

Jonathan Turley (*pro hac vice*)
The George Washington University Law School
2000 H Street, NW
Washington, D.C. 20052
(202) 994-7001 (telephone)
(202) 508-6200 (facsimile)
jturley@law.gwu.edu

Attorneys for Defendant Dr. Ali Al-Timimi

## CERTIFICATE OF SERVICE

I certify that on January 24, 2019, I will file the foregoing document on the CM/ECF system (after a review by this Court's designated Classified Information Security Officer), which will then serve it by NES electronic notification upon all counsel of record, including:

AUSA Gordon D. Kromberg
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700 (telephone)
(703) 837.8242 (facsimile)
gordon.kromberg@usdoj.gov

                                            /s/
                              Thomas Michael Huff, Virginia Bar No. 73587
                              Thomas M. Huff, Attorney-at-Law
                              P.O. Box 2248
                              Leesburg, VA 20177
                              Telephone: 703.665.3756
                              Facsimile: 571.354.8985
                              thuff@law.gwu.edu