IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA            )
                                    )
                                    )
        v.                          )
                                    )        1:04-cr-385 (LMB)
                                    )
ALI AL-TIMIMI,                      )
                                    )
        Defendant.                  )

ORDER

Before the Court are pending motions by Ali Al-Timimi ("defendant") for acquittal on

Counts 1, 7, and 8 of the superseding indictment. On June 24, 2019, the Supreme Court held, in

a 5–4 decision, that 18 U.S.C. § 924(c)'s residual clause is void for vagueness under the Due

Process Clause. United States v. Davis, No. 18-431, slip op. at 2, 24 (U.S. June 24, 2019). In

light of Davis's holding, defendant asks the Court to order him acquitted of the charges against

him in Counts 1, 7, and 8. Accordingly, it is hereby

        ORDERED that the United States SHOW CAUSE within thirty (30) days of the date of

entry of this Order why defendant's motions for acquittal should not be granted; and it is further

        ORDERED that defendant will have fourteen (14) days to file any reply to the United

States' response. The parties should address not only whether defendant is entitled to acquittal

but also what the appropriate remedy would be in the event of such an acquittal.

        The Clerk is directed to forward copies of this Order to counsel of record.

        Entered this 25 day of June, 2019.

Alexandria, Virginia

                                            /s/
                                    _____
                                    Leonie M. Brinkema
                                    United States District Judge