**Citations to the Record Showing that Kwon and Hasan Discharged Firearms
During, in Relation to, and in Furtherance of Violating the Neutrality Act**

| Witness | Transcript[1] | Testimony |
|---|---|---|
| 4/7/05 Kwon (direct) | 4-5 | Q. Okay. Now, what did Ali Timimi say to the group at gathered at your house that evening?<br><br>A. He said that the dawa in America is finished. He told us that we need -- he told us that we need to do three things. First, he said we need to repent; second, we need to leave the United States; and third, he said, "Join the mujahideen." |
| 4/7/05 Kwon (direct) | 6 | Q. What did he say about the permissibility of killing American troops in Afghanistan?<br><br>A. The only thing I can recall is when he said, "Join the mujahideen," he said that it doesn't matter if we fight the Indians or the Russians or the Americans, that this is all legitimate jihad. |
| 4/7/05 Kwon (cross) | 105 | [L]ater, when he told us that we need to do three things, you know, and that we need to repent and leave United States and join the mujahideen, I remember him saying that it doesn't matter where you go, you know. |
| 4/7/05 Kwon (cross) | 113 | [H]e said, you know, he read the fatwa, it's obligatory, and when he told us, "Go overseas and join any mujahideen," he actually mentioned, you know, fighting the Indians and Russians and the Americans. I mean, from that I took that as to be India and Chechnya and Afghanistan. |
| 4/11/05 Kwon (cross) | 166-67 | Q. That's what you had actually done, wasn't it?  You traveled to Pakistan to die as a martyr in support of violent jihad against India?<br><br>A. I mean, that was one of the plans. I mean, our initial plan was to go get trained at LET -- well, my intention was to go get trained in LET and then try to get into Afghanistan, and if I can't, go to Kashmir or Chechnya or wherever is available for me to go. |

---

[1] The transcript citations are associated with each date (*i.e.*, the first row references pages 4 and 5 of the transcript from April 7, 2005).

| Witness | Transcript[1] | Testimony |
|---|---|---|
| 4/11/05 Kwon (redirect) | 177 | Q. Before Ali Timimi came to your house on September 16, when were you planning on going to that Lashkar camp?<br><br>A. I didn't have a set plan to go to LET. You know, it was just something that the guys and I used to, you know, the guys that I was involved with, we used to talk about, you know, but I myself didn't have a set plan to go to LET. . . .  It's like a, I want to say fantasy, but, you know, something like, oh, I might like to do that one day, you know.<br><br>Q. Well, what was different about the time that it was just "I might like to do that some day" and the time on September 16, 2001, that you decided to go get your visa the very next day?<br><br>A. I mean, just, you know, Ali Timimi telling us the fatwa says that it's obligatory on all Muslims, you know, and that's what I understood, and in light of 9/11, I also didn't think that -- maybe the best thing is to, to leave United States, you know, and if I could leave the United States, why not go and join the, join the mujahideen, like he asked me or he told us? |
| 4/7/05 Kwon | 28 pm session | Q, [Y]ou say that you understood that in 2000, Ibrahim Al-Hamdi and Randall Todd Royer traveled from the United States to join LET, Lashkar-e-Taiba, at its camps in Pakistan. Do you remember that?<br><br>A. Correct.<br><br>Q. Okay. That's true, isn't it?<br><br>A. That's true.<br><br>Q. And what did Mr. Royer tell you about his trip to Pakistan?<br><br>A. He told me about his experience at the LET camp. You know, he just told us that, you know, how when he was at the camp, that his faith was very high. He one time also told me when he was with LET, he traveled with a group of LET mujahideen to the border, where they shot mortar fires into Indian positions. |
| 4/11/05 Kwon (cross) | 27 | Q. Now, in -- didn't Al-Hamdi tell you that at LET, he got to shoot firearms at Indian positions?<br><br>A. Yes, that's what he told me. |