**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

_____
                                                    )
UNITED STATES OF AMERICA,          )
                                                    )
      *Plaintiff*,                              )
                                                    )
v.                                                   )        Case No. 1:04-cr-385 (LMB)
                                                    )
ALI AL-TIMIMI,                                )
                                                    )
      *Defendant*.                           )
_____)

**[PROPOSED] <u>ORDER</u>**

      This matter came before the Court on Defendant's *Unopposed Motion for Leave to File and Brief a Motion for New Trial on Counts 9 and 10* ("Motion for Leave"). Dkt. No 460. For good cause shown and the government having no objection to the relief requested, the defendant's Motion for Leave [Dkt. No. 460] is GRANTED, and it is hereby

      ORDERED that the parties brief the motion in accordance with this Court's Local Rules.

      **SO ORDERED, this _____ date of _____.**

                                              _____

                                            Hon. Leonie M. Brinkema
                                            United States District Judge