# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   *Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>ALI AL-TIMIMI,  )<br>  )<br>   *Defendant*.  )<br>_____) | Case No. 1:04-cr-385 (LMB) |

**EMERGENCY MOTION FOR RELEASE PENDING APPEAL IN LIGHT OF COVID-19 EMERGENCY**

Pursuant to 18 U.S.C. § 3145(c) of the Bail Reform Act, Defendant Dr. Ali Al-Timimi respectfully moves this Court to authorize his immediate conditional release on home confinement pending his appeal. Al-Timimi submits the accompanying memorandum at Dkt. No. 466 in further support.

The parties have conferred, and the government opposes the motion.

Dated: April 27, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Thomas Michael Huff, Virginia Bar No. 73587
　　　　　　　　　　　　　　　　　　Thomas M. Huff, Attorney-at-Law
　　　　　　　　　　　　　　　　　　P.O. Box 2248
　　　　　　　　　　　　　　　　　　Leesburg, VA 20177
　　　　　　　　　　　　　　　　　　Telephone: 703.665.3756
　　　　　　　　　　　　　　　　　　Facsimile: 571.354.8985
　　　　　　　　　　　　　　　　　　thuff@law.gwu.edu

　　　　　　　　　　　　　　　　　　Jonathan Turley (*pro hac vice*)
　　　　　　　　　　　　　　　　　　The George Washington University Law School
　　　　　　　　　　　　　　　　　　2000 H Street, NW
　　　　　　　　　　　　　　　　　　Washington, D.C. 20052
　　　　　　　　　　　　　　　　　　(202) 994-7001 (telephone)
　　　　　　　　　　　　　　　　　　(202) 508-6200 (facsimile)
　　　　　　　　　　　　　　　　　　jturley@law.gwu.edu

　　　　　　　　　　　　　　　　　　Attorneys for Defendant Dr. Ali Al-Timimi

## CERTIFICATE OF SERVICE

I certify that on April 27, 2020, I will file the foregoing document on the CM/ECF system, which will then serve it by electronic notification on all parties of record. This Court's designated Classified Information Security Officer has confirmed that the present motion may be filed on the public docket.

/s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu