IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALI AL-TIMIMI,<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:04-cr-385 (LMB)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

This matter came before the Court on the defendant's *Emergency Motion for Release Pending Appeal in Light Of COVID-19 Emergency*. Dkt. No. 465. For good cause shown, the defendant's Motion is hereby GRANTED, and it is hereby

ORDERED that the defendant be released from the custody of the Federal Bureau of Prisons pending his appeal with the following conditions:

    1. That the defendant be ordered to reside at the home of his mother, Dr. Sehara Al-Timimi.

    2. That the defendant be placed on home detention, with electronic monitoring or global positioning satellite (GPS) tracking.

    3. That the defendant may not leave his residence for any reason except to meet with legal counsel, meet with a probation officer, appear for court hearings, or attend religious services on Fridays. Any departure must be approved by the U.S. Probation Office; and

    4. That the U.S. Probation Office will immediately alert the designated officials at the FBI if the defendant violates the above restrictions on his travel.

The clerk is directed to forward copies of this Order to counsel of record, the Federal Bureau of Prisons, the United States Probation Office, and the United States Marshals Service.

**SO ORDERED, this \_\_\_\_\_ date of _____.**

_____

Hon. Leonie M. Brinkema
United States District Judge