# Exhibit E

**Letter from Jonathan Turley to Warden, USP Florence (August 16, 2019)**



JONATHAN TURLEY

J.B. AND MAURICE C. SHAPIRO PROFESSOR
OF PUBLIC INTEREST LAW

August 16, 2019

Andre Matevousian
Warden
USP Florence
United States Penitentiary
Florence, CO 81226

Re: Dr. Ali Al-Timimi (48054-083)

Dear Warden Matevousian:

I am writing as counsel for Dr. Ali Al-Timimi concerning an urgent medical request.

I spoke with Dr. Al-Timimi who has been suffering from a dental condition with a high fever and swelling in his mouth. The condition is on the lower right side of his mouth and he has repeatedly requested medical care at his unit. For roughly two weeks, he has received no care or notice when an appointment would occur.

I am frankly alarmed by the long delay in medical care given the in-house medical unit for these inmates. I would appreciate confirmation that he has received medical attention today or an attorney-client call to confirm that medical care has been given. I can be reached by cell phone at ■■■■■■.

Thank you for your time and consideration of this matter.

Respectfully,

*[signature]*

Jonathan Turley

THE GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H STREET, NW • WASHINGTON, DC 20052 • 202-994-7001 • 202-994-9811