# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:04-cr-385 (LMB) |
| ALI AL-TIMIMI, | ) |
| *Defendant*. | ) |

**NOTICE OF HEARING ON EMERGENCY MOTION FOR RELEASE PENDING APPEAL**

PLEASE TAKE NOTICE that on Thursday, June 11, 2020 at 2 p.m., the defendant's *Emergency Motion for Release Pending Appeal in Light of COVID-19 Emergency* [Dkt. No. 465] will be brought for a conference hearing.

Counsel are also available for a telephonic or remote hearing per this Court's General Order No. 2020-09. The defense does not intend to call any witnesses.

Dated: May 28, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/　　　　　　　　　　
　　　　　　　　　　　　　　Thomas Michael Huff, Virginia Bar No. 73587
　　　　　　　　　　　　　　Thomas M. Huff, Attorney-at-Law
　　　　　　　　　　　　　　P.O. Box 2248
　　　　　　　　　　　　　　Leesburg, VA 20177
　　　　　　　　　　　　　　Telephone: 703.665.3756
　　　　　　　　　　　　　　Facsimile: 571.354.8985
　　　　　　　　　　　　　　thuff@law.gwu.edu

　　　　　　　　　　　　　　Jonathan Turley (*pro hac vice*)
　　　　　　　　　　　　　　The George Washington University Law School
　　　　　　　　　　　　　　2000 H Street, NW
　　　　　　　　　　　　　　Washington, D.C. 20052
　　　　　　　　　　　　　　(202) 994-7001 (telephone)
　　　　　　　　　　　　　　(202) 508-6200 (facsimile)
　　　　　　　　　　　　　　jturley@law.gwu.edu

　　　　　　　　　　　　　　*Attorneys for Defendant Dr. Ali Al-Timimi*

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2020, I will file the foregoing document on the CM/ECF system, which will then serve it by electronic notification on all counsel of record.

/s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu