IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| ALI AL-TIMIMI, | )  1:04-cr-385 (LMB) |
| | ) |
| Defendant. | ) |

ORDER

Before the Court is defendant Ali Al-Timimi's ("defendant" or "Al-Timimi") Emergency Motion for Release from Custody Pending Appeal ("Motion"), which has been noticed for a hearing on June 11, 2020. [See Dkt. 478]. Although the Court is beginning to re-open for more in-person proceedings, telephonic hearings are a useful means of limiting the number of people in the courthouse and therefore the risk of exposure to the coronavirus. See Eastern District of Virginia General Order 2020-16. Therefore, in accordance with General Order 2020-16, it is hereby

ORDERED that the hearing on defendant's Motion will be conducted telephonically on June 11, 2020 at 2:00 p.m. To join the tele-conference, the parties should dial 1-877-336-1829 and use the access code 8896301.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 9th day of June, 2020.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge