Date: 06/11/20   Judge: Brinkema   Reporter: A. Thomson
Time: 2:10pm - 2:39pm   Interpreter:
   Language:
   **Probation Email**:
   **Jury Email**:

# TELECONFERENCE

**UNITED STATES OF AMERICA**

v.

ALI AL-TIMIMI   1:04cr385
Defendant's Name   Case Number

Thomas Huff/Jonathan Turley   Daniel Young/Gordon Kromberg
**Counsel for Defendant:**   **Counsel for Government**

**Matter called for:**
[ ] Arraignment   [ ] Pre-Indictment Plea   [ ] Change of Plea   [X] Motions
[ ] Sentencing   [ ] Revocation Hearing   [ ] Docket Call   [ ] Appeal (USMC)
[ ] Other _____

Deft appeared: [ ] in person   [ ] failed to appear   [ ] with Counsel   [ ] without Counsel   [X] through Counsel

**Filed in open court:**
[ ] Discovery Order   [ ] Information   [ ] Plea Agreement   [ ] Statement of Facts   [ ] Waiver of Indictment

**Arraignment & Plea:**
[ ] WFA   [ ] FA   [ ] PG   [ ] PNG   **Trial by Jury:** [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[ ] Deft entered Plea of Guilty as to Count(s) ____ of the [ ] Indictment -- [ ] Criminal Information
[ ] Plea accepted, **Guilty Count(s)** ____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court   [ ] Order to follow
[ ] Deft advised of appeal rights *
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[ ] Case continued to: _____ at _____ for:
[ ] Jury Trial   [ ] Bench Trial   [X] Sentencing   [ ] Status

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted   [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits   [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds   [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
 #465 Deft Emergency Motion for Release from Custody -argued and taken under advisement

**Deft is:** [X] In Custody   [ ] Summons Issued   [ ] On Bond   [ ] Warrant Issued   [ ] 1st appearance

**Bond Set at**: $ _____   [ ] Unsecured   [ ] Surety   [ ] Personal Recognizance
[ ] Release Order Entered   [ ] Deft Remanded   [ ] Deft Released on Bond   [ ] Deft Continued on Bond