IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   CRIMINAL NO. 1:04-cr-385 |
| ALI AL-TIMIMI, | ) |
| | ) |
| Defendant. | ) |

**Joint Motion for a Protective Order**

On June 18, 2020, the government filed both public and under-seal supplemental responses to the defendant's motion for bail pending appeal. (ECF Nos. 482, 487–88.) To protect the identity of any persons who may have cooperated with the government in this case, and for the avoidance of doubt, the parties jointly move for a protective order governing dissemination of the materials filed under seal. A proposed order is attached.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:  _____/s/_____
Daniel T. Young
John T. Gibbs
Gordon D. Kromberg
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office:  (703) 299-3700
Fax:     (703) 299-3980
Email:   daniel.young@usdoj.gov
         john.gibbs@usdoj.gov
         gordon.kromberg@usdoj.gov

*Attorneys for the United States*

By: _____/s/_____
Thomas Michael Huff
Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Office: (703) 665-3756
Fax: (571) 354-8985
Email: thuff@law.gwu.edu

Jonathan Turley (*pro hac vice*)
The George Washington University Law School
2000 H Street, NW
Washington, D.C. 20052
Office: (202) 994-7001
Fax: (202) 508-6200
Email: jturley@law.gwu.edu

*Attorneys for Defendant Dr. Ali Al-Timimi*

2