# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:04-cr-385 (LMB) |
| ) | |
| ALI AL-TIMIMI, ) | |
| ) | |
| *Defendant*. ) | |

## NOTICE OF FILING OF THE DEFENDANT'S MOTION TO SEAL DECLARATION CONTAINING MEDICAL RECORDS AND OTHER INMATE IDENTIFYING INFORMATION

Defendant Dr. Al-Al-Timimi respectfully notices that he has on this day filed the *Defendant's Motion to Seal Declaration Containing Medical Records and Other Inmate Identifying Information*, pursuant to Local Criminal Rule 49(E).

Respectfully submitted,

/s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu

Jonathan Turley (*pro hac vice*)
The George Washington University Law School
2000 H Street, NW
Washington, D.C. 20052
(202) 994-7001 (telephone)
(202) 508-6200 (facsimile)
jturley@law.gwu.edu

Dated: July 6, 2020         Attorneys for Defendant Ali Al-Timimi

## CERTIFICATE OF SERVICE

I certify that on July 6, 2020, I will file the foregoing document on the CM/ECF system, which will then serve it electronically on all parties of record.

                                                                /s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu