IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALI AL-TIMIMI, )<br>)<br>Defendant. ) | CRIMINAL NO. 1:04-cr-385 |

**Order**

Before the Court is the government's consent motion to modify the terms of the Protective Order in this matter. (ECF No. 512.) Upon review of the government's motion, and for good cause shown, it is hereby

**ORDERED** that, whereas paragraph 3 of the Protective Order (ECF No. 494) states that the parties may use the Protected Materials for the "sole purpose of opposing or supporting this [bail] motion," the government is authorized to disseminate the Protected Materials, and the defendant's additional under-seal filings relating to those Protected Materials, to appropriate components within the Justice Department so that those components may consider them in making any further determination regarding the Special Administrative Measures imposed on the defendant.

All other terms of the Protective Order remain in effect.

**IT IS SO ORDERED.**

Alexandria, Virginia
August 3, 2020

/s/
Leonie M. Brinkema
United States District Judge