IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   )<br>v.   )<br>   ) CRIMINAL NO. 1:04-cr-385<br>ALI AL-TIMIMI,   )<br>   )<br>   Defendant.   ) | |

**Government's Notice of Appeal**

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Fourth Circuit from the opinion and order of the District Court granting the defendant bail pending appeal, issued on August 18, 2020, and entered at ECF Nos. 518–20.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:       /s/

Daniel T. Young
John T. Gibbs
Gordon D. Kromberg
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office:  (703) 299-3700
Fax:  (703) 299-3980
Email:  daniel.young@usdoj.gov
       john.gibbs@usdoj.gov
       gordon.kromberg@usdoj.gov

## Certificate of Service

I certify that August 25, 2020, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____
Daniel T. Young
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office:  (703) 299-3700
Fax:     (703) 299-3980
Email:   daniel.young@usdoj.gov