FILED: August 26, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-4441
(1:04-cr-00385-LMB-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

ALI AL-TIMIMI

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:04-cr-00385-LMB-1 |
| Date notice of appeal filed in originating court: | 08/25/2020 |
| Appellant(s) | Ali Al-Timimi |
| Appellate Case Number | 20-4441 |
| Case Manager | Cathi Bennett<br>804-916-2702 |