**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 1:04-cr-385 (LMB) |
| ALI AL-TIMIMI, | ) |
| *Defendant.* | ) |

**[PROPOSED] ORDER**

This matter came before the Court on the defendant's *Motion to Appoint CJA Co-Counsel*. Dkt. No. 526. For good cause shown, the defendant's Motion is hereby GRANTED, and it is hereby

ORDERED that Defendant's attorney of record, Thomas M. Huff, is hereby appointed under the CJA as co-counsel for this Appeal, and it is

FURTHER ORDERED that _____

_____

**SO ORDERED, this _____ date of _____.**

_____
Hon. Leonie M. Brinkema
United States District Judge