IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )   1:04-cr-385 (LMB) |
| ALI AL-TIMIMI, | ) |
| | ) |
| Defendant. | ) |

ORDER

Defense counsel Thomas M. Huff has filed a Motion to Appoint CJA Co-Counsel ("Motion") in which he requests "to be appointed as CJA co-counsel" in an appeal pending before the Fourth Circuit. Because the Motion should have been filed with the Fourth Circuit, it is hereby

ORDERED that the Clerk send the Motion to the Fourth Circuit.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 26th day of August, 2020.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge