IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | 1:04-cr-385 (LMB) |
| ) | |
| ALI AL-TIMIMI, ) | |
| ) | |
| Defendant.   ) | |

## ORDER

Given that the Fourth Circuit has set an expedited briefing schedule in the government's pending appeal and that the defendant is scheduled to be released from custody on Tuesday, September 1, 2020, it is hereby

ORDERED that any response to the government's Motion for a Stay of the Court's Bail Order Pending Appeal [Dkt. No. 525] be filed by Friday, August 28, 2020 at 4:00 p.m.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 27 day of August, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge