# Exhibit A



Thomas Huff <thuff@law.gwu.edu>

## Ali Al-Timimi travel

**Kromberg, Gordon (USAVAE)** <Gordon.Kromberg@usdoj.gov>   Thu, Aug 20, 2020 at 5:10 PM
To: Thomas Huff <thuff@law.gwu.edu>
Cc: Jonathan Turley <jturley@law.gwu.edu>

Thanks for getting back to me on this.

Gordon

**From:** Thomas Huff <thuff@law.gwu.edu>
**Sent:** Thursday, August 20, 2020 5:07 PM
**To:** Kromberg, Gordon (USAVAE) <GKromberg@usa.doj.gov>
**Cc:** Jonathan Turley <jturley@law.gwu.edu>
**Subject:** Re: Ali Al-Timimi travel

Hi Gordon,

I think we'll have to respectfully decline so long as the case is still ongoing. (Actually - given that John Wyman was a trial witness, I think the Order technically prohibits them from talking during the pendency of the appeal.)

Thank you for relaying the offer though.

Best,

Tom

On Thu, Aug 20, 2020 at 4:47 PM Kromberg, Gordon (USAVAE) <Gordon.Kromberg@usdoj.gov> wrote:

> Tom,
>
> I have a volunteer eager to share the driving with you.
>
> Seriously, former FBI case agent John Wyman is no longer doing case work, and is now at the FBI's Behavioural Analysis Unit. He asked me to relay to you that he would love the opportunity to talk to your client (under conditions in which nothing your client said could be used against him). He said that he could share the driving.

He said that, based on their conversations from years ago, your client might even be interested in talking to him about how the world has changed in the last 15 years.

I won't be insulted if you respond by saying that he's crazy for asking, and I'm crazy for passing that request on to you.

Gordon


**From:** Thomas Huff <thuff@law.gwu.edu>
**Sent:** Thursday, August 20, 2020 3:50 PM
**To:** Jeffrey Smihal <Jeff_Smihal@vaep.uscourts.gov>
**Cc:** Jonathan Turley <jturley@law.gwu.edu>; Kromberg, Gordon (USAVAE) <GKromberg@usa.doj.gov>; sotpo@bop.gov
**Subject:** Re: Ali Al-Timimi travel


Understood -- I will put together an itinerary once the arrangements are finalized and submit it to you. Best regards,

Tom

(My apologies for the duplicate email; I neglected to reply-all the first time.)

On Thu, Aug 20, 2020 at 3:47 PM Jeffrey Smihal <Jeff_Smihal@vaep.uscourts.gov> wrote:

> Mr. Huff,
>
> Once the arrangements are made I would appreciate you submitting an itinerary as far as the travel arrangements and overnight stops, etc. Once I have that I can coordinate a time to meet him to install the Location Monitoring equipment.
>
> **From:** Thomas Huff <thuff@law.gwu.edu>
> **Sent:** Thursday, August 20, 2020 3:42 PM
> **To:** Jeffrey Smihal <Jeff_Smihal@vaep.uscourts.gov>
> **Cc:** Jonathan Turley <jturley@law.gwu.edu>; gordon.kromberg@usdoj.gov; sotpo@bop.gov
> **Subject:** Re: Ali Al-Timimi travel
>
> Thank you, Jeffrey.
>
> Ms. Otto: I'm attaching a copy of the release Order. I would also be happy to file a short motion with the Court, requesting a modification of the Order so that it explicitly names me as the person to whom he should be released. Please let me know if you would like me to do that.

Best regards,

Tom

On Thu, Aug 20, 2020 at 3:31 PM Jeffrey Smihal <Jeff_Smihal@vaep.uscourts.gov> wrote:

> Thanks. It is my understanding the Judge would prefer he not fly at this point so she is fine with you picking him up and can provide or change the bond order as/if needed.
>
> **From:** Thomas Huff <thuff@law.gwu.edu>
> **Sent:** Thursday, August 20, 2020 3:28 PM
> **To:** Jeffrey Smihal <Jeff_Smihal@vaep.uscourts.gov>
> **Cc:** Jonathan Turley <jturley@law.gwu.edu>; gordon.kromberg@usdoj.gov; sotpo@bop.gov
> **Subject:** Re: Ali Al-Timimi travel
>
> Hi Jeffrey,
>
> Thank you for reply. I am Al-Timimi's other attorney, and I would be happy to drive him back. (I have actually made a similar drive from Denver to DC a number of times before.)
>
> If this is an acceptable arrangement for you and the Judge, I would be happy to coordinate with Ms. Otto about his pick up.
>
> Tom
>
> On Thu, Aug 20, 2020 at 3:06 PM Jeffrey Smihal <Jeff_Smihal@vaep.uscourts.gov> wrote:
>
>> Jonathan,
>>
>> I just spoke with Judge Brinkema and advised her of the options to return Mr. Al-Timimi to Virginia assuming the release plan gets approved. She does not believe flying would be the best thing for him due to COVID nor does she think the USMS would be able or willing to transport him directly from there to here. Therefore she asked that you coordinate the transportation of him to Virginia. I have copied Sarah Otto from the CMC ADX on this email and she can coordinate his pick up from the BOP side.
>>
>> Thanks!