# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:04-cr-385 (LMB) |
| ALI AL-TIMIMI, | ) |
| *Defendant*. | ) |

## NOTICE OF WITHDRAWAL OF MOTION FOR SUPPLEMENTAL MODIFICATION OF CONDITIONAL RELEASE ORDER

The defendant respectfully submits notice that he is withdrawing his August 28, 2020 Motion for Supplemental Modification of the Release Order [Dkt. No. 533].

After further deliberation, defense counsel have formed a plan to pick up the defendant on the current release date of September 1, 2020. Attorney Jonathan Turley will now be picking up the defendant at USP Florence (for transportation by automobile) rather than attorney Thomas Huff. Accordingly, the defendant no longer seeks modification of the Order.

Respectfully submitted,

/s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu

Jonathan Turley (*pro hac vice*)
The George Washington University Law School
2000 H Street, NW
Washington, D.C. 20052
(202) 994-7001 (telephone)
(202) 508-6200 (facsimile)
jturley@law.gwu.edu

Attorneys for Defendant Ali Al-Timimi

Dated: August 30, 2020

## CERTIFICATE OF SERVICE

I certify that on August 30, 2020, I will file the foregoing document on the CM/ECF system, which will then serve it by electronic notification on all parties of record.

_____/s/_____
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu