FILED: August 31, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4441
(1:04-cr-00385-LMB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

ALI AL-TIMIMI

      Defendant - Appellee

_____

O R D E R
_____

Upon consideration of the submissions relative to the government's motion for stay pending appeal, the court denies the motion.

Upon review of this bail appeal, the court affirms the district court's order regarding release.

Entered at the direction of Judge Keenan with the concurrence of Judge Thacker and Judge Harris.

                For the Court

                /s/ Patricia S. Connor, Clerk