IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALI AL-TIMIMI,<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:04-cr-385 (LMB)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter came before the Court on the defendant's *Motion for Modification of Conditional Release Order*. Dkt. No. 539. For good cause shown, the defendant's Motion is hereby GRANTED, and it is hereby

ORDERED that this Court's conditional release order of August 18, 2020 [Dkt. No. 520] ("Conditional Release Order") is modified as follows:

> In addition to reasons (a)-(e) enumerated in paragraph 1 of the Conditional Release Order, Al-Timimi is permitted to leave his mother's home for the following reasons: (f) to exercise outside of his mother's home by walking in the neighborhood (within geographical boundaries to be approved by his Probation Officer) between the hours of 9:30 a.m. and 11:00 a.m. each day; (g) to visit the gravesite of his father in Fredericksburg, Virginia, with the prior approval of his Probation Officer; (h) to meet with his former trial counsel, Edward MacMahon, with the prior approval of his Probation Officer.

The terms of the Conditional Release Order are otherwise unchanged and remain in full effect.

The Clerk is directed to forward copies of this Order to counsel of record and the United States Probation Office.

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge

July 7, 2021