IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:04-cr-385 (LMB) |
| ) | |
| ALI AL-TIMIMI, ) | |
| ) | |
| *Defendant*. ) | |

**UNOPPOSED SECOND MOTION FOR MODIFICATION OF CONDITIONAL RELEASE ORDER**

Defendant Dr. Ali Al-Timimi respectfully moves this Court to modify the conditions of his supervised release (1) to allow Al-Timimi use to a non-internet-capable cellular phone, subject to certain restrictions described in the attached proposed order; and (2) to allow Al-Timimi to communicate with his former doctoral dissertation advisor. In further support, the defense submits the accompanying memorandum at Dkt. No. 544.

The parties have conferred, and government has no objection to the motion. A proposed order is attached as **Exhibit A**.

        Respectfully submitted,

        _____/s/_____
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu

Jonathan Turley (*pro hac vice*)
The George Washington University Law School
2000 H Street, NW
Washington, D.C. 20052
(202) 994-7001 (telephone)
(202) 508-6200 (facsimile)
jturley@law.gwu.edu

Attorneys for Defendant Ali Al-Timimi

Dated: December 15, 2022

## CERTIFICATE OF SERVICE

I certify that on December 15, 2022, I will file the foregoing document on the CM/ECF system, which will then serve it by electronic notification on all parties of record.

                                              /s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu