# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>ALI AL-TIMIMI, )<br>)<br>*Defendant*. )<br>) | Case No. 1:04-cr-385 (LMB) |

## ORDER

This matter came before the Court on the defendant's *Unopposed Second Motion for Modification of Conditional Release Order*. Dkt. No. 543. For good cause shown, the defendant's Motion is hereby GRANTED, and it is hereby

ORDERED that this Court's conditional release orders of August 18, 2020 [Dkt. No. 520] and July 7, 2021 [Dkt. No. 541] ("Conditional Release Orders") are modified as follows:

- Al-Timimi is permitted to obtain and use a non-internet-capable cellular phone, subject to the following conditions: (i) the phone must not provide access to the internet (including, but not limited to, internet browsers, email, or social media); (ii) Al-Timimi may use the phone to send standard SMS text messages, but must limit his sending of such text messages to a list of phone numbers, approved by his Probation Officer, that will include, at minimum, those of his immediate family, his attorneys and their administrative staff, his medical providers, and his Probation Officer. Al-Timimi will not send text messages to any other phone numbers without first obtaining approval from his Probation Officer; (iii) Al-Timimi's Probation Officer shall be granted administrative access to the logs of the phone numbers and timestamps of all text messages that are sent and received on the phone.

- The requirement that Al-Timimi "must not have any communications with . . . any of the witnesses who testified at his trial," Dkt. No. 520, ¶ 5(b), is amended to permit Al-Timimi to communicate with his former doctoral dissertation advisor, Dr. C. Jamison.

The terms of the Conditional Release Orders are otherwise unchanged and remain in full effect.

The Clerk is directed to forward copies of this Order to counsel of record and the United States Probation Office.

SO ORDERED, this 16th date of December 2022.

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge