FILED: May 29, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1485
(1:04-cr-00385-LMB-1)
_____

In re: UNITED STATES OF AMERICA

        Petitioner

_____

This case has been opened as an original proceeding in this court.

**The district court is receiving this notice for informational purposes only.**

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Date Petition Filed: | 05/29/2024 |
| Petitioner(s) | United States of America |
| Appellate Case Number | 24-1485 |
| Case Manager | Cathi Bennett<br>804-916-2702 |