UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

No. 24-1485
(1:04-cr-00385-LMB-1)

————————————

In re: UNITED STATES OF AMERICA

Petitioner

————————————

O R D E R

————————————

The court appoints Thomas Huff to represent Ali Al-Timimi on appeal.

Counsel is referred to the **CJA Payment Memorandum** and the **CJA eVoucher Page** for information on appointment terms and procedures.

In light of this appointment, appellate counsel is granted access to sealed district court material, with the exception of ex parte or in camera material.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk