IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                       )<br>                                                            )      1:04-cr-385 (LMB)<br>ALI AL-TIMIMI,                                 )<br>                                                            )<br>            Defendant.                         ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendant Ali Al-Timimi's ("Al-Timimi") Motion to Compel Disclosure of Unredacted Documents to Cleared Defense Counsel and Production of Index of Undisclosed Evidence [Dkt. No. 417] and Unopposed Motion for Leave to File and Brief a Motion for New Trial on Counts 9 and 10 [Dkt. No. 460] are DENIED; and Al-Timimi's Renewed Motion for Acquittal on Counts 7 and 8 in Light of Intervening Authority [Dkt. No. 432] and Renewed Motion for Acquittal on Count 1 in Light of Intervening Authority [Dkt. No. 445] are GRANTED. Accordingly, it is hereby

ORDERED that Al-Timimi's convictions for Counts 1, 7, and 8 of the Superseding Indictment be and are VACATED; and it is further

ORDERED that the Clerk promptly refund any special assessment payments that Al-Timimi has made with respect to his convictions for Counts 1, 7, and 8.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 18 day of July, 2024.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge