FILED: October 23, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 14-4451
(1:04-cr-00385-LMB-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ALI AL-TIMIMI

       Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to relieve Jonathan Turley from further representation on appeal.

The court appoints the Federal Public Defender for the Eastern District of Virginia to represent Ali Al-Timimi on appeal.

Former counsel shall provide new counsel with all case papers, including any prepared transcripts, and information of relevance to representation.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk