IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALI AL-TIMIMI,<br><br>               Defendant. | 1:04-CR-385<br><br>Hon. Leonie M. Brinkema |

## JUDGMENT OF ACQUITTAL ON ALL COUNTS

This matter comes before the Court upon the issuance of the formal mandate from the Court of Appeals for the Fourth Circuit making the judgment of that Court issued on January 9, 2026, vacating Mr. Al-Timimi's remaining convictions and remanding for entry of judgments of acquittal, effective as of March 2, 2026. Given the issuance of the mandate, it is hereby:

ORDERED and ADJUDGED that the defendant, Ali Al-Timimi, is fully acquitted, discharged, and any bond exonerated as to ALL COUNTS as charged in the Superseding Indictment (Dkt 47). Specifically, Mr. Al-Timimi is ACQUITTED of Counts Two, Three, Four, Five, Six, Nine, and Ten of the Superseding Indictment (Dkt. 47). In addition, in accordance with the Court's Memorandum Opinion (Dkt. 549) and Order (Dkt. 550), the Court previously determined that Mr. Al-Timimi is ACQUITTED of Counts One, Seven, and Eight of the Superseding Indictment (Dkt. 47).

It is FURTHER ORDERED that Mr. Al-Timimi is no longer subject to any supervision by this Court, and the Department of Justice and State Department are DIRECTED to UPDATE their records and databases to reflect the acquittal on all counts, LIFT any and all restrictions, including those related to travel or the issuance of travel documents, imposed as a result of the vacated convictions in this matter, to RETURN any previously-surrendered travel documents, and to EXPUNGE and/or DESTROY records of any DNA and/or other biometric data of Mr. Al-Timimi obtained as a result of the vacated convictions in this matter.

The Clerk is directed to update the docket in accordance with this Judgment of Acquittal and forward copies of this Order to counsel of record, the U.S. Marshal Service, and the United States Probation Office.

March 3, 2026

/s/
Leonie M. Brinkema
United States District Judge